Clear Form

FILED

MAY - 2 2008

e filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Williams, et al.

               Plaintiff,

    vs.

City of Antioch, et al.

              Defendant.

CASE NO. C08-02301 BZ

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

3~)

I, Karen Latreece Coleman _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed?        Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.

2  _Durham Transportation   2000    1,700 month_

3  _____

4  _____

5  2.      Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7        a.      Business, Profession or              Yes ___ No ✓

8                self employment?

9        b.      Income from stocks, bonds,           Yes ___ No ✓

10               or royalties?

11       c.      Rent payments?                       Yes ___ No ✓

12       d.      Pensions, annuities, or              Yes ___ No ✓

13               life insurance payments?

14       e.      Federal or State welfare payments,   Yes ✓ No ___

15               Social Security or other govern-

16               ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _Son's   SSI   754.00_ _____

20  _____

21  3.      Are you married?                           Yes ✓ No ___

22  Spouse's Full Name: _Thomas Darnell Coleman_ _____

23  Spouse's Place of Employment: _Safeway_ _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_1,850_ _____ Net $_1,600_ _____

26  4.      a.      List amount you contribute to your spouse's support:$ _0_ _____

27          b.      List the persons other than your spouse who are dependent upon you for support

28                  and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2    S.F. 13 yrs , A.C. 6 yrs K.C. 5 yrs. old.

3    _____

4    5.    Do you own or are you buying a home?        Yes ___  No ✓

5    Estimated Market Value: $_____ Amount of Mortgage: $_____

6    6.    Do you own an automobile?              Yes ✓ No ___

7    Make CHevy_____ Year 1990____ Model AStro VAN/_____

8    Is it financed? Yes _____ No ✓ If so, Total due: $ _____

9    Monthly Payment: $ _____

10   7.    Do you have a bank account?  Yes ✓ No ____ (Do not include account numbers.)

11   Name(s) and address(es) of bank: WASHington mutual_____

12   ANtioch Ca._____

13   Present balance(s): $ 250.00_____

14   Do you own any cash?  Yes ___  No ✓ Amount: $ _____

15   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16   market value.)                               Yes ___ No ✓

17   _____

18   8.    What are your monthly expenses?

19   Rent: $ 500_____ Utilities: 400_____

20   Food: $ 400_____ Clothing: 300_____

21   Charge Accounts:

22   Name of Account          Monthly Payment              Total Owed on This Account

23   _____   $ _____   $ _____

24   _____   $ _____   $ _____

25   _____   $ _____   $ _____

26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable.  Do not include account numbers.)

28   _____

- 3 -

1  _____

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in

3  other lawsuits?   Yes ____   No __✓__

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5  which they were filed.

6  _____

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9  false statement herein may result in the dismissal of my claims.

10

11  _5-1-08_____            _Karen Coleman_____

12        DATE                        SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -