Clear Form

E-filing

FILED
MAY - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Williams, et al.

                        Plaintiff,

          vs.

City of Antioch, et al.

                    Defendant.

C08-02301 BZ

CASE NO. _____

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Alyce Denise Payne _____, declare, under penalty of perjury that I am the plaintiff

in the above entitled case and that the information I offer throughout this application is true and

correct. I offer this application in support of my request to proceed without being required to

prepay the full amount of fees, costs or give security. I state that because of my poverty I am

unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

      In support of this application, I provide the following information:

1.     Are you presently employed?           Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.

2 | *March 2007*

3 | *$2,000 per month gross; $1,600 Net*

4 | _____

5 | 2.    Have you received, within the past twelve (12) months, any money from any of the

6 | following sources:

7 |        a.    Business, Profession or              Yes ___ No ✓

8 |              self employment?

9 |        b.    Income from stocks, bonds,           Yes ___ No ✓

10 |             or royalties?

11 |       c.    Rent payments?                        Yes ___ No ✓

12 |       d.    Pensions, annuities, or               Yes ___ No ✓

13 |             life insurance payments?

14 |       e.    Federal or State welfare payments,    Yes ___ No ✓

15 |             Social Security or other govern-

16 |             ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | *State disability payments $1,800/month*

20 | *Children's social security benefit $3,000/month*

    | *(disabled)*

21 | 3.    Are you married?                            Yes ___ No ✓

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____ Net $_____

26 | 4.    a.    List amount you contribute to your spouse's support:$ ___ *0* ___

27 |       b.    List the persons other than your spouse who are dependent upon you for support

28 |             and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2    _ES 7 ; TM 10 ; ES 14 ; AS 15 ) ___ SIX_

3    _ES 16 ; ES 17_____ ) children_

4    5.    Do you own or are you buying a home?    Yes ___ No ✓

5    Estimated Market Value: $_____ Amount of Mortgage: $_____

6    6.    Do you own an automobile?    Yes ✓ No ___

7    Make ___Ford___ Year _2000_ Model ___Taurus___

8    Is it financed? Yes ____ No ✓ If so, Total due: $ _____

9    Monthly Payment: $ _____

10   7.    Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)

11   Name(s) and address(es) of bank: _____

12   _____

13   Present balance(s):  $ _____

14   Do you own any cash?  Yes ___ No ✓ Amount: $ _____

15   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16   market value.)    Yes ___ No ✓

17   _____

18   8.    What are your monthly expenses?

19   Rent: $ _1,900_    Utilities: _150_

20   Food: $ _500_    Clothing: _300_

21   Charge Accounts:

22   Name of Account          Monthly Payment                    Total Owed on This Account

23   _____  $ _____      $ _____

24   _____  $ _____      $ _____

25   _____  $ _____      $ _____

26   9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27   they are payable.  Do not include account numbers.)    NoNe

28   _____

-3-

1

2   10.    Does the complaint which you are seeking to file raise claims that have been presented in

3   other lawsuits?   Yes ____ No __✓__

4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5   which they were filed.

6

7

8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9   false statement herein may result in the dismissal of my claims.

10

11   May/ o 8

12        DATE                              SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28