**FILED**
MAY - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Williams, et al.

        Plaintiff,

vs.

City of Antioch, et al.

        Defendant.

CASE NO. C08-02301 BZ

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Mary Ruth Scott, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 1500.00    Net: 1600

Employer: Washington Mutuel Fraud department
(925) 416-5000  2950 Warm Way. Pleasanton

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.     Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7       a.     Business, Profession or                    Yes ___ No _X_

8              self employment?

9       b.     Income from stocks, bonds,                 Yes ___ No _X_

10             or royalties?

11      c.     Rent payments?                             Yes ___ No _X_

12      d.     Pensions, annuities, or                    Yes ___ No _X_

13             life insurance payments?

14      e.     Federal or State welfare payments,         Yes ___ No _X_

15             Social Security or other govern-

16             ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.     Are you married?                                Yes ___ No _X_

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.     a.     List amount you contribute to your spouse's support:$ _____

27        b.     List the persons other than your spouse who are dependent upon you for support

28               and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

KWACP

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  O. Logan, R. Howard, K. Ward, T. Howard, R. Young & R. Young.
3  15        14        13        9        9    2    2

4  5.  Do you own or are you buying a home?   Yes ___  No  X
5  Estimated Market Value: $_____  Amount of Mortgage: $_____
6  6.  Do you own an automobile?    Yes ___  No  X
7  Make _____ Year _____ Model _____
8  Is it financed? Yes ___ No ___ If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.  Do you have a bank account? Yes  X  No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: Bank of America (Antioch)
12 _____
13 Present balance(s): $  -28.42
14 Do you own any cash? Yes  X  No ___ Amount: $  10.00
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)        Yes ___  No  X
17 _____
18 8.  What are your monthly expenses?
19 Rent: $  365        Utilities: $ 700.00
20 Food: $  310.00     Clothing: $60-70
21 Charge Accounts:
22 Name of Account        Monthly Payment        Total Owed on This Account
23 _____        $ _____        $ _____
24 _____        $ _____        $ _____
25 _____        $ _____        $ _____
26 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 _____

- 3 -

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___  No  X
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  MAY 1st, 08
12      DATE                          SIGNATURE OF APPLICANT