Clear Form

**FILED**

MAY - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Williams, et al. | CASE NO. C08-02301 BZ |
| Plaintiff, | |
| vs. | APPLICATION TO PROCEED |
| City of Antioch, et al. | IN FORMA PAUPERIS |
| | (Non-prisoner cases only) |
| Defendant. | 6~1 |

I, Santeya Danyell Williams, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $13.00 plus Nig. dif $1.00  Net: _____

Employer: United States Postal Service  9/2003

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____
3 | _____
4 | _____
5 | 2.   Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |         a.   Business, Profession or                        Yes ___ No ✓
8 |              self employment?
9 |         b.   Income from stocks, bonds,                     Yes ___ No ✓
10 |             or royalties?
11 |        c.   Rent payments?                                 Yes ___ No ✓
12 |        d.   Pensions, annuities, or                        Yes ___ No ✓
13 |             life insurance payments?
14 |        e.   Federal or State welfare payments,             Yes ✓ No ___
15 |             Social Security or other govern-
16 |             ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | __Social Security for my child $642.67_____
20 | __Child Support              $650.00_____
21 | 3.   Are you married?                                      Yes ___ No ✓
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.   a.   List amount you contribute to your spouse's support:$ _____
27 |      b.   List the persons other than your spouse who are dependent upon you for support
28 |           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

C.J 19 ; B.J 15½ ; ~~J.B~~ J.B 20 month old

_____

5. Do you own or are you buying a home?     Yes ____ No ✔

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?          Yes ✔ No ____

Make  Nissan        Year  1997    Model  Altima

Is it financed? Yes ____ No ✔   If so, Total due: $ —0—

Monthly Payment: $  —0—

7. Do you have a bank account? Yes ✔ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank:  US Bank Hayward Ca.

_____

Present balance(s): $ 43.00

Do you own any cash? Yes ✔ No ____ Amount: $ 20.00

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)                                            Yes ____ No ✔

_____

8. What are your monthly expenses?

Rent: $ 490.00           Utilities: $ 600.00

Food: $ 500.00           Clothing: We don't get to buy cloths

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| N/A | N/A | N/A |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/1/08                              Santerya Williams
DATE                               SIGNATURE OF APPLICANT

- 4 -