UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIOCH SECTION 8 FAMILIES FOR FAIR HOUSING, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>CITY OF ANTIOCH, et al.,<br><br>    Defendant(s). | No. C08-2301 BZ<br><br>**ORDER REGARDING PLAINTIFFS'** *IN FORMA PAUPERIS* **APPLICATIONS** |

    This suit was filed by four individual plaintiffs and a "group plaintiff," the Antioch Section 8 Families for Fair Housing, that is not eligible for *in forma pauperis* status because it is not a natural person. <u>Rowland v. Cal. Men's Colony, unit II Men's Advisory Council</u>, 506 U.S. 194, 212 (1993). Even though plaintiffs paid the filing fee, the individual plaintiffs have submitted applications to proceed *in forma pauperis*. If the individual plaintiffs wish the court to rule on their applications, they should file by **May 30, 2008** a written explanation of the purpose to be served by having the individuals be considered for *in forma pauperis* status, after the fee was paid.

1

1    The individual applications appear to contain
2 inconsistencies and inaccuracies.  For example, plaintiff
3 Scott claims a gross income of $1500 per month but a net
4 income of $1600 per month.  Assuming, plaintiffs wish to
5 proceed, each plaintiff is urged to carefully review her
6 application and determine whether it should be withdrawn or
7 corrected.
8 Dated:  May 15, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Antioch Section 8\ORDER RE APPLICATIONS FOR IFP.wpd