1  David M. Levin, SBN 193801
   Susun Kim, SBN 154437
2  Katherine R. Siegfried, SBN 250558
3  Robert Capistrano, SBN 70382
   BAY AREA LEGAL AID
4  1025 Macdonald Avenue, P.O. Box 2289
   Richmond, CA  94801
5  Telephone:  510-233-9954
   Facsimile:  510-236-6846
6  Email:  dlevin@baylegal.org

7
   Attorneys for Plaintiffs ANTIOCH SECTION 8 FAMILIES
8  FOR FAIR HOUSING, SANTEYA DANYELL WILLIAMS,
   MARY RUTH SCOTT, ALYCE DENISE PAYNE, and
9  KAREN LATREECE COLEMAN

10

11                   **IN THE UNITED STATES DISTRICT COURT**

12                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| ANTIOCH SECTION 8 FAMILIES FOR FAIR HOUSING, SANTEYA DANYELL WILLIAMS; MARY RUTH SCOTT; ALYCE DENISE PAYNE; and KAREN LATREECE COLEMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT; JAMES HYDE, Chief of Police, Antioch Police Department, in his official capacity; SERGEANT MITCH SCHWITTERS CORPORAL STEVE BIAS, OFFICER DESMOND BITTNER, and OFFICER WILLIAM DILLARD II, in their individual and official capacities; and DOES 1-10, <br><br> Defendants. | **Case No.: C 08-02301  BZ** <br><br> **PLAINTIFFS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

1 **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

2 In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties

3 hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further

4 proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

5 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

7 DATED:  May 23, 2008                                                BAY AREA LEGAL AID

9                                                                                  By _____/s/_____
                                                                                            David M. Levin (SBN 193801)
10                                                                                       Attorneys For All Plaintiffs