1  David M. Levin, SBN 193801
   Susun Kim, SBN 154437
2  Katherine R. Siegfried, SBN 250558
3  Robert Capistrano, SBN 70382
   BAY AREA LEGAL AID
4  1025 Macdonald Avenue, P.O. Box 2289
   Richmond, CA  94801
5  Telephone:  510-233-9954
   Facsimile:  510-236-6846
6  Email:  dlevin@baylegal.org

7
   Attorneys for Plaintiffs ANTIOCH SECTION 8 FAMILIES
8  FOR FAIR HOUSING, SANTEYA DANYELL WILLIAMS,
   MARY RUTH SCOTT, ALYCE DENISE PAYNE, and
9  KAREN LATREECE COLEMAN

10

11 **IN THE UNITED STATES DISTRICT COURT**

12 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

14 ANTIOCH SECTION 8 FAMILIES FOR          )
   FAIR HOUSING, SANTEYA DANYELL           )   **Case No.: C 08-02301  BZ**
   WILLIAMS; MARY RUTH SCOTT;              )
15 ALYCE DENISE PAYNE; and                 )
16 KAREN LATREECE  COLEMAN,                )   **INDIVIDUAL PLAINTIFFS'**
                                           )   **WITHDRAWAL OF** *IN FORMA*
17                                         )   *PAUPERIS* **APPLICATIONS**
              Plaintiffs,                  )
18                                         )
       vs.                                 )
19                                         )
   CITY OF ANTIOCH; ANTIOCH POLICE         )
20 DEPARTMENT; JAMES HYDE, Chief of        )
   Police, Antioch Police Department, in his official )
21 capacity; SERGEANT MITCH SCHWITTERS     )
   CORPORAL STEVE BIAS, OFFICER            )
22 DESMOND BITTNER, and OFFICER            )
   WILLIAM DILLARD II, in their individual and )
23 official capacities; and DOES 1-10,     )
                                           )
24            Defendants.                  )
                                           )
25 ─────────────────────────────────────────)

26

- 2 -

Individual Plaintiffs Santeya Danyell Williams, Mary Ruth Scott, Alyce Denise Payne, and Karen Latreece Coleman hereby withdraw their applications to proceed *In Forma Pauperis*.

DATED: May 30, 2008                                          BAY AREA LEGAL AID

                                                             By _____/s/_____
                                                                David M. Levin (SBN 193801)
                                                                Attorneys For All Plaintiffs