1 | David M. Levin, SBN 193801
2 | Susun Kim, SBN 154437
  | Katherine R. Siegfried, SBN 250558
3 | Robert Capistrano, SBN 70382
  | BAY AREA LEGAL AID
4 | 1025 Macdonald Avenue, P.O. Box 2289
  | Richmond, CA  94801
5 | Telephone:  510-233-9954
  | Facsimile:  510-236-6846
6 | Email:  dlevin@baylegal.org

Attorneys for Plaintiffs ANTIOCH SECTION 8 FAMILIES
FOR FAIR HOUSING, SANTEYA DANYELL WILLIAMS,
MARY RUTH SCOTT, ALYCE DENISE PAYNE, and
KAREN LATREECE COLEMAN

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTIOCH SECTION 8 FAMILIES FOR FAIR HOUSING, SANTEYA DANYELL WILLIAMS; MARY RUTH SCOTT; ALYCE DENISE PAYNE; and KAREN LATREECE COLEMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT; JAMES HYDE, Chief of Police, Antioch Police Department, in his official capacity; SERGEANT MITCH SCHWITTERS CORPORAL STEVE BIAS, OFFICER DESMOND BITTNER, and OFFICER WILLIAM DILLARD II, in their individual and official capacities; and DOES 1-10,<br><br>Defendants. | Case No.: C 08-02301  BZ<br><br>**APPLICATION TO SUBSTITUTE COUNSEL FOR PLAINTIFFS AND PROPOSED ORDER** |

1  Plaintiffs, who are currently represented by Bay Area Legal Aid, consent to and request
2  that this Court approve its substitution of Impact Fund as counsel for the plaintiffs.  The names
3  and addresses of their new counsel are as follows:

>   Brad Seligman
>   Jocelyn Larkin
>   Impact Fund
>   125 University Avenue, Suite 102
>   Berkeley CA 94710
>   Tel: (510) 845-3473
>   Fax: (510) 845-3654
>   E-Mail:  bseligman@impactfund.org

DATED:  June 25 , 2008                              BAY AREA LEGAL AID


                                                By _____/s/_____
                                                    David M. Levin (SBN 193801)


DATED:  June 25 , 2008                              IMPACT FUND


                                                By _____/s/_____
                                                    Brad S. Seligman (SBN 83838)


Plaintiffs' application to substitute counsel is granted.


Dated:                              _____
                                    U.S. Magistrate Judge Bernard Zimmerman