1  David M. Levin, SBN 193801
   Susun Kim, SBN 154437
2  Katherine R. Siegfried, SBN 250558
3  Robert Capistrano, SBN 70382
   BAY AREA LEGAL AID
4  1025 Macdonald Avenue, P.O. Box 2289
   Richmond, CA  94801
5  Telephone:  510-233-9954
   Facsimile:  510-236-6846
6  Email:  dlevin@baylegal.org
7
   Attorneys for Plaintiffs ANTIOCH SECTION 8 FAMILIES
8  FOR FAIR HOUSING, SANTEYA DANYELL WILLIAMS,
   MARY RUTH SCOTT, ALYCE DENISE PAYNE, and
9  KAREN LATREECE COLEMAN

10

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14 ANTIOCH SECTION 8 FAMILIES FOR            )
   FAIR HOUSING, SANTEYA DANYELL             )  **Case No.: C 08-02301  BZ**
15 WILLIAMS; MARY RUTH SCOTT;                )
   ALYCE DENISE PAYNE; and                   )
16 KAREN LATREECE  COLEMAN,                  )  **APPLICATION TO SUBSTITUTE**
                                             )  **COUNSEL FOR PLAINTIFFS AND**
17           Plaintiffs,                     )  ~~PROPOSED~~ **ORDER**
                                             )
18     vs.                                   )
                                             )
19 CITY OF ANTIOCH; ANTIOCH POLICE           )
20 DEPARTMENT; JAMES HYDE, Chief of          )
   Police, Antioch Police Department, in his official )
21 capacity; SERGEANT MITCH SCHWITTERS       )
   CORPORAL STEVE BIAS, OFFICER              )
22 DESMOND BITTNER, and OFFICER              )
   WILLIAM DILLARD II, in their individual and )
23 official capacities; and DOES 1-10,       )
                                             )
24           Defendants.                     )
                                             )
25 ─────────────────────────────────────────)

26

**APP. TO SUBSTITUTE COUNSEL**           - 1 -            *Antioch Section 8 Families*
**C 08-02301 BZ**                                          *v. City of Antioch et al.*

1  Plaintiffs, who are currently represented by Bay Area Legal Aid, consent to and request
2  that this Court approve its substitution of Impact Fund as counsel for the plaintiffs. The names
3  and addresses of their new counsel are as follows:

        Brad Seligman
        Jocelyn Larkin
        Impact Fund
        125 University Avenue, Suite 102
        Berkeley CA 94710
        Tel: (510) 845-3473
        Fax: (510) 845-3654
        E-Mail: bseligman@impactfund.org

DATED: June 25 , 2008                              BAY AREA LEGAL AID

        By _____/s/_____
        David M. Levin (SBN 193801)

DATED: June 25 , 2008                              IMPACT FUND

        By _____/s/_____
        Brad S. Seligman (SBN 83838)

Plaintiffs' application to substitute counsel is granted.

Dated: July 14, 2008                              _____
        U.S. Magistrate Judge Bernard Zimmerman

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

APP. TO SUBSTITUTE COUNSEL                - 2 -                    *Antioch Section 8 Families*
C 08-02301 BZ                                                      *v. City of Antioch et al.*