## PROOF OF SERVICE

I declare under penalty of perjury that on Wednesday, July 16, 2008, I served:

**First Amended Complaint**
**Amended Summons**
**Order Setting Initial Case Management Conference and ADR Deadlines**
**Judge Zimmerman's Standing Orders**
**Standing Order for all N.D. Cal. Judges**
**Notice of Assignment of Case to a U.S. Magistrate Judge for Trial**
**Plaintiffs' Consent to Proceed before a United States Magistrate Judge**
**ECF Handout**

in this case on **CITY OF ANTIOCH**, by delivering a true and correct copy of each to an agent authorized by appointment of law to receive it whose name is:

**Debbie Smith, Administrative Assistant to City Attorney Lynn Tracy Nerland**
**City of Antioch, City Attorney's Office**
**Third & "H" Streets**
**Antioch, CA 94509**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 232.80.

Date: 7/18/08

Server's signature

Anibal Alejandro Marino, Registered Process Server
Printed name and title

75 Columbia Square, San Francisco, CA 94103
Server's Address