AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

### NORTHERN DISTRICT OF CALIFORNIA

SANTEYA DANYELL WILLIAMS, ET AL.,   )
                                     )
                                     )
                                     )
            Plaintiff                )
                v.                   )   Civil Action No. C-08-2301 BZ
CITY OF ANTIOCH,                     )
                                     )
                                     )
            Defendant                )

*AMENDED*
**Summons in a Civil Action**

To: CITY OF ANTIOCH

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Brad Seligman | Richard A. Marcantonio | Oren M. Sellstrom |
| IMPACT FUND | PUBLIC ADVOCATES, INC. | LAWYERS' COMMITTEE |
| 125 University Ave., Suite 102 | 131 Steuart St., Suite 300 | FOR CIVIL RIGHTS OF THE |
| Berkeley, CA 94710 | San Francisco, CA 94105 | SAN FRANCISCO BAY AREA |
| | | 131 Steuart St., Suite 400 |
| Alan L. Schlosser | | San Francisco, CA 94105 |
| AMERICAN CIVIL LIBERTIES UNION | | |
| FOUNDATION OF NORTHERN CALIFORNIA | | |
| 39 Drumm St. | | |
| San Francisco, CA 94111 | | |

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: July 16, 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>CITY OF ANTIOCH</u>, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is <u>Lynn Tracy Nerland, City Attorney, City of Antioch, Third & "H" Streets</u> ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: <u>July 16, 2008</u>

_____
Server's signature

_____
Printed name and title

_____
Server's address