| | |
|---|---|
| Brad Seligman (SBN 083838) | Thomas G. Beatty (SBN 74794) |
| bseligman@impactfund.org | Thomas.Beatty@McNamaralaw.com |
| Jocelyn D. Larkin (SBN 110817) | MCNAMARA, DODGE, NEY, BEATTY, |
| Jason H. Tarricone (SBN 247506) | SLATTERY, PFALZER, BORGES & |
| IMPACT FUND | BROTHERS |
| 125 University Ave., Suite 102 | 1211 Newell Ave. |
| Berkeley, CA 94710 | Walnut Creek, CA 94596-5331 |
| Telephone: (510) 845-3473 | Telephone: (925) 939-5330 |
| Facsimile: (510) 845-3654 | Facsimile: (925) 939-0203 |
| Attorneys for Plaintiffs | Attorneys for Defendant |

[Additional counsel listed on following page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN LATREECE COLEMAN, PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CITY OF ANTIOCH,<br><br>    Defendant. | Case No.: C-08-2301 SBA<br><br>**STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE BEFORE CHIEF MAGISTRATE JUDGE LARSON** |

**Stipulation & Order Continuing Settlement Conf.**          - 1 -

| | |
|---|---|
| Haywood S. Gilliam, Jr. (SBN 172732) | Alan L. Schlosser (SBN 49957) |
| haywood.gilliam@bingham.com | aschlosser@aclunc.org |
| Abigail Conzatti Nichols (SBN 252452) | Andre I. Segura (SBN 247681) |
| abigail.nichols@bingham.com | AMERICAN CIVIL LIBERTIES UNION |
| BINGHAM MCCUTCHEN LLP | FOUNDATION OF NORTHERN |
| Three Embarcadero Center | CALIFORNIA |
| San Francisco, CA 94111-4067 | 39 Drumm St. |
| Telephone: (415) 393-2000 | San Francisco, CA 94111 |
| Facsimile: (415) 393-2286 | Telephone: (415) 621-2493 |
| | Facsimile: (415) 255-8437 |
| Oren M. Sellstrom (SBN 161074) | Richard A. Marcantonio (SBN 139619) |
| osellstrom@lccr.com | rmarcantonio@publicadvocates.org |
| Kendra Fox-Davis (SBN 248757) | Michelle Natividad Rodriguez (SBN 226683) |
| Charles Forster (SBN 252826) | PUBLIC ADVOCATES, INC. |
| LAWYERS' COMMITTEE FOR CIVIL | 131 Steuart St., Suite 300 |
| RIGHTS OF THE SAN FRANCISCO BAY | San Francisco, CA 94105 |
| AREA | Telephone: (415) 431-7430 |
| 131 Steuart St., Suite 400 | Facsimile: (415) 431-1048 |
| San Francisco, CA 94105 | |
| Telephone: (415) 543-9444 | |
| Facsimile: (415) 543-0296 | |

1  A settlement conference before a Magistrate was requested by the parties, and ordered by the Court at the initial Case Management Conference. The parties had agreed that the conference should be held after the initial wave of discovery, in March 2009. The Notice of Settlement Conference and Settlement Conference Order, however, sets the conference for January 13, 2009. In order to allow sufficient discovery to make the settlement conference productive, the parties hereby stipulate that the date of the conference be continued to March 24, 2009 at 10:00 a.m.

DATED: October 30, 2008

By /s/

Brad Seligman
IMPACT FUND

Attorneys for Plaintiffs and the Proposed Class

DATED: October 30, 2008

By /s/
Thomas G. Beatty
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES& BROTHERS

Attorneys for Defendant

DATE: 11/14/08

**IT IS SO ORDERED.**

James Larson
United States Magistrate

**Stipulation & Order Continuing Settlement Conf.**   - 3 -