

125 University Avenue, Suite 102, Berkeley, CA 94710-1616
Tel 510.845.3473 | Fax 510.845.3654 | impactfund@impactfund.org | www.impactfund.org



March 4, 2009

Chief Magistrate Judge James Larson
United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102

Re: Williams v. City of Antioch (No. C-08-2301 SBA(JL)

Dear Judge Larson:

Because of protracted discovery, the parties have agreed that the currently scheduled settlement conference date (March 24, 2009) comes too early to be meaningful. Accordingly, we request that the date be changed to June 12, 2009 at 10 a.m.

Sincerely,

Brad Seligman

Cc: Thomas Beatty, James Fitzgerald (counsel for defendant)