1
Impact Fund
BRAD SELIGMAN (SBN 083838)
2
bseligman@impactfund.org
JOCELYN D. LARKIN (SBN 110817)
3
JASON H. TARRICONE (SBN 247506)
125 University Avenue, Suite 102
4
Berkeley, CA 94710
Telephone: 510.845.3473
5
Facsimile: 510.845.3654

6
Bingham McCutchen LLP
HAYWOOD S. GILLIAM, JR. (SBN 172732)
7
haywood.gilliam@bingham.com
ABIGAIL CONZATTI NICHOLS (SBN 252452)
8
abigail.nichols@bingham.com
Three Embarcadero Center
9
San Francisco, CA 94111-4067
Telephone: 415.393.2000
10
Facsimile: 415.393.2286

11
Lawyers' Committee For Civil Rights of the San
Francisco Bay Area
12
OREN M. SELLSTROM (SBN 161074)
osellstrom@lccr.com
13
KENDRA FOX-DAVIS (SBN 248757)
131 Steuart Street, Suite 400
14
San Francisco, CA 94105
Telephone: 415.543.9444
15
Facsimile: 415.543.0296

16
Attorneys for Plaintiffs SANTEYA DANYELL
WILLIAMS, MARY RUTH SCOTT, KAREN
17
LATREECE COLEMAN, PRISCILLA BUNTON,
and ALYCE DENISE PAYNE.

18

American Civil Liberties Union
Foundation of Northern California
ALAN L. SCHLOSSER (SBN 49957)
aschlosser@aclunc.org
ANDRE I. SEGURA (SBN 247681)
asegura@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: 415.621.2493
Facsimile: 415.255.8437

Public Advocates, Inc.
RICHARD A. MARCANTONIO (SBN 39619)
Rmarcantonio@publicadvocates.org
MICHELLE NATIVIDAD
RODRIGUEZ   (SBN 226683)
131 Steuart Street, Suite 300
San Francisco, CA 94105
Telephone: 415.431.7430
Facsimile: 415.431.1048

MCNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER, BORGES &
BROTHERS LLP
JAMES V. FITZGERALD, III (SBN 55632)
THOMAS G. BEATTY (SBN 75794)
NOAH G. BLECHMAN (SBN 197167)
1211 Newell Avenue, P.O. Box 5288
Walnut Creek, CA 94596
Telephone: 925.939.5530
Facsimile: 925.939.0203

Attorneys for Defendant
CITY OF ANTIOCH

19

UNITED STATES DISTRICT COURT

20

NORTHERN DISTRICT OF CALIFORNIA

21

22
SANTEYA DANYELL WILLIAMS,
MARY RUTH SCOTT, KAREN
LATREECE COLEMAN, PRISCILLA
23
BUNTON, and ALYCE DENISE PAYNE,
on behalf of themselves and all others
24
similarly situated,

25
            Plaintiffs,
        v.
26
CITY OF ANTIOCH,
27
            Defendant.
28

No. C-08-2301 SBA (EDL)

**STIPULATION AND ORDER
MODIFYING DISCOVERY DATES**

A/72860666.1

NO.: C-08-2301 SBA (EDL)

1    The parties hereby stipulate to a modest modification of the class certification

2    discovery deadlines in this case.  This request does not change the deadline for filing and hearing

3    of Plaintiffs' motion for class certification.

4    Discovery commenced in this class action after the Case Management Conference

5    held on October 2, 2008.  Since that time the parties have exchanged initial disclosures and

6    initial written discovery, produced thousands of pages of documents and electronic data,

7    negotiated document preservation and protective orders.  In addition, Plaintiffs have taken a

8    deposition pursuant to Fed. R. Civil Pro 30(b)(6), served subpoenas, obtained documents from

9    the Housing Authority of Contra Costa County and have filed and won a motion to compel

10   further production from it.

11   The parties have cooperated in discovery, but it has become apparent that, due to

12   the substantial amount of electronic data and emails involved, and the necessity of pre-disclosure

13   -document review by Defendant, the current discovery cut off of May 1, 2009, does not allow

14   sufficient time for the parties to prepare for a settlement conference, or to complete class

15   certification discovery.  The parties have agreed to the following modification of the discovery

16   dates, which is contingent upon Defendant completing production of documents and

17   supplementing its response to Plaintiffs' First Request for Production of Documents and

18   providing a privilege log by March 20, 2009.  Since class certification dates are unchanged, this

19   modification will not delay this action:

20

21   | | Current | Proposed |
| --- | --- | --- |
| Discovery Cut Off | May 1, 2009 | June 15, 2009 |
| Plaintiff Expert Report | May 15, 2009 | June 15, 2009 |
| Defendant Expert | June 15, 2009 | August 3, 2009 |
| Rebuttal Expert | July 15, 2009 | September 1, 2009 |

26   / / /

27   / / /

28

A/72860666.1                                       2                          NO. C-08-2301 SBA (EDL)

1   / / /

2

| | Current | Proposed |
|---|---|---|
| 3  Class Cert. Motion | September 15, 2009 | Unchanged |
| 4  Class Cert. Opposition | October 6, 2009 | Unchanged |
| 5  Class Cert. Reply | October 13, 2009[1] | |

6        The settlement conference date with Magistrate Judge Larson has been changed

7   from March 24, 2009 to June 12, 2009.

8

9   DATED: March 9, 2009

10

11

12                                             By: _____

13                                                     Brad Seligman
                                                 Attorneys for Plaintiffs and the Proposed Class

14

15   DATED: March 9, 2009

16

17

18                                             By: _____

19                                                 James Fitzgerald   Thomas E. Booth
                                                 Attorneys for Defendant

20

21   IT IS SO ORDERED.

22

23   DATED:   March 10, 2009

24                                             _____
                                                 Hon. Judge Elizabeth D. Laporte
                                                 UNITED STATES DISTRICT JUDGE

25

26   _____

27   [1] At the Case Management Conference, the Court ordered the reply by October 13; the Case Management
     Conference Minutes erroneously transposed this date to October 31, 2009.

28

A/72860666.1                          3                          NO. C-08-2301 SBA (EDL)

STIPULATION AND ORDER MODIFYING DISCOVERY DATES