| | | |
|---|---|---|
| 1 | Impact Fund | American Civil Liberties Union |
| | BRAD SELIGMAN (SBN 083838) | Foundation of Northern California |
| 2 | bseligman@impactfund.org | ALAN L. SCHLOSSER (SBN 49957) |
| | JOCELYN D. LARKIN (SBN 110817) | aschlosser@aclunc.org |
| 3 | JASON H. TARRICONE (SBN 247506) | ANDRE I. SEGURA (SBN 247681) |
| | 125 University Avenue, Suite 102 | asegura@aclunc.org |
| 4 | Berkeley, CA 94710 | 39 Drumm Street |
| | Telephone: 510.845.3473 | San Francisco, CA 94111 |
| 5 | Facsimile: 510.845.3654 | Telephone: 415.621.2493 |
| | | Facsimile: 415.255.8437 |
| 6 | Bingham McCutchen LLP | |
| | HAYWOOD S. GILLIAM, JR. (SBN 172732) | Public Advocates, Inc. |
| 7 | haywood.gilliam@bingham.com | RICHARD A. MARCANTONIO (SBN 39619) |
| | ABIGAIL CONZATTI NICHOLS (SBN 252452) | |
| 8 | abigail.nichols@bingham.com | Rmarcantonio@publicadvocates.org |
| | Three Embarcadero Center | MICHELLE NATIVIDAD |
| 9 | San Francisco, CA 94111-4067 | RODRIGUEZ (SBN 226683) |
| | Telephone: 415.393.2000 | 131 Steuart Street, Suite 300 |
| 10 | Facsimile: 415.393.2286 | San Francisco, CA 94105 |
| | | Telephone: 415.431.7430 |
| 11 | Lawyers' Committee For Civil Rights of the San Francisco Bay Area | Facsimile: 415.431.1048 |
| 12 | OREN M. SELLSTROM (SBN 161074) | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP |
| | osellstrom@lccr.com | |
| 13 | KENDRA FOX-DAVIS (SBN 248757) | |
| | 131 Steuart Street, Suite 400 | THOMAS G. BEATTY (SBN 75794) |
| 14 | San Francisco, CA 94105 | JAMES V. FITZGERALD, III (SBN 55632) |
| | Telephone: 415.543.9444 | |
| 15 | Facsimile: 415.543.0296 | H. PATRICK SWEENEY (SBN 043737) |
| 16 | Attorneys for Plaintiffs SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN LATREECE COLEMAN, PRISCILLA BUNTON, and ALYCE DENISE PAYNE. | 1211 Newell Avenue, P.O. Box 5288 |
| 17 | | Walnut Creek, CA 94596 |
| | | Telephone: 925.939.5530 |
| | | Facsimile: 925.939.0203 |
| 18 | | |
| 19 | | Attorneys for Defendant |
| | | CITY OF ANTIOCH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN LATREECE COLEMAN, PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated, | No. C-08-2301 SBA (EDL) |
| | **STIPULATION AND ORDER MODIFYING DISCOVERY AND CLASS CERTIFICATION DATES** |
| Plaintiffs, | |
| v. | |
| CITY OF ANTIOCH, | |
| Defendant. | |

1  The parties hereby stipulate to and request a modest modification of the class certification discovery, briefing and hearing deadlines in this case.  This request seeks a modest six week extension of these deadlines to accommodate the volume of discovery and witnesses in this action.

Discovery commenced in this class action after the Case Management Conference held on October 2, 2008.  Since that time the parties have exchanged initial disclosures and initial written discovery, produced thousands of pages of documents and electronic data, negotiated document preservation and protective orders, and taken/defended 7 depositions out of the 30 total authorized by the Court. Plaintiffs have served subpoenas, obtained documents from the Housing Authority of Contra Costa County and have filed and won a motion to compel further production from it. Defendant has reviewed tens of thousands of emails and produced electronic and hard copy documents. It is completing review of additional documents before production. Plaintiffs and defendant have both served initial sets of interrogatories.

Plaintiffs have disclosed 40 class member and fact witnesses, including many recently identified class members.

The parties have cooperated in discovery, but it has become apparent that, due to the substantial amount of electronic data and emails involved, and the necessity of pre-disclosure document review by Defendant, and the need to depose witnesses, the current discovery cut off of June 15, 2009, does not allow sufficient time for the parties to complete class certification discovery.  The parties have agreed to the following modification of the discovery and motion dates:

|  | **Current** | **Proposed** |
| --- | --- | --- |
| Discovery Cut Off | June 15, 2009 | August 3, 2009 |
| Plaintiff Expert Report | June 15, 2009 | August 3, 2009 |
| Defendant Expert | August 3, 2009 | September 14, 2009 |
| Rebuttal Expert | September 1, 2009 | October 12, 2009 |

/ / /

1  / / /

|  | **Current** | **Proposed** |
|---|---|---|
| Class Cert. Motion | September 15, 2009 | October 27, 2009 |
| Class Cert. Opposition | October 6, 2009 | November 24, 2009 |
| Class Cert. Reply | October 13, 2009[1] | December 8, 2009 |
| Class Cert Hearing | October 27, 2009 | **January 12, 2010, at 1:00 p.m.** |

The currently scheduled settlement conference with Judge Larson remains at June 12, 2009.

DATED: May 11, 2009        By: _____
                                Brad Seligman
                                Attorneys for Plaintiffs and the Proposed Class

DATED: May 11, 2009        By: _____
                                Thomas Beatty
                                Attorneys for Defendant

IT IS SO ORDERED.

DATED: 5/20/09             _____
                                Hon. Saundra Brown Armstrong
                                UNITED STATES DISTRICT JUDGE

---

[1] At the Case Management Conference, the Court ordered the reply by October 13; the Case Management Conference Minutes erroneously transposed this date to October 31, 2009.