

**IMPACT FUND**

125 University Avenue, Suite 102, Berkeley, CA 94710-1616
Tel 510.845.3473 | Fax 510.845.3654 | impactfund@impactfund.org | www.impactfund.org



IT IS SO ORDERED
Judge James Larson

May 26, 2009

Chief Magistrate Judge James Larson
United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102

Re: <u>Williams v. City of Antioch (No. C-08-2301 SBA(JL)</u>

Dear Judge Larson:

Because of protracted discovery which has resulted in a modification in the discovery cut off and other dates, and conflicts with graduation dates of some of our children, the parties have agreed to change the currently scheduled settlement conference date (June 12, 2009). Accordingly, we request that the date be changed to August 18, 2009 at 10:00 a.m.

Sincerely,

Brad Seligman

Cc: Thomas Beatty, James Fitzgerald (counsel for defendant)

Strategic Litigation for Social Justice