| | |
|---|---|
| Impact Fund<br>BRAD SELIGMAN (SBN 083838)<br>bseligman@impactfund.org<br>JOCELYN D. LARKIN (SBN 110817)<br>JASON H. TARRICONE (SBN 247506)<br>125 University Avenue, Suite 102<br>Berkeley, CA  94710<br>Telephone:  510.845.3473<br>Facsimile:  510.845.3654 | Covington & Burling<br>HAYWOOD GILLIAM (SBN 172732)<br>hgilliam@cov.com<br>One Front Street<br>San Francisco, CA 94111<br>Telephone:  415.591.7050<br>Fax: 415.955.6530 |
| Bingham McCutchen LLP<br>FRANK KENNAMER (SBN 157844)<br>ABIGAIL SLONECKER (SBN 252452)<br>abigail.slonecker@bingham.com<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  415.393.2000<br>Facsimile:  415.393.2286 | American Civil Liberties Union<br>Foundation of Northern California<br>ALAN  L. SCHLOSSER (SBN 49957)<br>aschlosser@aclunc.org<br>ANDRE I. SEGURA (SBN 247681)<br>39 Drumm Street<br>San Francisco, CA  94111<br>Telephone:  415.621.2493<br>Facsimile:  415.255.8437 |
| Lawyers' Committee For Civil Rights<br>of the San Francisco Bay Area<br>OREN M. SELLSTROM (SBN 161074)<br>osellstrom@lccr.com<br>KENDRA FOX-DAVIS (SBN 248757)<br>131 Steuart Street, Suite 400<br>San Francisco, CA  94105<br>Telephone:  415.543.9444<br>Facsimile:  415.543.0296 | Public Advocates, Inc.<br>RICHARD A. MARCANTONIO<br>(SBN 139619)<br>Rmarcantonio@publicadvocates.org<br>MICHELLE N. RODRIGUEZ<br>(SBN 226683)<br>131 Steuart Street, Suite 300<br>San Francisco, CA  94105<br>Telephone:  415.431.7430<br>Facsimile:  415.431.1048 |

Attorneys for Plaintiffs Santeya Williams,
Mary Scott, Karen Coleman,
Priscilla Bunton, and Alyce  Payne.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN LATREECE COLEMAN, PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br>     v.<br><br>CITY OF ANTIOCH,<br><br>             Defendant. | No. C-08-2301 SBA (EDL)<br><br>**STIPULATION AND (PROPOSED) ORDER SHORTENING TIME FOR MOTION TO COMPEL**<br> AS MODIFIED |

1         The parties stipulate to a modified briefing schedule and request an order shortening time for plaintiffs' motion to compel to be heard by Magistrate Judge Laporte.

2         1.  Plaintiffs' Second Request for Production of Documents requests certain electronic data from defendant City of Antioch, which plaintiffs contend is necessary for their class certification motion.

3         2.  Defendant has objected to the production of the data on various grounds.

4         3.  The parties have met and conferred over the past two months in an effort to resolve the matter without the need for a motion. Those efforts concluded unsuccessful on July 13, 2009 and the parties agreed that the matter would be presented for resolution to the magistrate.

5         4.  The court's clerk informed plaintiffs' counsel that the earliest available hearing date for the motion was August 4, 2009.

6         5.  August 3, 2009 is the discovery cut-off, as well as the due date for plaintiffs' expert reports. The parties request a short extension of those deadlines to accommodate the resolution of this motion to compel. The dates below may be subject to further modification based upon the court's ruling on the discovery motion.

7         6.  In order for the matter to be heard promptly and not to delay the preparation of the class certification motion, the parties propose the following briefing schedule, hearing date and modification of the plaintiffs' expert witness report deadline.

| | |
|---|---|
| Plaintiffs' Opening Brief on Motion to Compel | July 15, 2009 |
| Defendant's Opposition Brief | July 22, 2009 |
| Plaintiff's Reply Brief | July 28, 2009  by 12:00noon |
| Hearing Date (Proposed) | August 4, 2009 |
| Discovery Cut-Off Date (for Electronic Data Only) | August 21, 2009 |
| Plaintiffs' Expert Reports Due Date | August 24, 2009 |

1

2   IT IS SO STIPULATED.

3

4   DATED: July 14, 2009          By:          /s/ Jocelyn D. Larkin
                                            Jocelyn D. Larkin
                                    Attorneys for Plaintiffs and the Proposed Class
5

6

7

8

9   DATED: July 14, 2009          By:          /s/ Thomas Beatty
                                              Thomas Beatty
                                         Attorneys for Defendant
10

11

12
    IT IS SO ORDERED.
13

14  DATED:  July 17, 2009

15
                                      _____
16                                    UNITED STATES MAGISTRATE JUDGE

17                                    *IT IS SO ORDERED AS MODIFIED*
                                      *Judge Elizabeth D. Laporte*
18

19

20

21

22

23

24

25

26

27

28