| | |
|---|---|
| 1  Impact Fund<br>BRAD SELIGMAN (SBN 083838)<br>2  bseligman@impactfund.org<br>JOCELYN D. LARKIN (SBN 110817)<br>3  JASON H. TARRICONE (SBN 247506)<br>125 University Avenue, Suite 102<br>4  Berkeley, CA 94710<br>Telephone: 510.845.3473<br>5  Facsimile: 510.845.3654<br><br>6  Bingham McCutchen LLP<br>FRANK KENNAMER (SBN 157844)<br>7  frank.kennamer@bingham.com<br>ABIGAIL SLONECKER (SBN 252452)<br>8  Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>9  Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>10<br>Lawyers' Committee For Civil Rights of the San<br>11  Francisco Bay Area<br>OREN M. SELLSTROM (SBN 161074)<br>12  osellstrom@lccr.com<br>KENDRA FOX-DAVIS (SBN 248757)<br>13  131 Steuart Street, Suite 400<br>San Francisco, CA 94105<br>14  Telephone: 415.543.9444<br>Facsimile: 415.543.0296<br>15<br>Attorneys for Plaintiffs SANTEYA DANYELL<br>16  WILLIAMS, MARY RUTH SCOTT, KAREN<br>LATREECE COLEMAN, PRISCILLA<br>17  BUNTON, and ALYCE DENISE PAYNE.<br><br>18  (Additional Attorneys for Plaintiffs Listed on the<br>Following Page) | Covington & Burling LLP<br>HAYWOOD S. GILLIAM, JR. (SBN 172732)<br>hgilliam@cov.com<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: 415.591.7030<br>Facsimile: 415.955.6530<br><br>STACEY SHESTON (SBN 186016)<br>McDonough Holland & Allen<br>500 Capitol Mall 18th Floor<br>Sacramento, CA 95814<br>Telephone: 916.444.3900<br>Facsimile: 916.444.8334<br><br>Attorney for CITY OF DAVIS<br><br>JAMES V. FITZGERALD, III (SBN 55632)<br>THOMAS G. BEATTY (SBN 75794)<br>MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP<br>1211 Newell Avenue<br>Post Office Box 5288<br>Walnut Creek, CA 94596<br>Telephone: 925.939.5330<br>Facsimile: 925.93900203<br><br>Attorneys for Defendant<br>CITY OF ANTIOCH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN LATREECE COLEMAN, PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>CITY OF ANTIOCH,<br><br>          Defendant. | No. C-08-2301 SBA (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONFIDENTIAL INFORMATION, PERSONNEL AND COMPLAINT DOCUMENTS** |

| | |
|---|---|
| 1 | American Civil Liberties Union Foundation of Northern California |
|   | ALAN L. SCHLOSSER (SBN 49957) |
| 2 | aschlosser@aclunc.org |
|   | 39 Drumm Street |
| 3 | San Francisco, CA 94111 |
|   | Telephone: 415.621.2493 |
| 4 | Facsimile: 415.255.8437 |
| 5 | Public Advocates, Inc. |
|   | RICHARD A. MARCANTONIO (SBN 39619) |
| 6 | Rmarcantonio@publicadvocates.org |
|   | 131 Steuart Street, Suite 300 |
| 7 | San Francisco, CA 94105 |
|   | Telephone: 415.431.7430 |
| 8 | Facsimile: 415.431.1048 |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

The parties expect that discovery in this action may involve disclosure of documents that may have personally identifiable information of a private nature, such as documents indicating complaints against Davis Police Department officers. The parties hereby stipulate:

1. Confidential Information

For purposes of this Stipulation and Protective order, "confidential information" means information that discloses police personnel files, or identifies an individual by name and/or address in a document that indicates complaints against Davis Police officers. Confidential information also includes information that identifies a complainant by name and address or identifies juveniles whose information is protected by law. A document is not subject to this Stipulation and Protective Order if: 1) personally identifying information is redacted; 2) the document was produced pursuant to a Public Records Act request; or 3) the document is publicly available.

If the City of Davis believes a document contains protected confidential information it shall stamp the document with the designation "confidential" or provide a log that lists the document as confidential. If plaintiffs believe a document is inappropriately designated as confidential, it shall meet and confer with the City of Davis regarding the document. If the dispute cannot be resolved, the matter shall be referred to a Magistrate Judge for resolution. In any proceeding, the burden of justifying the confidential status of the document shall be on the designating party. The parties shall meet and confer about the treatment of any documents that identifies juveniles.

