

# IMPACT FUND

125 University Avenue, Suite 102, Berkeley, CA 94710-1616
Tel 510.845.3473 | Fax 510.845.3654 | impactfund@impactfund.org | www.impactfund.org

August 6, 2009

Chief Magistrate Judge James Larson
United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102

**IT IS SO ORDERED**
*Judge James Larson*

Re: Williams v. City of Antioch (No. C-08-2301 SBA(JL)

Dear Judge Larson:

This case is scheduled for a settlement conference before you on August 18, 2009. The parties have met and conferred and request your approval of the following agreements we have made:

1. Because this is a complex class action, the parties ask leave to file settlement statements that are 15 pages long, rather than the standard 10.

2. The parties have agreed to exchange settlement statements.

3. Since the focus of the initial settlement conference will be on class issues, the parties agree that the presence of plaintiffs is not necessary at this initial meeting. Most of the plaintiffs have multiple dependents, which combined with their residence in Antioch and Pittsburg, makes attendance burdensome.

Thank you for your consideration of these requests.

Sincerely,

Brad Seligman

Cc: Thomas Beatty, James Fitzgerald (counsel for defendant)

Strategic Litigation for Social Justice