JAMES V. FITZGERALD, III (State Bar No. 55632)
THOMAS G. BEATTY (State Bar No. 75794)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTEYA DANYELL WILLIAMS; MARY RUTH SCOTT; KAREN LATREECE COLEMAN; PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH,<br><br>Defendant. | Case No. C08-02301 SBA<br><br>**STIPULATION AND ORDER TO REMOVE INCORRECTLY FILED DOCUMENT NO. 83** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, that the incorrectly filed Document No. 83, Defendant City of Antioch's Settlement Conference Statement, shall be permanently removed from the ECF system.

IT IS SO STIPULATED.

Case No. C08-02301 SBA - STIPULATION AND ORDER TO REMOVE INCORRECTLY FILED DOCUMENT NO. 83

Dated: August 11, 2009         IMPACT FUND

By: _____
　　Brad Seligman
　　Attorney for Plaintiffs

Dated: August 11, 2009         MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                               PFALZER, BORGES & BROTHERS LLP

By: _____
　　James V. Fitzgerald, III, Esq.
　　Thomas G. Beatty, Esq.
　　Attorneys for Defendant
　　City of Antioch

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED. DOCUMENT NO. 83 SHALL BE PERMANENTLY REMOVED FROM THE ECF SYSTEM.**

Dated: __8/13__, 2009

_____
Hon. Saundra B. Armstrong
United States District Judge

Case No. C08-02301 SBA - STIPULATION AND         2
ORDER TO REMOVE INCORRECTLY FILED
DOCUMENT NO. 83