| | | |
|---|---|---|
| 1 | Impact Fund | Covington & Burling |
| | BRAD SELIGMAN (SBN 083838) | HAYWOOD GILLIAM (SBN 172732) |
| 2 | bseligman@impactfund.org | hgilliam@cov.com |
| | JOCELYN D. LARKIN (SBN 110817) | One Front Street |
| 3 | JASON H. TARRICONE (SBN 247506) | San Francisco, CA 94111 |
| | 125 University Avenue, Suite 102 | Telephone: 415.591.7050 |
| 4 | Berkeley, CA 94710 | Fax: 415.955.6530 |
| | Telephone: 510.845.3473 | |
| 5 | Facsimile: 510.845.3654 | (Additional Attorneys for Plaintiffs Listed on the Following Page) |

Bingham McCutchen LLP
FRANK KENNAMER (SBN 157844)
ABIGAIL SLONECKER (SBN 252452)
abigail.slonecker@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

JAMES V. FITZGERALD, III (State Bar No. 55632)
THOMAS G. BEATTY (State Bar No.75794)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: 925.939.5330
Facsimile: 925.93900203

Lawyers' Committee For Civil Rights
of the San Francisco Bay Area
OREN M. SELLSTROM (SBN 161074)
osellstrom@lccr.com
KENDRA FOX-DAVIS (SBN 248757)
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: 415.543.9444
Facsimile: 415.543.0296

Attorneys for Defendant
CITY OF ANTIOCH

Attorneys for Plaintiffs SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN LATREECE COLEMAN, PRISCILLA BUNTON, and ALYCE DENISE PAYNE.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN LATREECE COLEMAN, PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF ANTIOCH,<br><br>        Defendant. | No. C-08-2301 SBA (EDL)<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER MODIFYING EXPERT DISCLOSURE DATES** |

| | | |
|---|---|---|
| 1 | American Civil Liberties Union Foundation of Northern California | Public Advocates, Inc.<br>RICHARD A. MARCANTONIO (SBN 139619)<br>Rmarcantonio@publicadvocates.org<br>131 Steuart Street, Suite 300<br>San Francisco, CA  94105<br>Telephone:  415.431.7430<br>Facsimile:  415.431.1048 |
| 2 | ALAN  L. SCHLOSSER (SBN 49957)<br>aschlosser@aclunc.org | |
| 3 | ANDRE I. SEGURA (SBN 247681)<br>39 Drumm Street | |
| 4 | San Francisco, CA  94111<br>Telephone:  415.621.2493 | |
| 5 | Facsimile:  415.255.8437 | |

1  By prior Stipulation and Order Shortening Time for Motion to Compel, the date for
2  plaintiffs' expert disclosure was set at August 24, 2009 although the stipulation provided that this
3  date "may be subject to further modification based upon the court's ruling on the discovery
4  motion." The court subsequently granted the motion to compel in part and ordered the parties to
5  meet and confer on the requested discovery. The parties have now done so and request the
6  following modest adjustment of the expert disclosure deadlines. These modifications do not
7  affect the dates set for plaintiffs' motion for class certification, currently due October 27, 2009 or
8  otherwise affect any other discovery deadlines.

| | |
|---|---|
| Plaintiffs' Expert Reports Due Date | September 1, 2009 |
| Defendant's Expert Reports | September 29, 2009 |
| Plaintiffs' Rebuttal Expert Reports | October 27, 2009 |

13  IT IS SO STIPULATED.

15  DATED: August 12, 2009         By:         /s/ Brad Seligman
                                              Brad Seligman
16                                  Attorneys for Plaintiffs and the Proposed Class

20  DATED: August 12, 2009         By:         /s/ Thomas Beatty
                                              Thomas Beatty
21                                  Attorneys for Defendant

24  IT IS SO ORDERED.

25  DATED:  August 13, 2009

GRANTED
Judge Elizabeth D. Laporte

26                                  Hon. Elizabeth D. Laporte
                                    UNITED STATES MAGISTRATE JUDGE