# EXHIBIT 4

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTEYA DANYELL WILLIAMS;     )
MARY RUTH SCOTT; KAREN        )
LATREECE COLEMAN; PRISCILLA   )
BUNTON, and ALYCE DENISE PAYNE, )
on behalf of themselves and all )
others similarly situated,    )
                              )
              Plaintiff,  )
                              )
       vs.                    )     NO. C08-02301 SBA
                              )
CITY OF ANTIOCH,              )
                              )
              Defendants. )
_____)

DEPOSITION OF MAYOR DONALD FREITAS

WALNUT CREEK, CALIFORNIA

JUNE 15, 2009

REPORTED BY:

Cynthia Bynum Palmer

CSR NO. 3556

Mayor Donald Freitas

2

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3

4    SANTEYA DANYELL WILLIAMS;      )
     MARY RUTH SCOTT; KAREN         )
5    LATREECE COLEMAN; PRISCILLA    )
     BUNTON, and ALYCE DENISE       )
6    PAYNE, on behalf of            )
     themselves and all others      )
7    similarly situated,            )
                                    )
8                     Plaintiffs,   )    No. C08-02301 SBA
                                    )
9         vs.                       )
                                    )
10   CITY OF ANTIOCH,               )
                                    )
11                    Defendants.   )
     _____ )
12

13

14             Deposition of MAYOR DONALD FREITAS

15             taken on behalf of the plaintiffs

16             at McNamara, Dodge, Ney, Beatty,

17             Slattery, Pfalzer, Borges &

18             Brothers, LLP, 1211 Newell Avenue,

19             Walnut Creek, California, beginning

20             at 10:09 a.m. and ending at 4:35 p.m.

21             on Monday, June 15, 2009, before

22             Cynthia Bynum Palmer, CSR No. 3556

23

24

25

**Mayor Donald Freitas**

3

APPEARANCES:


        FOR THE PLAINTIFFS:

                LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                By: Oren Sellstrom, Esq.
                    Kendra Fox-Davis, Esq.
                    Priscilla A. Ocen, Esq.
                131 Steuart Street, Suite 400
                San Francisco, California  94105


        FOR THE DEFENDANT:

                McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                PFALZER, BORGES & BROTHERS, LLP
                By:  Thomas Beatty, Esq.
                    Howard Patrick Sweeney, Esq.
                1211 Newell Avenue
                Walnut Creek, California  94596


        VIDEOGRAPHER:  Sean Grant

Mayor Donald Freitas

5

1          THE VIDEOGRAPHER:  Good morning.  Here begins

2     the deposition of Mr. Donald Freitas in the matter of

3     Santeya Danyell Williams versus City of Antioch.  This

4     case is filed in the United States District Court,

5     Northern District of California, and the case number is

6     C08-02301-SBA.  Today's date is June 15, 2009, and the

7     time is 10:09 a.m.  This deposition is taking place at

8     McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges &

9     Brothers, located at 1211 Newell Avenue, Walnut Creek,

10    California, 94596, and is being taken on behalf of the

11    plaintiffs.

12          The reporter is Cindy Palmer, appearing on

13    behalf U.S. Legal Support.

14          The videographer is Sean Grant, also appearing

15    on behalf of U.S. Legal Support.

16          Counsel, please identify yourselves and state

17    whom you represent.

18          MR. SELLSTROM:  Good morning.  Oren Sellstrom

19    from the Lawyer's Committee of Civil Rights representing

20    plaintiffs.

21          MS. FOX-DAVIS:  Kendra Fox-Davis from the

22    Lawyers' Committee for Civil Rights representing the

23    plaintiffs.

24          MS. OCEN:  Priscilla Ocen from the Lawyers'

25    Committee for Civil Rights representing plaintiffs.

Mayor Donald Freitas

6

1       MR. SWEENEY:  Howard Patrick Sweeney, McNamara

2   Law Firm, representing the defendant.

3       MR. BEATTY:  Oh, Tom Beatty representing the

4   defendant from the McNamara law firm.

5       THE VIDEOGRAPHER:  Would the reporter please

6   swear in the witness.

