# EXHIBIT 17



Home
About Us
Calendar of Events

Photos ▶
Meeting Minutes
Section 8 Listings ▶
Antioch Blogs ▶
Report Violations
Local Government and
Elected Officials
City of Antioch ▶
Contra Costa County ▶
Schools ▶
Forum
UCBN - Brentwood ▶
FAQ
Community Information
Law Enforcement BBQ
Sponsor & Volunteers
2007
Law Enforcement BBQ
Sponsor & Volunteers
2008
Law Enforcement BBQ
Sponsor & Volunteers
2009
Feedback
Join UCBN Email List

# United Citizens for Better Neighborhoods

### *About Us*

UCBN is a new organization that was created in May 2006 to combat problems associated with Section 8 rentals. We are a very large multi-cultural group from various professional backgrounds who are dedicated to improving the quality of life for all Antioch residents.

Since May we have expanded our goals to include neighborhood blight and crime, school violence, safe parks and shopping areas and to positively effect change to make Antioch a clean, safe environment for all to live.

We work closely with the Antioch City Council, the Antioch Police Department and Neighborhood Improvement Services (NIS).

© United Citizens for Better Neighborhoods, 2007



# EXHIBIT 18

## Arne Simonsen

**From:** Donald Freitas [dpfreitas@comcast.net]
**Sent:** Friday, June 23, 2006 2:42 PM
**To:** Linda Thompson; Mary Peinado; Anna Morris; Vicky Mckenna; Gary Gilbert
**Cc:** Davis, James D. ; James Conley; bkski1@comcast.net; asimonsen4@comcast.net; Jakel, Jim
**Subject:** Re: June 27, 2006 City Council Meeting

**Mr. Gilbert:**

**The purpose of this email is to let you know your request can not be accommodated to agenized an item on Section 8 issues for the June 27, 2006 Antioch City Council. The reasons for the denial are threefold.**

**First, the June 27th City Council has already been published and distributed. Second, the City Council established a sub-committee composed of Brian Kalinowski and Jim Davis to review this matter and report back to the Council on July 11th with recommendations for addressing the Section 8 issues in Antioch. And finally, the primary issue for the City Council on June 27th is the adoption of the 2006/07 Fiscal Year Budget. Included in the proposed budget is the addition of two new Police Officers, two new Community Service Officers, two new Dispatchers, one new Code Enforcement Officer and one new Assistant /Deputy City Attorney who will devote fifty percent of this person's time to code enforcement matters. Eight other positions are also being recommended for approval.**

**We completely understand the "firestorm" of interest/concern/frustration/anger in our community to Section 8, code enforcement and crime issues. We believe the addition of these recommended positions will help to address some of the concerns. We also completely understand that more needs to be done to address these matters that will involve the whole community. The last thing we need is knee-jerk reactions that could make matters worst.**

**We appreciate the "urgency" of these matters. This is one reason the City Council has been in session every Tuesday during May and June to figure out how to add new personnel to the City Budget that many members of the public have been clamoring be included.. The Council has done so with approximately $250,000 left in the General Fund in a multi-million dollar budget. In fact, during the past several fiscal years we have added new police officers and support staff primarily by dipping into our reserves which has created deficits in our previous and present budgets. We did so because of the need for more law enforcement to address the aforementioned issues. So, the Council is not just reacting to the present situation, but has understood the problems and have been addressing them for many years. Clearly the job is not done.**

**Your organization may be extremely valuable to resolving many of the challenges we are facing. But, it needs to be done with well thought out plans are will improve the situation. I'm sure you will be present on July 11th to lend your support to these challenges.**

**Sincerely,**

2/10/2009

D   0010083

**Donald P. Freitas**
**MAYOR**
**City of Antioch**

—— Original Message ——
**From:** Gary Gilbert
**To:** dpfreitas@comcast.net ; Vicky Mckenna ; Anna Morris ; Mary Peinado ; Linda Thompson
**Sent:** Thursday, June 22, 2006 10:08 PM
**Subject:** June 27, 2006 City Council Meeting

Mayor Freitas:

I represent the membership of United Citizens for Better Neighborhoods, an organization created to combat Section 8 abuse in our city.  Our group consists of over 100 homeowners who are fed up with section 8 landlords and tenants who have no respect for our community and quality of life.  Our numbers are growing rapidly on a weekly basis.

