# EXHIBIT 28



Legend:

- ASLA
- CARJ
- HOMI
- RAPE
- ROBB
- Firestations
- Hospitals
- Other Sites
- Parks
- Schools
- Shopping Centers
- Trails

**Beats**
- 1
- 2
- 3
- 4
- 5
- 6

CITY OF ANTIOCH
PERSON CRIME
JUNE 2009

Printed July 2009



EXHIBIT CBP
220
McConnell 8/3/09

# EXHIBIT 29

https://web2.westlaw.com/print/printstream.aspx?prft=HTML&destina..

(SU/opinion),   (SU/editorial)

Word Count: 661
11/19/06 CCTIMES F4

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.                                                                        NewsRoom

11/18/06 CCTIMES F4          FOR EDUCATIONAL USE ONLY

11/18/06 Contra Costa Times (Walnut Creek, CA) F4
2006 WLNR 20038013

Contra Costa Times (Walnut Creek, CA)
Copyright 2006 Contra Costa Times

November 18, 2006

Section: Opinion

People must get involved in Section 8 reform

The problems associated with the Section 8 program reverberates throughout
Antioch. In almost every neighborhood, homeowners complain about some Section 8
tenants burglarizing nearby residences, hosting wild parties during the week
and weekends, threatening neighbors, and engaging in various forms of criminal
activity.

In our middle and high schools, the children of some Section 8 parent(s) are
preying on our children by robbing and assaulting our kids to and from school,
selling drugs on campus, and loitering at bus stops, gas stations, parks,
shopping centers, street corners, and walking trails waiting for unsuspecting
victims to walk by.

How do we know that these are kids from Section 8 families? Because they boast
of moving to Antioch on Section 8 from other cities and have declared "open
season" on our suburban youths. Although denied by Housing Authority Executive
Director Rudy Tamayo and Assistant Director Mark Stephenson, there is a direct
correlation between the increase in crime in our neighborhoods and schools
involving Section 8 tenants and families currently living in Antioch.

As a matter of record, more than 70 percent of the problem homes investigated
for criminal activity and other major infractions by the **Community Action Team**
have been directly attributed to Section 8 tenants.

Are all Section 8 participants bad people? Of course not. Our senior citizens
and disabled members of the community deserve this benefit and should continue
to receive subsidized federal rental assistance indefinitely. However, the fact
remains that there are many Section 8 tenants with out-of-control children
abusing the Section 8 program while living in our neighborhoods and attending
our schools and their presence threatens our quality of life and denies
children the ability to obtain a safe, quality education due to their
disruptive, uncivilized behavior.

EXHIBIT
62
Kalinowske

PBGAO 800-631-6989

Like it or not, some Section 8 tenants and their middle/high school aged
children are a serious problem in this community and their negative impact on
our quality of life cannot be understated.

Until the problems associated with the Section 8 program is brought under
control in our city, concerned citizens groups such as United Citizens for
Better Neighborhoods will not waiver in our resolve to hold Tamayo and his
administrative staff personally responsible for the actions of Section 8
participants.

UCBN demonstrated our commitment to fighting for our quality of life during our
March Against Crime on Oct. 28 at the intersection of Lone Tree Way and Deer
Valley Road.

A majority of individuals will ignore problems on their block or in their
neighborhoods until something happens to them or someone they love and only
then will they finally "wake-up" and realize that something needs to be done.

All of us have very hectic work schedules and personal commitments, however,
don't wait until you become a victim before you become a part of the solution.
Get involved. If you would like the opportunity to inform the Housing Authority
and the community of the negative experiences you have had with participants
receiving Section 8 assistance, please attend the next Quality of Life Forum
today at the El Campanil Theatre.

The future safety of our children, our families, and the preservation of our
quality of life is depending on you.

Gilbert is the leader of UCBN and is a resident of Antioch.

---- INDEX REFERENCES ----

NEWS SUBJECT:  (Social Welfare (1SO83); Social Issues (1SO05))

INDUSTRY:  (Housing (1HO38); Urban Housing Policy (1UR02); Real Estate (1RE57))

Language:  EN

OTHER INDEXING:  (Rudy Tamayo; Mark Stephenson; Lone Tree Way)  (**COMMUNITY
ACTION TEAM; EL CAMPANIL; HOUSING AUTHORITY; LONE TREE; NEIGHBORHOODS; UCBN;
UNITED CITIZENS**)  (Crime; Gilbert; Mark Stephenson; Rudy Tamayo; Tamayo)  (us;
usa; na; us.ca; us.ca.contra)

KEYWORDS:  (CT/ope.edi);  (CT/ope);  (NT/Editorials);  (SU/editorial)

Word Count: 675
11/18/06 CCTIMES F4

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 30

Meeting with Dick Rainey
October 23, 2006: 11:00 AM.
600 Harrison St.; third floor
San Francisco, Ca. 94107
Discussion Topics

Antioch's proactive steps in response to community concerns about neighborhoods and rental property:

- Created Community Action Team (CAT) consisting of 4 officers
- Patrol officers report concerns encountered while on duty
- Door hangers are used in problem areas asking neighbors to report neighborhood concerns
- Approximately 60% of CAT caseload are Section 8 housing issues.
- CAT takes the lead on all Section 8 cases. Investigates issues including criminal activity and disregard of Section 8 criteria. Cases are developed, documented and turned over to the Housing Authority for follow through and disposition.