2. Personnel and Complaint Documents

Plaintiffs have sought by subpoena records that include, *inter alia*, complaints of racial discrimination, racial profiling, or civil rights violations made against the Davis Police Department. The City of Davis has objected to this subpoena.

Subject to the terms of this Stipulated Protective Order, the City of Davis shall produce all documents concerning complaints of racial discrimination, racial profiling, or civil rights violations made against the Davis Police Department (Request No. 2).

3. <u>Access to and Use of Documents</u>

The parties hereby agree that documents containing confidential information received in discovery in this case shall be used solely for purposes of this litigation and shall not be disclosed to the public or to parties or attorneys not involved in this litigation. Nothing in this Stipulation and Protective Order shall prohibit disclosure of any confidential information to court reporters and professional vendors (i.e. videographers etc.), the court and its personnel, a party, a party's attorney, support staff, consultants and experts or to an individual who created, is the source of information or received the document containing confidential information, or who is named or identified in the document or whose family member or housemate is named in the document. There shall be no reproduction of documents containing confidential information, except as required by the needs of litigating this action. Copies of documents containing confidential information may be shown during depositions to witnesses to whom disclosure is reasonably necessary for this litigation, but copies will not be given to such witnesses before or after their deposition.

Except as otherwise provided in this paragraph, documents containing confidential information, including all copies, produced to plaintiff shall remain in the custody of plaintiffs' attorneys during the pendency of this action, except that any outside expert or consultant retained by plaintiffs or their attorneys for the purposes of this action, may temporarily have custody of any documents that are necessary for the expert or consultant to render an expert opinion. Any such expert or consultant shall promptly return all documents containing confidential information after an opinion has been rendered or, where applicable, a report prepared. Plaintiffs

1  or their attorneys shall inform any expert or consultant of the existence of this Protective Order.

2  Upon final resolution of this litigation, including all appeals, all documents containing confidential information produced to plaintiffs shall either be returned to counsel for City of Davis or destroyed. Notwithstanding this paragraph, however, plaintiffs' attorneys may each retain one copy of each pleading and other document filed with the Court or submitted to a mediator and/or one copy of each deposition transcript with exhibits that contain any documents covered by this Order.

4. Filing of Documents Containing Confidential Information

Disclosed confidential information shall be labeled as "Confidential" and shall be filed with the Court only after receiving written permission from the City of Davis or a court order secured after appropriate notice to all interested parties. This Stipulated Protective Order creates no entitlement to file confidential information under seal; Civil Local Rule 79-5 sets forth the procedures that must be followed and the standards that will apply when a party seeks permission from the Court to file material under seal.

///
///
///
///
///
///
///
///

1
2
3   DATED: 7/23/2009            By: _____
4                                    Kendra Fox-Davis
                                     Attorney for Plaintiffs
5
6
7   DATED:                      By: _____
8                                    Stacey Sheston
                                     Attorney for City of Davis
9
10
11  DATED:                      By: _____
12                                   Thomas Beatty
                                     Attorney for Defendant
13
14
15
16  IT IS SO ORDERED.
17
18
19  DATED: July 28, 2009
20                              _____
                                Hon. Elizabeth D. Laporte
21                              UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | |
| 2 | |
| 3   DATED: | By: _____ |
| 4 | Kendra Fox-Davis |
|   | Attorney for Plaintiffs |
| 5 | |
| 6 | |
| 7   DATED: 7/23/09 | By: *[signature]* |
| 8 | Stacey Sheston |
|   | Attorney for City of Davis |
| 9 | |
| 10 | |
| 11   DATED: | By: _____ |
| 12 | Thomas Beatty |
|   | Attorney for Defendant |

IT IS SO ORDERED.

DATED: _____

Hon. Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

3  DATED:                              By: _____
4                                           Kendra Fox-Davis
                                            Attorney for Plaintiffs

7  DATED:                              By: _____
8                                           Stacey Sheston
                                            Attorney for City of Davis

11 DATED: July 23 2009                 By: _____
12                                          Thomas Beatty
                                            Attorney for Defendant

16     IT IS SO ORDERED.

19     DATED:                          _____
20                                     Hon. Elizabeth D. Laporte
                                       UNITED STATES MAGISTRATE JUDGE