7                MAYOR DONALD FREITAS,

8   having been first duly sworn, was examined and testified

9   as follows:

10      THE VIDEOGRAPHER:  Counsel?

11             EXAMINATION BY MR. SELLSTROM

12  Q       Good morning, Mr. Freitas.

13  A       Good morning.

14  Q       Have you ever been deposed before?

15  A       Yes.

16  Q       How many times?

17  A       Several.

18  Q       Several?

19  A       Several.

20  Q       Several.

21          Have you had a chance to review -- review

22  general deposition practice with your attorney?

23  A       Umm, yes.

24  Q       Okay.  Well, let me go over some of the ground

25  rules even though if you've been deposed before.  You may

Mayor Donald Freitas

35

1    Q       Yes.

2    A       I don't know how common it was.  I mean you

3    would hear it in -- in public testimony.

4    Q       And is that -- is that a sentiment that you

5    heard escalating throughout the time period from 2000,

6    2008?

7    A       Was it mentioned during that period of time?

8    The answer is yes, it was escalating.  It was always a

9    simply a part that the City of Antioch had a

10   disproportionate share of Section 8 vouchers.

11   Q       And, as you understood it, what was the -- what

12   was the problem with that that constituents were raising?

13   A       I think many -- many citizens believe that

14   individuals who were in Section 8 housing were actually

15   either perceived or real, increasing crime in the city.

16   Q       And from your conversations with constituents

17   about a concern that Antioch had a disproportionate share

18   of Section 8 rentals, were there other concerns that

19   constituents had that led them to believe that was a

20   problem other than some that believed that Section 8 was

21   increasing crime?

22   A       I'm -- what's the -- I'm not sure I understand

23   what the question is.

24   Q       Let me rephrase that question.

25           You said that the -- when you would hear

Mayor Donald Freitas

37

1    comparison to other neighboring jurisdictions?

2    A        Umm, if -- if you include cities like Lafayette,

3    Orinda, Moraga, Walnut Creek as neighboring cities, my

4    answer would be yes.  I believe that, you know, there was

5    an equity -- equability question and that all

6    communities, you know, should be responsible for

7    providing services in their communities.

8    Q        So you shared the -- some of the concerns that

9    your constituents brought to you about Antioch having

10   more than its fair share of Section 8?

11   A        Again, what -- what's the question?

12   Q        You shared some of the concerns that

13   constituents brought to you that Antioch had more than

14   its fair share of Section 8?

15   A        Did I agree with some of 'em that Antioch had

16   more than its fair share?  The answer is yes.

17   Q        And why did you see that as a problem?

18   A        Because I believe that you need to be equitable

19   in the administration of all public programs and that all

20   cities should be responsible for implementing social

21   programs in their communities.  It should not just be to

22   a few cities; it should be all 19 cities.

23   Q        What did you view as the cost to the city of --

24   if any, of having more Section 8 in proportion to its

25   population than Lafayette or Orinda?

Mayor Donald Freitas

50

1    Q        And in terms of the -- the comments that you

2    heard from constituents, is it fair to say that that

3    that's not atypical of what you just heard there with --

4    with people talking specifically about Section 8 being

5    disproportionate in the city of Antioch?

6    A        Did you say it was not typical?

7    Q        Not atypical.

8    A        That it was not atypical.  Umm --

9    Q        That's a --

10   A        I guess --

11   Q        A lawyer --

12   A        I guess I'm reluctant to answer your question

13   cuz I'm not sure exactly what you're asking.

14   Q        I know I believe I objected in earlier

15   deposition to your counsel using double negatives, so

16   I'll -- let me try and rephrase to make it more clear.

17             Is it fair to say that that concern that was

18   just voiced in the clip we saw was typical of the

19   concerns that you heard from constituents coming to you

20   and saying, "We think Antioch has more than its fair

21   share of Section 8"?

22   A        Yes.  That was more typical.

23   Q        Do you recall responding to those complaints by

24   saying in words or in substance that you agree that

25   that's a big issue, you don't feel it's fair, equitable;

Mayor Donald Freitas

51

1    "We think we're taking the lion's share.  We don't like

2    it"?