We are requesting that the issue of Section 8 be placed on the agenda for the June 27, 2006 city council meeting.  In addition, we would ask that it be placed at the beginning of the docket, not in obscurity at the end as was done on May 9, 2006.  As you will recall, the 5/9 meeting did not conclude until midnight.

This issue has created a "firestorm" in this community and the people of Antioch want to be heard.  I am confident you will soon receive numerous emails from concerned homeowners who concur with my position.

I look forward to your response.

Gary Gilbert
UCBN

D   0010084

# EXHIBIT 19

### HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA

**TO:**       **BOARD OF COMMISSIONERS**

FROM:     Rudy Tamayo, Executive Director

DATE:     September 26, 2006

SUBJECT:   ACCEPT REPORT ON THE SECTION 8 HOUSING CHOICE VOUCHER PROGRAM
ISSUES WITHIN THE CITY OF ANTIOCH

---

SPECIFIC REQUEST(S) OR RECOMMENDATION(S) & BACKGROUND AND JUSTIFICATION

I.     RECOMMENDED ACTION:

ACCEPT the Housing Authority report on the Section 8 Housing Choice Voucher Program issues within the City of Antioch.

II.    FINANCIAL IMPACT:

None.  For reporting purposes only.

III.   REASONS FOR RECOMMENDATION/BACKGROUND

Some of the City of Antioch residents and groups consider the Housing Authority of the County of Contra Costa and Section 8 Housing Choice Voucher (HCV) Program as the cause for the increased crime, areas of blight, and unattractive homes in single-family home developments. Groups of city residents also assert that poorly maintained rentals led to the decreasing home values in some communities within the city.  There are other allegations that the city has a disproportionate number of Section 8 HCV participants living in the city.   However, there are other citizens and groups who believe that some of the assertions by some residents are racially motivated.  While others believe it is driven by economic biases toward the low income families.  Many asserted that the Housing Authority was not responsive to complaints and allegations toward HCV participants by not terminating them from the program quickly and the process is too lengthy.   The attached report provides information and data related to the various accusations and allegations by both sides.  It also provides the actions taken to address and mitigate complaints directed toward the Housing Authority and the Section 8 HCV program.

IV.    CONSEQUENCES OF NEGATIVE ACTION:

There is no consequence for negative action.  This report is provided for informational purposes only.

---

CONTINUED ON ATTACHMENT:   __YES     SIGNATURE *[signature]*

                                        Rudy Tamayo, Executive Director

---

_____ RECOMMENDATION OF EXECUTIVE DIRECTOR    _____ RECOMMENDATION OF BOARD COMMITTEE

_____ APPROVE               _____ OTHER

SIGNATURE(S):

---

ACTION OF BOARD ON _____    APPROVED AS RECOMMENDED _____ OTHER ____

VOTE OF COMMISSIONERS

__ UNANIMOUS  (ABSENT _____)
    AYES: _____  NOES: _____
    ABSENT: _____  ABSTAIN: _____

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF AN ACTION TAKEN AND ENTERED ON THE MINUTES OF THE BOARD OF COMMISSIONERS ON THE DATE SHOWN.

ATTESTED _____
                    JOHN CULLEN, CLERK OF
                    THE BOARD OF COMMISSIONERS
                    AND COUNTY ADMINISTRATOR

BY _____, DEPUTY

**Executive Report:**

**Section 8 Housing Choice Voucher Program Issues Within the City of Antioch.**

Over the last six months the Section 8 Housing Choice Voucher (HCV) program within the City of Antioch  (City) has received a lot of publicity.  Unfortunately this publicity centers on Section 8 HCV program participants negatively impacting the city primarily in the areas of increased crime, areas of blight and other quality of life areas.  In review of the materials, reports and newspaper articles and editorials the following assertions have been made:

  ❑  *There are too many Section 8 participants in the City.*
  ❑  *Section 8 caused the increase of crime within the City.*
  ❑  *Section 8 complaints are racially motivated.*
  ❑  *Section 8 payments for rent are too high in the City of Antioch.*
  ❑  *Low-income households should live in modest units.*

This report will provide information that may provide insight into the possible reasons for the various claims and assertions.  The information is provided not to refute or substantiate the above but it merely provided as point of references from which to determine the accuracy of the assertions.