What Antioch needs from the Contra Costa County Public Housing Authority (PHA):

- First and foremost - follow through is needed on all cases referred to the PHA
- On a macro scale:
  o Section 8 recipients should be monitored and screened and told that they will be held accountable for their behavior
  o Education is needed for Landlords regarding what the housing authority does or does not do in the screening process.
  o Develop standards of conduct for Section 8 participants.
  o One employee handling all East County revocations is simply not enough!
  o Desist from promoting a disproportionate share of Section 8 housing in the City of Antioch.

What Antioch needs from HUD

- First and foremost – funding to continue and expand the proactive effort of the City of Antioch. Section 8 cases are investigated, developed, written up and then turned over to the Housing Authority. This is work that should be prepared by the PHA, but is not!
- Pressure on the PHA to follow up on cases that are referred to them. The City of Antioch has zero tolerance for Section 8 participants criminal and other non compliant behaviors. Timing is an important issue. It currently takes approximately 2 years for cases to be heard by the Hearing Officer.
- The possibility/advisability of forming our own housing authority if the PHA cannot respond.
- Rent Structure: The City of Antioch feels very strongly about the following issues and wants to see action to resolve:
  o Federal Payment for Section 8 housing in Antioch is out of scale with the cost of living.
  o Section 8 recipients rent requirements are out of scale with the community.

D   0010183

- o Counting the living room as an additional bedroom simply adds to the rent stipend inequities.
- o Educate Landlords regarding background checks of potential renters.

D   0010184

# EXHIBIT 31

**Hildebrand, Arlene**

| | |
|---|---|
| **From:** | McConnell, Steve |
| **Sent:** | Tuesday, October 17, 2006 4:01 PM |
| **To:** | Jakel, Jim; Hildebrand, Arlene |
| **Cc:** | Hyde, Jim |
| **Subject:** | Screening for Section 8 Housing |

As a follow-up to yesterdays meeting, and our concerns over the lack of screening, we discovered today that one of our Section 8 recipients has moved into a property that is valued at approximately one million dollars. The recipient told the CAT officers that she pays for landscape and pool service. This recipient vacated another Section 8 home in Antioch once CAT became involved. The recipient and her tenants were responsible for numerous neighborhood disturbances and calls for police service. The recipient has a prior felony conviction for drug sales and fraud. The fraud conviction is related to her trying to obtain aid from Social Services. She is currently on felony probation for the fraud conviction.

Stephen J. McConnell
Captain, Field Services Division
Antioch Police Department
300 L Street, Antioch, CA 94509
(925) 779-6906 Office
(925) 779-6905 Fax

D   0004582

# EXHIBIT 32

# No More Rentals

# No More Section 8

# Save Antioch NOW!

We THE RESIDENTS are watching *YOU*





# EXHIBIT 33

| | |
|---|---|
| **From:** | McConnell, Steve |
| **Sent:** | Tuesday, November 28, 2006 5:42 PM |
| **To:** | Hyde, Jim <jhyde@city of antioch.com> |
| **Subject:** | RE: Section 8 Violations - Service Cost Analysis |
| **Attach:** | MEMORANDUM - Section 8.doc |

Attached is the revised memo with the added time.

Stephen J. McConnell
Captain, Field Services Division
Antioch Police Department
300 L Street, Antioch, CA 94509
(925) 779-6906 Office
(925) 779-6905 Fax

-----Original Message-----
**From:** Hyde, Jim
**Sent:** Monday, November 20, 2006 2:33 PM
**To:** McConnell, Steve
**Subject:** RE: Section 8 Violations - Service Cost Analysis

Steve, can you add in 50% of the Sgt's time supervising the section 8 work; and fielding community, Section 8, and PD calls for information. Thx, Jim

-----Original Message-----
**From:** McConnell, Steve
**Sent:** Thursday, November 16, 2006 15:21 PM
**To:** Hyde, Jim
**Subject:** Section 8 Violations - Service Cost Analysis

Chief,
Please review the attached memorandum.