3    A        I don't think we ever said we were taking the

4    lion's share.  All right.  I think the earlier numbers

5    that you talked about Antioch having the population of

6    10,000 (sic) and a section at that time was 16,- I don't

7    think that's the lion's share of Section 8 vouchers in

8    our community.

9            The argument that I was putting forth was it

10   wasn't equitable, that other communities -- like this

11   particular woman that said that there's no Section 8 in

12   Orinda.  Why not?

13           MR. BEATTY:  Did you mean 10 percent?

14           THE WITNESS:  10 percent for the population,

15   16 percent, you know, for Section 8.

16           MR. SELLSTROM:  Let me slow you another clip,

17   I'm sorry to do this, Tom, but if I could get you to turn

18   off the lights and we'll show you a clip which is a -- a

19   continuation of the clip that we were just watching, the

20   same disk, umm, and it continues at -- from where we left

21   off until approximately 11 minutes, 18 seconds.

22           MR. BEATTY:  I thought that's where we --

23           (Disk played)

24   Q       (By Mr. Sellstrom)  Does that refresh your

25   recollection  --

Mayor Donald Freitas

52

1    A        Sure.

2    Q        -- in the clip that you just saw?

3             Okay.  And you were -- you were responding there

4    to a woman who was questioning why Antioch has more

5    Section 8 than neighboring jurisdictions.  Correct?

6    A        Yes.

7    Q        And your words were, "That's a big issue.  We

8    don't feel it's fair, equitable.  We think we're taking

9    the lion's share.  We don't like it."  Correct?

10   A        I think that's correct (Indicating.)

11   Q        And who did you mean by "we" when you were

12   saying that?

13   A        "We" would be the City of Antioch.

14   Q        Did you also, umm, have issues with the

15   Association of Bay Area Governments assigning what you

16   felt was too much low income housing to the city?

17   A        Yes, as well as most of the cities in

18   Contra Costa County, which if you look at the paperwork,

19   you'll find that most of them, umm, have -- have problems

20   with -- with ABAG's projections.

21   Q        And ABAG is -- is the acronym for Association of

22   Bay Area Governments?

23   A        Yes.

24   Q        And what is the process for assigning low income

25   housing to particular jurisdictions?

**Mayor Donald Freitas**

58

```
 1            Did you ever hear concerns from your
 2   constituents that Section 8 voucher holders were living
 3   in homes with high property values?
 4   A       Did I hear -- hear of them?
 5   Q       (Nods head.)
 6   A       Yes.
 7   Q       And was that a -- would you call that a -- a
 8   common issue that came up in your discussions  --
 9   A       No.
10   Q       -- with constituents?
11           You heard it more than once?
12   A       Okay.  I heard it more than once.
13   Q       Several times?  I'm trying to get your best
14   estimate of -- of -- you said it -- I'm trying to get
15   your best estimate of -- of is this something that you
16   would hear on a regular basis, is this something that you
17   heard once or twice?  Sort of where in that range did it
18   fall?
19   A       Very infrequent basis.
20   Q       Can you recall specific instances when you had
21   that discussion with constituents about Section 8 renters
22   living in homes that were -- had high property values?
23   A       I believe it came up in some of the public
24   testimony at the quality-of-life issues.
25   Q       Do you have any recollection as you sit here
```

Mayor Donald Freitas

59

1    today of other conversations that you had with

2    constituents about this issue?

3    A        I -- I don't have any specific recall.

4             MR. SELLSTROM:  Let me go ahead and show you one

5    of the clips.  This is actually from the same exhibit,

6    which is the September 16th, '06 Quality of Life Forum.

7    It's the same exhibit that's going to be marked as

8    Exhibit 51.  It begins right after the last clip that we

9    showed which is at approximately 11 minutes, 18 -- 18

10   seconds into the -- let's see.  Into the disk.

11            We can go ahead and show it.

12            (Disk played)

13   Q        (By Mr. Sellstrom)  So you had constituents that

14   were infuriated by Section 8 tenants living in expensive

15   homes.  Correct?

16   A        Yes.

17   Q        And was that clip that we heard typical of the

18   comment, that you would receive from people who voiced

19   that concern to you?