  ❑  *There are too many Section 8 participants in the City.*

In Calendar year 2005 the population of the City exceeded 103,000 people.  The number of households, according to the Antioch Chamber of Commerce exceeded 35,000 households.  The number of Section 8 HCV participating households numbered 1,511 in December 2005.  Based upon this information the Section 8 participating households only represented 4.3% of the total number of households.  Throughout the county there were approximately 6,540 Section 8 HCV households in December 2005.  The City had approximately 23% of the HCV participants.  The number of affordable rental units in the City versus the rest of the County is unavailable at this time.

  ❑  *Section 8 caused the increase of crime within the City.*

The Housing Authority has accurate data related to the number of Section 8 households in the City from year 2003 when the new management information system was activated. In December 2003 the number of HCV households totaled 1,049. By December 2005 that number had grown to 1,511.

B



Section 8 Housing Choice Voucher/ City of Antioch                     Page 2 of 5

2000-2005, provided by Antioch Chief of Police report at the City's Quality of Life Forum, July 22, 2006, the number of violent crimes in 2000 numbered 526 and increased steadily to 714 in 2003 and declined to 527 in 2004. In 2005 there was an increase to 543 total violent crimes.

The City Property Crimes as indicated on the below chart from the same report increased steadily from 2,280 in 2000 to 3,106 in year 2004. In year 2005 the number of property crimes decreased to 2,863.



The total population for the city grew by approximately 12,500 residents from over 90,500 in year 2000 to over 103,000 in year 2005. The number of households grew from 29,656 in year 2000 to over 35,445 in year 2005.

An increase of 5,789 households over the five-year period of which only 462 households over the last three years were Section 8 HCV participants seems highly improbable that the increase in crime is solely attributable to HCV participants. The entire police report provided at the July 22nd Quality of Life Forum by the Antioch Chief of Police is attached.

      ❑   *Section 8 complaints are racially motivated.*

As the population of the City grew over the last five years a review of the various demographic survey reports reveals a growing diversity in the racial and ethnic cultures within the City. As displayed in the table below there are significant increases over the past five years in all groups with the exception of the decrease in Caucasian population.

| Year | 2000 | 2005 |
|---|---|---|
| **Total Population** | 90,532 | 103,339 |
| **Race** | | |
| Caucasian | 59,148 | 49,114 |
| African-American | 8,824 | 16,981 |
| Some Other Race | 16,252 | 24,895 |
| Two or more | 6,308 | 12,349 |
| **Total Population** | **90,532** | **103,339** |
| **Hispanic or Latino** | | |
| Hispanic or Latino (of any race) | 20,024 | 34,301 |
| Not Hispanic or Latino | 70,508 | 69,038 |
| **Total Population** | **90,532** | **103,339** |

- *Section 8 payments for rent are too high in the City of Antioch.*
- *Low-income households should live in modest units.*

The U.S. Department of Housing and Urban Development (HUD) annually provides the calculated Fair Market Rates (FMR) for the Contra Costa County area by bedroom size. HUD's calculations by bedroom size are very involved and take into consideration area household median income by family size, area rental market rates, and other factors to determine a fair market rate. The Housing Authority then calculates its rental payment standard by bedroom size that is historically less than the FMRs. HUD regulations prohibit the Housing Authority from entering into rental Housing Assistance Payment contract that exceeds the rental payment standard or is not a reasonable rent in the immediate area of the proposed unit, whichever is less. All units rented in the City are at or below the payment standard and meet the rent reasonableness test. The Housing Authority payment standard for the county is as follows:

| 0 bdrm | 1 bdrm | 2 bdrm | 3 bdrm | 4 bdrm | 5 bdrm |
|--------|--------|--------|--------|--------|--------|
| $850   | $1,019 | $1,208 | $1,683 | $2,064 | $2,373 |

A review of the statistical median income information for the City and the HCV household rental cost provided contrasting results. The City is comprised primarily of two distinct zip codes, 94509 and 94531. The median household income for 94509 is $58,000, which is $10,000 below the County's household median income of $68,000 annually. The median household income in zip code 94531 is $102,000, which is $34,000 greater than the County household median income.

The Housing Authority had 1,470 HCV household residents in Antioch during May 2006. There were 1,188 HCV households residing in zip code 94509 where the average rent of these participants is $1,263 per month. In zip code 94531, which is the southeast portion of the City comprised mostly of 3, 4, and 5 bedroom single-family homes, there were 282 HCV participants. The average rent of the participants was $1,732. Taking into account bedroom size, both averages are within the Housing Authority's payment standard. Table 1 attached provides a more contrasting comparison for the two areas.