Stephen J. McConnell
Captain, Field Services Division
Antioch Police Department
300 L Street, Antioch, CA 94509
(925) 779-6906 Office
(925) 779-6905 Fax

**D0010201.0189**

## ANTIOCH POLICE DEPARTMENT
## INTER-OFFICE MEMORANDUM

TO:         Jim Hyde, Chief of Police

FROM:      Stephen J. McConnell, Captain

DATE:      November 28, 2006

SUBJECT:   **Section 8 Violations – Service Cost Analysis**

### Background

Quality of life issues related to criminal behavior, blight and code enforcement issues was the impetus for the creation of the Community Action team (CAT). From its inception, CAT focused on "problem housing" and quality of life issues related to the homeless.  One might ask what constitutes a "problem house". For the sake of brevity, a "problem house" could be described as a residence that has generated an inordinate number of calls for police services, in which the violators have yet to be held accountable, arrested or charged in connection with the conduct or criminal behavior. In addition, many of these locations have numerous municipal code violations, which contribute to the neighborhood blight and associated criminal behavior in and around the properties.

We soon realized that a significant portion of our "problem houses" were in fact properties owned by landlords who were participating in the Section 8 Housing Voucher Program, which is managed by the Contra Costa County Housing Authority (CHA). The CHA receives federal funding from the U.S. Department of Housing and Urban Development (HUD) for the purpose of administering the Section 8 program. The City of Antioch currently has 1470 properties participating in the Section 8 Housing Voucher Program.

The Community Action Team began working with personnel from the local CHA office and quickly realized the CHA office was understaffed, inexperienced and mired in bureaucracy. The Community Action Team has been and continues to be diligent in investigating and preparing cases for the CHA. In most of these cases the CAT officers incorporate HUD violations in an effort to assist the CHA with their Section 8 revocation proceedings. Since July 1, 2006, CAT has referred 34 cases to the CHA and they have only been able to process two of these cases for revocation.

The Section 8 Housing Voucher Program managed by the CHA has access to federal funding opportunities. These opportunities originate from federally mandated programs. In spite of the tremendous amount of financial support the CHA receives, two of the officers assigned to CAT are contributing approximately 80% of their time performing a significant portion of the work that the CHA should be performing. The cost of providing this service is borne by the City of Antioch.

D0010201.0190

**Methodology**

Our objective is to identify our costs in providing police services related to Section 8 violations. Incorporated in these costs are direct and indirect departmental labor costs as well as overhead costs. Direct labor costs include the staff time directly related to the service provided and these costs include salary and benefits. Indirect costs relate to staff time consisting of supervision, departmental administrative activities, which can include clerical staff, materials and supplies and portions of a department head. Overhead can include, but is not limited to; City Management, City Attorney, Finance Department, Risk Management, etc.

The Community Action Team is comprised of a Sergeant, Corporal and two officers. In addition to Section 8 violations, they have peripheral duties related to "problem houses" not participating in the Section 8 Housing Voucher Program; homeless issues, and the code enforcement assistance they provide personnel from Neighborhood Improvement Services (NIS).

The cost analysis figures listed below were derived from the 06-07 budget, our actual and estimated expenditures. It stands to reason if the CHA is receiving federal funding to manage the Section 8 Housing Voucher Program and they benefit from the services we provide them, then an expense allocation policy agreement would be feasible.

**Service Costs**

➢ Two officers spend 80% of their time working on Section 8 violations - **$191,644**

➢ One Sergeant spends 50% of his time supervising the Section 8 work; to include fielding community complaints and responding to general inquiries - **$69,781**

➢ Overhead - **$19,599**

➢ One patrol vehicle with annual maintenance - **$29,399**

➢ Fuel based on average monthly mileage - **$7,140**

➢ Computer work station with built in replacement cost - **$2,250**

➢ **Total estimated cost for services provided = $319,813**

D0010201.0190

# EXHIBIT 34

## McConnell, Steve

| | |
|---|---|
| **From:** | Schwitters, Mitch |
| **Sent:** | Thursday, July 12, 2007 3:16 PM |
| **To:** | McConnell, Steve |
| **Subject:** | FYI - THE INFO YOU ASKED FOR WAS GIVEN TO THE CHIEF |

   

CAT TEAM WORK    CAT TEAM WORK
JAN 2007 TO JUNE...06 TO 07 JULY JU...