20   A        The -- typical, yes.

21   Q        And when you listened to that clip did you hear

22   the applause that was generated by that gentleman's

23   comment?

24   A        Yes.

25   Q        And as an elected official who is taking public

Mayor Donald Freitas

60

1   comments does that suggest to you that there are other

2   people in the audience that agree with the sentiment that

3   was being voiced?

4   A       I think there -- I think that's what it denotes.

5   Q       And that quite a few people agreed with that

6   sentiment.  Is that fair to say?

7   A       That I don't know.  It was a large -- large

8   audience.  How many were clapping, I couldn't tell ya.

9   Q       And did you -- and then you agreed with that

10   sentiment as well, didn't you, that it was not right for

11   Section 8 tenants to be living in expensive properties?

12   A       No.  I -- no, that's not my position.

13   Q       That's never been a concern that you voiced?

14   A       Have I voiced?  Yeah, I voiced it.  I think

15   there's -- the Chief of Police actually in one of his

16   presentations showed a Section 8 house and in a very

17   affluent portion of the city.

18   Q       And -- but that was of no concern to you?

19   A       Was it a concern?  Sure, it was a concern,

20   but --

21   Q       Why was it a concern?

22   A       Why?

23   Q       Why.

24   A       Because I think some of the questions that came

25   up is -- you know, was that fair, was that equitable.

**Mayor Donald Freitas**

61

1    That's --

2    Q        And did you think that was fair and ethical?

3    A        What -- what what was fair and equitable?

4    Q        That there were Section 8 voucher holders living

5    in houses that had high property values.

6    A        Did I -- I'm not -- I'm sure at this point, you

7    know, if I felt that was overly fair or consistent.  It

8    raises issues, you know, in the community for those

9    individuals who are not Section 8 voucher holders and not

10   having the ability to live in the same style housing.

11   Q        And did it raise those same issues for you?

12   A        Did they -- it did raise issues for me.  It's --

13   you know, I -- I did wonder, you know, how that occurred.

14   Q        And did you believe there was something

15   unethical about that?

16   A        Unethical?  No.

17   Q        Unfair?

18   A        Unfair?  Yes.

19   Q        And what did you believe was unfair about that?

20   A        I think the disparity between, you know, an

21   individual who has a Section 8 voucher living in a

22   million plus dollar home versus a lot of individuals who

23   both spouses are working, have children, and couldn't

24   possibly afford to live in a similar house.

25   Q        So is it fair to say that you understood your

**Mayor Donald Freitas**

86

1    increase in crime and blight?

2    A        I -- I really don't know.  I mean I really --

3    it's difficult to answer that.  I mean if you ask me, you

4    know, if Section 8 is broadly interpreted and applied

5    that it's rental housing, my answer is yes, rental

6    housing I believe is a cause for increased crime and

7    blight.

8    Q        And my question was specifically about

9    Section 8, and -- and I understand your answer to that

10   question about whether you believe that increase in

11   Section 8 is a cause of increase in crime and blight to

12   be, you don't know.  Is that correct?

13   A        Yeah.  I'm -- haven't really seen anything that

14   looks at the overall rental properties.  I don't know if

15   Section 8 is more or less, the same.  I don't know what

16   the causes are, but generally speaking I believe rental

17   property does provide some -- an increase in crime and

18   blight.

19   Q        Did you ever ask for information that would help

20   answer that question for you as to whether Section 8

21   housing led to increased crime and blight?

22   A        I think my recollection is that the

23   City of Antioch requested information from HUD with

24   regards to the Section 8 recipients and the answer that

25   came back was that we -- they were -- HUD was not going

87

1      to give us that information due to confidentiality, so

2      when a police officer responds, the police officer

3      doesn't know if it's an owner-occupied home, if it's a

4      rental, if it's Section 8, or any other arrangements.

5      They just get a call to go to a particular residence or a

6      business or retail center or commercial establishment.

7      Q       And when you were referring to information that

8      the City of Antioch asked for from HUD, are you referring

9      to lists of Section 8 tenants?