- *The Housing Authority takes too long to drop participants from the HCV program and is not responsive to the complaints of the City residents.*

There is a general lack of understanding related to the termination process of participants in violation of the HCV program regulations. This due process of termination for police documented drug or criminal activity may take fifteen to sixty days depending upon the participant's use of the appeal and hearing processes. Some participants accept the termination and their participation ends within two weeks. Others may go through the whole appeal and court process that may take longer than sixty days.

HUD Program violations may take longer since the violation goes through an investigation and case building process to ensure the compilation of sufficient documentation to support the termination to a hearing officer or, sometimes, the court system.

Lease violations are enforceable only by the property owner. The Housing Authority is not party to the lease contract. Terminations of tenancy by owners for lease violations are processed rather quickly but the eviction process by the owner may take sixty to ninety days. If there are flagrant lease violations by a tenant, the Housing Authority may counsel the HCV participant to comply with the lease and meet with the property owner to encourage the enforcement of the lease.

- *Housing Authority Actions*

With respect to the complaints related to the Housing Authority, a Section 8 office was opened on June 1, 2006 in the City located at 201 8th Street with a telephone system and related staff dedicated to the City and east county. Public Notices of the office location and phone numbers were published in local newspapers of general circulation within the

Section 8 Housing Choice Voucher/ City of Antioch                      Page 4 of 5

City. An open house at this office was held on June 21, 2006 and was well received by City staff, residents and program participants.

The Housing Authority is also maintaining current or actively pursuing the following:

> Implemented and maintaining a system for tracking City resident complaints and fraud allegations with periodic reports provided to City officials without violating participant's right to privacy.
> Maintain open lines of communication with key contacts on the City staff.
> Participate in the City's Quality of Life forums.
> Expanded the participation in the monthly East County Rental Association meetings by including, not only the Public Housing east county regional manager, but a Section 8 Manager. (A representative also attends this meeting from the City's Police Department.)
> The City's Chief of Police and the Housing Authority's Director of the HCV program meet bi-monthly.

In addition to the above the Housing Authority is planning:

> A Housing Authority open forum for all the residents of the City to discuss Section 8 federal regulations, a general overview of the program purpose, occupancy and payments standards, operational processes, Housing Quality Standard requirements, HUD oversight, and other general information related to the tenant, landlord, Housing Authority working relationship.
> A landlord or rental property owner workshop in the City to provide updates on HUD and state regulations; best rental practices or resources for screening tenants or enforcing their lease; and, available community resources for their property management needs.
> Development of written responses to the City residents regarding their complaints or allegations of tenant fraud without compromising the privacy rights of participants or non-participants.

  □ *Other City Resident Concerns*

There are other issues related to the Section 8 Housing Choice Voucher program that are regulatory in nature and would require federal legislation, e.g., time limits on the program. These issues are program changes as presented by some City residents are beyond the City's Quality of Life scope.

Other City resident issues center on the decreased single-family home values and difficulty in selling homes because of rentals in the area. It is beyond parameters of this report to determine the Section 8 HCV program impact. There are too many variables such as real estate market conditions and interest rate changes to quantify their impact on value and single-family home sales.

**Table 1**
## Section 8 Housing Choice Vouchers:
## City of Antioch (May, 2006)

| **Total City of Antioch** | | **1,470** |
|---|---|---|
| Monthly | Total HAP Subsidy | $1,472,965 |
| Monthly | Total Tenant Portion of Rent | $515,609 |
| Monthly | Total Rent to Landlord | $1,988,574 |
| | | |
| Monthly | Avg. HAP Subsidy | $1,002 |
| Monthly | Avg. Tenant Portion of Rent | $351 |
| **Monthly** | **Avg. Landlord Rent** | **$1,353** |

| **Total Antioch Zip 94509** | | **1,188** |
|---|---|---|
| Monthly | Total HAP Subsidy | $1,104,224 |
| Monthly | Total Tenant Portion of Rent | $395,992 |
| Monthly | Total Rent to Landlord | $1,500,216 |
| | | |
| Monthly | Avg. HAP Subsidy | $929 |
| Monthly | Avg. Tenant Portion of Rent | $333 |
| **Monthly** | **Avg. Landlord Rent** | **$1,263** |

| **Total Antioch Zip 94531** | | **282** |
|---|---|---|
| Monthly | Total HAP Subsidy | $368,741 |
| Monthly | Total Tenant Portion of Rent | $119,617 |
| Monthly | Total Rent to Landlord | $488,358 |
| | | |
| Monthly | Avg. HAP Subsidy | $1,308 |
| Monthly | Avg. Tenant Portion of Rent | $424 |
| **Monthly** | **Avg. Rent of Landlord** | **$1,732** |