Sergeant Mitch Schwitters
Community Action Team (CAT)
Antioch Police Department
300 "L" Street
Antioch CA 94509
925-779-6946
mschwitters@ci.antioch.ca.us

D   0007441

1

# C.A.T. TEAM WORK:

## JAN 2007 TO JUNE 2007

- 70 Residential cases assigned
- 50 Section 8 voucher properties
- 13 Rental properties
- 7 Owner Occupied

***Percentage of section 8 properties – **71.42 %**

- 41 Section 8 rentals referred to H.A.
- 15 Terminations
- 3 Set for revocation
- 2 Admonished (warned) by H.A.
- 15 Pending cases with H.A. (no response yet)
- 1 Others…
- 122 Citizen meetings
- 29 CAT Arrests
- 23 Citations issued

D   0007442

# C.A.T. TEAM WORK:

## JULY 2006 TO JUNE 2007

- 171 - Residential cases assigned
- 114 - Section 8 voucher properties
- 34 - Rental properties
- 23 - Owner Occupied

***Percentage of section 8 properties – **66.66 %**

- 92 - Section 8 rentals referred to H.A.
- 42 - Terminations
- 5 - Set for revocation
- 19 - Admonished (warned) by H.A.
- 22 – Pending cases with H.A. (no response yet)
- 4 - Others…
- 368 - Citizen meetings
- 111 - CAT Arrests
- 135 – Citations issued

# EXHIBIT 35

| | |
|---|---|
| **From:** | Dillard, William N. |
| **Sent:** | Monday, September 4, 2006 1:29 PM |
| **To:** | Schwitters, Mitch <mschwitters@city of antioch.com> |
| **Subject:** | FW: United Citizens for Better Neighborhoods |

-----Original Message-----
**From:** Gary Gilbert [mailto **Redaction** ]
**Sent:** Thursday, August 31, 2006 7:58 AM
**To:** Dillard, William N.
**Subject:** RE: United Citizens for Better Neighborhoods

Great job Bill.  Thanks so much for all your hard work.  We appreciate all you do for our community.

*"Dillard, William N." <wdillard@ci.antioch.ca.us> wrote:*
Gary,

    Just thought I would let you know about our progress on the 5300 block of Cantanzaro.  Yesterday we conducted two probation house searches, made one arrest, towed a vehicle off the street, referred a house to section 8 for possible assistance termination, referred two more houses to code enforcement, and contacted multiple home owners. Also, the homeowner who received citations from me two weeks ago removed his junky cars from his own driveway. So, we are definitely making some progress there.  Please pass this news on to your fellow members of the UCBN. Keep in touch!  Bill Dillard

----Original Message-----
**From:** Gary Gilbert [mailto: **Redaction** ]
**Sent:** Wednesday, August 16, 2006 2:04 PM
**To:** Dillard, William N.
**Subject:** RE: United Citizens for Better Neighborhoods

Great job guys.  Thank you for your hard work and dedication.  We really appreciate it.

Gary

*"Dillard, William N." <wdillard@ci.antioch.ca.us> wrote:*
Gary,

Just an update here.  In reference to Cantanzaro, Officer Bittner and I were able to do a several things:  we cited and/or towed several abandoned vehicles from the street, cited several residences for code violations in their driveways and yards, contacted several home owners, and turned several issues over to the city's neighborhood improvement service.  We also put a request in for  our patrol officers to step up patrols on that block at night when our team is off.

On Wexler Peak, we spoke with the female who initially contacted you.  We listened to her concerns about the house across the street from her.  However, most of her concerns were of a civil nature / annoying nature and not necessarily of a criminal / code enforcement nature.

Just on a side note, we are having most of our success with the section 8 houses that are also "problem houses".  Obviously not all section 8 houses are a problem.  However the ones that are and that we're receiving complaints on, are getting our utmost attention right now.  Please keep the emails coming so that we can continue to serve you and the citizens of our fine town.

**D0008070.0147**

-----Original Message-----
**From:** Gary Gilbert [mailto <span style="color:red">Redaction</span>]
**Sent:** Thursday, August 03, 2006 8:42 PM
**To:** Dillard, William N.
**Subject:** RE: United Citizens for Better Neighborhoods

Bill:

Great to hear from you.  Our members will be sending you more homes to investigate.  Whatever updates you can provide without violating privacy issues would be greatly appreciated.  Keep up the good work.

Gary

***"Dillard, William N." <wdillard@ci.antioch.ca.us>*** wrote:

Gary,

Got the email, sorry for the delayed response.  We're on the Cantanzaro issues now.  Keep 'em coming!

Sincerely,
Bill Dillard

-----Original Message-----
**From:** Gary Gilbert [mailto <span style="color:red">RedactionRedaction</span>]
**Sent:** Thursday, July 27, 2006 7:02 PM
**To:** Bittner, Desmond; Dillard, William N.
**Subject:** United Citizens for Better Neighborhoods

Hi Guys:

I have attached information from a concerned citizen regarding a problem property on her block.  She wishes to remain anonymous out of fear of retaliation.  If the need arises and you need to make contact, please let me know first so that I can let her know.  Feel free to contact me if you have any questions.

Thank you for all of your hard work to make our city safer.  You are appreciated.

Gary Gilbert
UCBN

p.s. Any progress involving the homes on Cantazano Way that I sent to you?