10     A       Yes.

11     Q       And other than the city asking for lists of

12     Section 8 tenants, did the city to your knowledge do

13     anything else to try and answer the question as to

14     whether an increase in Section 8 housing in Antioch was

15     leading to an increase in crime and blight?

16     A       I think the Police department simply kept

17     statistics and records and facts, and they just speak for

18     themselves.

19     Q       And do you recall any conclusions that were

20     drawn one way or another from those statistics and

21     records?

22             MR. BEATTY:  By whom?

23             THE WITNESS:  By whom?

24             MR. BEATTY:  Yeah.

25             THE WITNESS:  By me?

88

1    Q        (By Mr. Sellstrom)  Yes.

2    A        Do I recall what my --

3    Q        Let me ask the question again.

4             As I understand it, you were saying that the

5    police department keeps statistics and records.  My

6    question was do you recall anyone, whether it's from the

7    police department or anyone else in the city, looking at

8    those statistics and records and drawing any conclusions

9    from them about whether an increase in Section 8 housing

10   leads to an increase in crime and blight?

11   A        I think the earlier document that you showed

12   with Chief Hyde, those overheads do show you factual

13   information that the police department collected, and

14   again, I think with rental property there is an increase

15   in crime and blight.

16   Q        Okay.  And other than what you've already

17   testified to, do you know whether the city did any other

18   investigation as to whether in particular Section 8

19   housing led to increased crime and blight?

20   A        I -- I don't know.  I don't have a recall.

21   Q        You used a quote from the movie, "Network" a few

22   times to describe how constituents felt about Section 8.

23   Do you recall that?

24   A        Yes.

25   Q        And what was that quote?

96

1          THE WITNESS:  Yeah.  I think citizens did have

2     that perception.

3     Q          (By Mr. Sellstrom)  And did you have that

4     perception?

5     A          No.

6     Q          Is it fair to say that the CAT team's creation

7     was something that you were able to point to when

8     constituents came to you and said, "We're frustrated

9     about what is going on with Section 8"?

10    A          Well, let me -- let me be clear about something.

11    The City of Antioch has community policing, and the --

12    the creation of the Community Action Team was by

13    Chief Hyde.  The city council tries as much as possible

14    not to micro-manage, you know, it's staff, and I think

15    that the uproar that was occurring in our community,

16    particularly as it related to crime, all crime, was the

17    reason why Chief Hyde devoted, you know, the several

18    officers to be completely focused on issues that were

19    occurring in the neighborhoods.

20    Q          And as mayor is the CAT team's creation

21    something that you pointed to when constituents came to

22    you asking, "What are you doing about the Section 8

23    problem"?

24    A          Yes.

25    Q          Let me -- let me back up.  I wanted to ask you

Mayor Donald Freitas

101

1    A       I just don't recall.

2    Q       Okay.  Do you -- do you think that race played

3    any part in the tensions in the City of Antioch around --

4    that were discussed in the Quality of Life Forums?

5    A       Do I believe that race was a cause?

6    Q       Played any -- played any role.

7            I mean is it -- is it fair to say that --

8    A       Do I believe there are citizens in Antioch who

9    are racist?  Yes.

10   Q       And what do you base that belief on?

11   A       Oral comments.  You have copies of the

12   Quality of Life Forums.  Some of the statements coming

13   from the citizens I think you -- a normal, prudent

14   individual would say they are racist or tinged with

15   racism.

16   Q       And did you have -- did you have one-on-one

17   conversations with people that you came away with the

18   same impression?

19   A       That I came away -- from their perspective?

20   Q       You had talked about you heard comments in

21   public forum, in public fora that you took to be racist

22   or tinged with racism.  Correct?

23   A       Yes.

24   Q       And this is specifically in terms of issues that

25   were being raised around Section 8.  Right?

Mayor Donald Freitas

112

1   that has language that -- that you said "affirmative

2   action loopholes" is racially tinged?

3   A        Right.

4   Q        And I'm asking you if you heard comments from

5   constituents of yours around the Section 8 program that

6   were similar to the comments being made here in the

7   New York Times article.

8   A        No.  I mean gross community over development,

9   that portion, yes, one of the issues the city has had to

10  deal with over the years is the rate of growth, but I'm

11  not sure that that's a -- a racist issue.  I mean

12  "affirmative action loopholes" to me is a racist --

13  racially tinged comment.