# EXHIBIT 20

**Arne Simonsen**

| | |
|---|---|
| **From:** | <span style="color:red">Redaction</span> |
| **Sent:** | Sunday, April 15, 2007 11:57 PM |
| **To:** | dpfreitas@comcast.net; jd4antioch@aol.com; bkski1@comcast.net; asimonsen4@comcast.net; reggiemoore35@msn.com |
| **Subject:** | BOOMA-CHUKKA PIMP CULTURE and the DEATH of ANTIOCH |

Sunday, April 15, 2007

**To:**
**All Antioch City Council Members**

**Mayor Donald P. Freitas**
**dpfreitas@comcast.net**

**Mayor Pro Tem James D. Davis**
**jd4antioch@aol.com**

**Council Member Brian Kalinowski**
**bkski1@comcast.net**

**Council Member Arne Simonsen**
**asimonsen4@comcast.net**

**Council Member Reginald L. Moore**
**reggiemoore35@msn.com**


**Gentlemen:**

So, all of you want a better looking town with happier, better looking people, better looking residential neighborhoods, and safer streets, shopping centers and school areas?

**QUIET DOWN ALL THE PIMP NOISE!!**

**WHO CONTROLS ANY TERRITORY??**
**WHO CONTROLS THE LOUDSPEAKERS??**

**YOU THINK IT'S YOU, THE CITY COUNCIL??**
**NOT IN THIS TOWN, FELLAS!**

In this town, the only sound you hear out there is that huge, vehicle mounted,

2/24/2009

stadium level, boom-boxed, gold toothed, dreadlocked, big butted, booma-chukka, chest thumping PIMP NOISE!

You doubt this?

Do you guys ever listen to what all these local, wannabe king-kong pimps are boomcasting all over "your" town all day and night?

## CHECK THESE COMMON LYRICS:

"Cops gettin mad cause I paid 'em off, made 'em cough blood and shit That's what the hell you motherfuckers get, we runs this bitch? So hey, you ain't gotta be scared to fuck If you want head, then prepare to suck (do it) Even if the nigga don't care to nut For every stroke, it's a hundred bucks Respect the game, you just a slut So open your legs up and get my duck." ("Pimp Like Me" D-12 Devil's Night)

That's straight off the MTV and VHS hit parade!

These riff-raff types don't bring booma-chukka pimp culture to Antioch by accident.

They do it **BECAUSE YOU GUYS LET THEM.**

And don't kid yourselves that it's harmless, that it's a fad, or a cultural trend that just goes with that wonderful "diversity" that's supposed to be so good for everybody's cultural enhancement.

**IT'S ALL ABOUT VIOLENT, SEXUAL THREAT AGAINST YOUR MOTHERS, YOUR DAUGHTERS, YOUR SISTERS, YOUR WIVES AND YOUR GIRFRIENDS.**

**You think it's not? TAKE ANOTHER LOOK:**

Viacom owns MTV, plus VHS and also owns "Famous Music," which publishes and markets the work of hip-hop and rap artists like this from their "Famous Music" site:

"Look, Samantha, Loraine, Monica, Veronica Veronica, she treated my dick like a harmonica cock sucker How you think I learned how to twist it and turn Ya back until it's broke, make you feel it in your throat It was Pamela, Linda, Keisha, Nicole Had me fuckin while I was drivin on cruise control Can't wait to get it home and teach it all to you Look I'm just tryna be the best, I'm doin it all for you You know

D   0009986

that thing with the peanut butter My Brooklyn bitch said fuck untyin the ropes, it's faster with a box cutter I know you love the way I'm diggin you out But always wanna fuckin argue so let's figure this out I'm just tryna make you happy bitch Who's there for you anytime you get in the mood for suckin a dick" (Xzibit, "Fuckin You Right, Restless")

This stuff is in the Antioch air AT A THOUSAND DECIBELS all the time, every day and night and **IT'S YOUR FAULT.**

## YOU SAY IT CAN'T BE YOUR FAULT ANTIOCH HAS THIS PROBLEM?

## WHOM DO YOU BELIEVE YOU KID??

Who else but you guys on the City Council has the immediate authority to declare quiet zones anywhere in town, to give police and code enforcement officers direct added support in shutting down this problem with dramatically higher noise fines?