14  Q        Did you hear in -- in public forums or

15  discussions with constituents people concerned about

16  Antioch not becoming another Richmond or Oakland?

17  A        Yes.

18  Q        Was it your -- was that something that you heard

19  frequently?

20  A        Frequently?  I -- I heard it expressed, I don't

21  know, several times, you know, in public forums from our

22  own council members, so I don't know how many times, but

23  was it mentioned?  The answer's yes.

24  Q        And is it your understanding that Richmond and

25  Oakland have higher African American populations than

**Mayor Donald Freitas**

120

1          THE WITNESS:  The second paragraph.

2     Q          (By Mr. Sellstrom)  I'm sorry?

3     A          You asked me -- that's the second paragraph.

4     That's what I believe UCBN was created for.

5     Q          Okay.  Do you recall seeing opp eds from Gary

6     Gilbert that specifically focused on Section 8?

7     A          I know that he wrote and articles appeared in

8     the local newspapers.  Yes.

9     Q          And were you aware that Gary Gilbert linked

10    increase in Section 8 to increase in crime?

11    A          Did I -- do I believe that Gary Gilbert linked

12    them?  Yes, I --

13    Q          Do you know whether did he?

14    A          I think that was part -- yes.

15    Q          Okay.  And I think you testified earlier that

16    you yourself didn't know whether that was true or not.

17    Is that right?  Whether or not there was that linkage

18    between increase in Section 8 and increase in crime.

19    A          No.  I think my testimony was that when you have

20    rental property, of which Section 8 is rental property,

21    there is an increase in crime and blight.

22    Q          Right.  But that you don't know whether --

23    A          Do I have statistics?  No, I do not have

24    statistics.  It's -- it's just perception.

25    Q          And you don't know whether Section 8 is -- not

Mayor Donald Freitas

121

1    just all rental property, but specifically Section 8 is a

2    link to increased crime.  Right?  You don't know one way

3    or other?

4    A       Right.  I don't know if a house is a Section 8

5    house, I don't know if it's, you know, owned by a

6    specific person or rental.  I have no knowledge if a

7    house is or is not a Section 8 house unless someone tells

8    me and verifies that it is.

9    Q       Did you ever have a conversation with

10   Gary Gilbert about -- and ask him for why he believed

11   there to be a link between Section 8 and -- increased

12   Section 8 and increased crime?

13   A       I don't recall having a conversation that --

14   Q       I'm sorry.  I just didn't hear you.

15   A       I don't recall having that specific conversation

16   with him.

17   Q       Did you think that was important to find out?

18   A       Okay.  You know, I guess I'm not making myself

19   clear.  I believe all rental problems, all rental

20   problems, which include Section 8, have an increase in

21   crime and blight.  Period.

22   Q       And my question was whether the issue not of all

23   rental properties but of increased Section 8 leading to

24   increased crime was something that you felt as mayor of

25   Antioch was an important issue for you to find out about.

Mayor Donald Freitas

158

1   criminality in the neighborhoods and behavioral problems.

2   I think they've had a lot of very positive impacts in our

3   community.  Parks that parents would never send children

4   to are now enjoyed by families, and I think that there

5   have been a lot of improvements and they are directly as

6   a result of the actions of the Community Action Team.

7   Q      But in your mind the jury is still out as to

8   whether in doing that they treated people fairly and

9   equitably?

10  A      I believe they treated fairly and equitably and

11  legally.  I believe that that's true.  Now you wouldn't

12  be suing us if you didn't -- if you didn't have a

13  question, so I believe the jury will still be out on that

14  until we resolve it.

15         MR. SWEENEY:  We've been going for over an hour.

16  Is it a good time for a break?

17         MR. SELLSTROM:  Sure.

18         THE VIDEOGRAPHER:  Going off the record.  The

19  time is 3:55 p.m.

20         (Off the Record)

21         THE VIDEOGRAPHER:  Back on the record.  The time

22  4:08 p.m.