Who else but you guys on the City Council would have more fun spending all the tsunami sized extra city revenue flow from just ten percent of those noise fines? Hell, you could probably even fund an endowment for deluxe Plan D at Prewitt Civic Center in no time flat!

Who else but you guys on the City Council would better stand to gain the undying gratitude and loyalty of an electorate which now mainly regards you as totally clueless dweebs for demanding everyone in town hide not only their trash carts, but their beloved, (and hard earned status toy) boats and RV's!!

Who else but you guys on the City Council stand a better chance of being displaced next election for failing to understand the Antioch electorate at least as well as someone like Ralph Hernandez?

Ralph and others are soon hosting a town meeting (VFW Hall?) to entertain the thoughts of all these folks you Councilmen have proposed to fine into abject poverty for the sin of having a boat or an RV in their driveway. (Everybody's bringing plenty of rope).

What do Hernandez and others understand about most Antioch voters that you guys on the City Council seem to miss?

Fellas, it's like this: Most Antioch people come from one of just three main demographics, none of which give too much of a good gosh darn about whether or not their neighborhood has many boats or RV's parked in driveways.

1. Blue/pink collar working class stalwarts, often just one or two generations

D   0009987

away from the pure, feral redneck stock that showed up in California during
the Depression, WWII, or just after. They built this state for the most part,
and they've well earned their houses/RV's/and boats out here in the
suburbs. Leave them alone.

2.   Better educated Boomer/Yuppie/Techno-warriors who've climbed into a
little better niche for themselves by dint of unpaid overtime and plenty of
extra credit courses. They too, have earned their homes and toys out here.
Leave them alone or they'll slap you with a class action lawsuit.

3.   All the new immigrants, both legal and illegal. You can say what you want
about them, but short of a military scale roundup and deportation, they're
here to stay.

Personally, I'm glad to see 'em. They are, for my money, the New
Irish, the New Italians, the New Chinese, the New Germans, the New
Swedes, etc. They are what has always made this country great (and will
again before too long); they are the best and the brightest of all those
foreign places so tough and troublesome that only the smartest and
strongest make it to our shores.

Where are these new immigrants after work? A hell of a lot of them (*and*
their kids) are at places like Pittsburg Adult School and the local C.C.'s
learning business English and marketable job skills. (Take special note,
Reggie Moore, the next time you're about to announce (again) that Antioch
kids "...have nowhere to go and nothin' to do". There's ***plenty*** to do, and it
isn't just video games and midnight basketball, buddy.)

## So, what DO most Antioch people get upset about??

They tend to ***just hate*** finding out they worked hard and paid good money to live in
a decent town with good schools and it turns out to be one, big, 24-hour, city wide
echo chamber of vulgar, shouted, thousand decibel, sexual threats against their
mothers, daughters, sisters, wives, and girlfriends from the booma-chukka pimp
culture in some suburban apocalypse called Antioch.

That noise pollution is bad enough by itself.

## With Antioch's crime situation, it goes way beyond the tipping point.

When people like this have to worry every day whether their daughters, mothers,
wives and sons can make it to and from school or shopping without being assaulted,
robbed, killed, or gang fucked by roving thug packs before getting home, they don't
tend to think about much else.

Except who might make a better City Council Member to do something about it.

**SHINING THE LIGHT ON SEXUAL VIOLENCE**

It's your lucky week, Fellas! That's the actual, page wide headline in this week's Antioch Press, page three.

It's "a free resource fair" event this next Friday evening, April 20th down in Waldie Plaza from 6:30 to 8:30 PM.

It is sponsored by Community Violence Solutions, (CVS) the umbrella organization for the Contra Costa County Rape Crisis Center. Their local offices are at 301 West 10th Street, Antioch. 706-4290 for more information.

Read up about it. Telephone those folks <u>and ask them what, specifically, all you Antioch City Council Members could do to reduce Antioch's city wide perceived sexual threat atmosphere.</u> **It is way too high, and has been for way too long.**

Better yet, **actually BE THERE** in person at this important Antioch City event.

Take this issue with the seriousness it deserves, and may all of you live to see life sized, bronze statues to your greatness standing in the City's center.

Fail, and may you all enjoy the benefits of many, repeated, midnight "loudest bike and loudest boom-boxed pimp wagon" contests outside each and every one of your personal residences.

Best regards,



D   **0009989**