23  Q      (By Mr. Sellstrom)  Looking again at Exhibit 60,

24  the Public Advocates Bay Area Legal Report, particularly

25  on page 3 of the report, which is Bate stamped No.

Mayor Donald Freitas

159

1    10,136, I want to ask you about another statistic that

2    was cited in the report in the second full paragraph

3    there, where it -- at the end of that paragraph that

4    reads, "Rather, Section 8 termination rates indicate that

5    a significantly higher rate of referrals to the

6    Housing Authority for termination that lack merit are

7    made with respect to a letter to White families."  Do you

8    see that?

9    A       It's kind of the second paragraph down?

10   Q       That's right.  The second full paragraph.

11   A       I'm sorry.  Where did you begin?

12   Q       The word "Rather."

13   A       All right.

14   Q       Do you -- do you know whether that's true or

15   not?

16   A       I have absolutely no idea if it's true or not.

17   I mean when I'm talking about "factual," to these

18   individuals the information I'm sure that's in this

19   document, to them, it's factual, but I actually have no

20   idea, you know, if this information is absolutely true

21   and correct.

22   Q       And -- and did you do anything to find out if

23   that passage that I just read and that you just read

24   about a significantly higher rate of referrals to the

25   Housing Authority for termination that lack merit being

**Mayor Donald Freitas**

160

```
 1    made with respect to African American families, did you

 2    do anything to determine whether that was accurate or

 3    not?

 4    A        Again, when I -- let me repeat myself.  I think

 5    this was a political hit piece, so quite frankly, I took

 6    everything that I read with a grain of salt, not really

 7    knowing if the information and what they assumed to be

 8    facts are actually -- actually real or not.

 9    Q        And let me just repeat my question.  I

10    understand you had some concerns about -- about what was

11    behind the report, and I'm asking you if you did any

12    investigation to determine whether the facts were

13    accurate or not.

14    A        This was, obviously, provided to the city

15    manager, city attorney, the chief of police, and other I

16    assume impacted employees of the city, and I'm sure that

17    they went through this with a fine tooth comb, but I

18    don't have anything that would indicate if the

19    information that was contained in here was absolutely

20    true or not, so I didn't carry it any further cuz I think

21    what it was was a political hit piece, and I really did

22    not want to waste anybody's time going through a document

23    that from my perspective lacked, umm, voracity.

24    Q        Although I think you testified you didn't know

25    whether that was the case or not, that it lacked
```

**Mayor Donald Freitas**

161

1    voracity.  Correct?

2    A       I absolutely said I don't know if the

3    information, what they assumed to be facts are actual

4    facts or not.

5    Q       And did you ever hear back from anyone on the

6    staff about whether they had determined whether or not

7    the facts in the report were accurate or not?

8    A       No.

9    Q       Did you continue to approve funding for the

10   CAT team after this report came out?

11   A       The Community Action Team, yes.  When you say

12   me, I'm assuming you're talking about the entire city

13   council.

14   Q       That's correct.

15   A       Okay.

16   Q       And the answer is "yes"?

17   A       And the answer is yes.

18   Q       Did you, "you" meaning the mayor, direct anyone

19   on staff to consider whether any changes to the CAT team

20   were appropriate in light of the report?

21   A       No.

22   Q       To your knowledge did anyone on the council

23   direct city staff to determine whether any changes to the

24   CAT team were appropriate given the allegations in the

25   report?

State of California   )

County of Sacramento )


I, CYNTHIA BYNUM PALMER, CSR, hereby certify that the witness in the foregoing deposition was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place herein named; that the deposition is a true record of the witness's testimony as reported to the best of my ability by me, a duly Certified Shorthand Reporter and disinterested person, and was thereafter transcribed under my direction into typewriting by computer; that the witness was given an opportunity to read, correct, and sign the deposition.

I further certify that I am not interested in the outcome of said action nor connected with nor related to any of the parties in said action nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunder subscribed my hand this ___25th___ day of ___June___ , 2009.

*Cynthia Bynum Palmer CSR*

CYNTHIA BYNUM PALMER, CSR 3556