# EXHIBIT 56

## McConnell, Steve

| | |
|---|---|
| **From:** | Schwitters, Mitch |
| **Sent:** | Thursday, October 04, 2007 3:18 PM |
| **To:** | McConnell, Steve |
| **Subject:** | FW: |

Steve, here are some examples of cases that we are having to re submit to the H/A because they did not take care of business the first time we submitted them... They chose not to revoke the vouchers for one reason or another (we suspect the added pressure from the bay area legal aid folks is a contributing factor) and as you will see from the examples, we are having to re investigate additonal complaints / violations...

Mitch

# EXHIBIT 57

## C.A.T. CASES REFERRED TO CONTRA COSTA COUNTY HOUSING AUTHORITY

| CASE | LOCATION | SUBMITTED | VIOLATIONS | HEARING | DISPO | MOVED | LETTER |
|---|---|---|---|---|---|---|---|
| 1 | KNOLLPARK CR | 7/17/2006 | NUISANCE TO NEIGHBORS, NO GARBAGE SERVICE, VIOLENT CRIMINAL ACTIVITY | EVICTED 9/19/2006 | TERMINATED | Y | |
| 2 | MCSWAIN CT | 7/12/2006 | UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS | 10/12/2006 | TERMINATED | Y | |
| 3 | PALOMAR DR | 7/27/2006 | CRIMINAL ACTIVITY, H&S, NUISANCE TO NEIGHBORS, UNAUTHORIZED RESIDENTS | 10/12/2006 | TERMINATED | | |
| 4 | ASILOMAR DR | 7/27/2006 | NUISANCE TO NEIGHBORS, NO GARBAGE SERVICE, UNAUTHORIZED RESIDENTS | 2/27/2007 | TERMINATED | Y | |
| 5 | BENTTREE WY | 8/1/2006 | NUISANCE TO NEIGHBORS | | ADMONISHED By HUD | Y | |
| 6 | ELLIS CT | 8/1/2006 | VIOLENT CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS, UNAUTHORIZED RESIDENTS | | TERMINATED | Y | |
| 7 | FILBERT ST | 8/1/2006 | CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS, UNAUTHORIZED RESIDENTS | 11/16/2006 | TERMINATED | Y | |
| 8 | PATRICIA AV | 8/1/2006 | NUISANCE TO NEIGHBORS, UNAUTHORIZED RESIDENTS | 1/18/2007 | ADMONISHED By HUD | | |
| 9 | DELTA VIEW WY | 8/7/2006 | VIOLENT CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS, UNAUTHORIZED RESIDENTS | | ADMONISHED By HUD | | |
| 10 | MADRID LN | 8/17/2006 | UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS, NO GARBAGE SERVICE | 3/5/2007 | TERMINATED | Y | |
| 11 | STALLION WY | 8/17/2006 | UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS | | ADMONISHED By HUD | Y | |
| 12 | LONGHORN WY | 8/24/2006 | DRUG ACTIVITY, UNAUTHORIZED RESIDENTS | 1/25/2007 | TERMINATED | Y | |
| 13 | WOODHALL WY | 8/31/2006 | UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS, CRIMINAL ACTIVITY | | ADMONISHED By HUD | Y | |
| 14 | WILLOWBROOK WY | 8/31/2006 | NUISANCE TO NEIGHBORS, UNAUTHORIZED RESIDENTS, CRIMINAL ACTIVITY | 11/9/2006 | NOT A HUD PROPERTY | | |
| 15 | UNION MINE DR | 9/7/2006 | UNAUTHORIZED RESIDENTS, NO GARBAGE SERVICE | 11/9/2006 | TERMINATED | Y | |
| 16 | MT ISABEL RD | 9/7/2006 | UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS | | ADMONISHED By HUD | | |
| 17 | MATSQUI CT | 9/12/2006 | VIOLENT CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS, UNAUTHORIZED RESIDENTS | | ADMONISHED By HUD | Y | |
| 18 | FREEMAN CT | 9/12/2006 | VIOLENT CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS, UNAUTHORIZED RESIDENTS | 1/25/2007 | TERMINATED | | |
| 19 | SHANNONDALE DR | 9/12/2006 | UNAUTHORIZED RESIDENTS | | ADMONISHED By HUD | | |
| 20 | FREEMAN CT | 9/21/2006 | VIOLENT CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENTS | 7/25/2007 | TERMINATED | Y | |
| 21 | HEREFORD CT | 9/21/2006 | DESTRUCTION OF PROPERTY, NUISANCE TO NEIGHBORS | | ADMONISHED By HUD | | |

D0025082

D0025082

| CASE | LOCATION | SUBMITTED | VIOLATIONS | HEARING | DISPO | MOVED | LETTER |
|------|----------|-----------|------------|---------|-------|-------|--------|
| 22 | 2820 SKIPTON CT | 9/26/2006 | UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS | 4/26/2007 | TERMINATED | | |
| 23 | COUNTRY HILLS DR | 9/26/2006 | CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENTS | | ADMONISHED By HUD | | |
| 24 | TWIN CREEK CT | 10/3/2006 | VIOLENT CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENTS, H&S, NO GARBAGE SERVICE | 11/19/2006 | TERMINATED | Y | |
| 25 | WILDFLOWER DR | 10/3/2006 | VIOLENT CRIMINAL ACTIVITY | | ADMONISHED By HUD | | |
| 26 | WILDFLOWER DR | 10/5/2006 | CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS, NO GARBAGE SERVICE | | ADMONISHED By HUD | | |
| 27 | S. APPLE CT | 10/5/2006 | VIOLENT CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENTS, H&S, NO GARBAGE SERVICE | 11/30/2006 | TERMINATED | Y | |
| 28 | SANDY HILL CT | 10/12/2006 | VIOLENT CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENTS, NO GARBAGE SERVICE | | ADMONISHED By HUD | Y | |
| 29 | N. APPLE CT | 10/12/2006 | H&S, NO GARBAGE SERVICE | 3/5/2007 | TERMINATED | Y | |
| 30 | WHITTENMEYER CT | 10/19/2006 | CRIMINAL ACTIVITY, H&S, UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS | 1/25/2007 | TERMINATED | Y | |
| 31 | S. APPLE CT | 10/26/2006 | UNAUTHORIZED RESIDENT | | ADMONISHED By HUD | | |
| 32 | 1/2 W. 13TH ST | 10/26/2006 | VIOLENT CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS | | ADM. BY HUD (SPEC. CIRC.) | | |
| 33 | 1/2 W. 13TH ST | 10/26/2006 | CRIMINAL ACTIVITY, NO GARBAGE SERVICE, UNAUTHORIZED RESIDENTS, NUISANCE | | ADMONISHED By HUD | | |
| 34 | KNOLLPARK CT | 10/26/2006 | CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENT | | ADM. BY HUD (SPEC. CIRC.) | | |
| 35 | CEDAR POINT WY | 11/9/2006 | CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS, PRIOR EVICTIONS | | ADMONISHED By HUD | | |
| 36 | D ST | 11/9/2006 | CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORHOOD | | ADMONISHED By HUD | Y | |
| 37 | UNION CT | 11/9/2006 | NUISANCE TO NEIGHBORS; NO GARBAGE SERVICE | | TERMINATED | Y | |
| 38 | OAK MEADOW CT | 11/15/2006 | UNAUTHORIZED RESIDENT | | TERMINATED | Y | |
| 39 | PEARLITE WY | 11/22/2006 | UNAUTHORIZED RESIDENT, CRIMINAL ACTIVITY | | ADMONISHED By HUD | | |
| 40 | CRESTPARK CR | 11/22/2006 | UNAUTHORIZED RESIDENT, HUD FRAUD | 6/11/2007 | TERMINATED | Y | |
| 41 | LOPEZ DR | 11/30/2006 | UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS, VIOLENT CRIMINAL ACTIVITY | 3/29/2007 | TERMINATED | Y | |
| 42 | 1/2 W.20TH ST | 11/30/2006 | UNAUTHORIZED RESIDENTS, VIOLENT CRIMINAL ACTIVITY | 4/24/2007 | TERMINATED | Y | |
| 43 | SAN ELIJO CT | 12/7/2006 | VIOLENT CRIMINAL ACTIVITY PC290 UNAUTHORIZED RESIDENT | 3/5/2007 | TERMINATED | Y | |
| 44 | THISTLEWOOD CT | 12/7/2006 | CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENT | 4/24/2007 | TERMINATED | Y | |
| 45 | PECAN ST | 12/7/2006 | CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENT | | PENDING | | |

D0025082

| CASE | LOCATION | SUBMITTED | VIOLATIONS | HEARING | DISPO | MOVED | LETTER |
|------|----------|-----------|------------|---------|-------|-------|--------|
| 46 | FREEMAN CT | 12/11/2006 | DRUG ACTIVITY, CRIMINAL ACTIVITY UNAUTHORIZED RESIDENTS, NO GARBAGE | | TERMINATED | Y | |
| 47 | TEMBLOR DR | 12/11/2006 | DRUG ACTIVITY, UNAUTHORIZED RESIDENTS, VIOLENT CRIMINAL ACTIVITY, NO GARBAGE | 2/27/2007 | TERMINATED | | |
| 48 | G ST | 12/21/2006 | NUISANCE TO NEIGHBORS, CRIMINAL HISTORY | | ADMONISHED By HUD | Y | |
| 49 | MORRO DR | 12/21/2006 | NUISANCE TO NEIGHBORS, UNAUTHORIZED RESIDENTS, NO GARBAGE SERVICE | 2/21/2007 | TERMINATED | Y | |
| 50 | UNION MINE DR | 12/21/2006 | UNAUTHORIZED RESIDENTS, PC290, NO GARBAGE SERVICE | | TERMINATED | Y | |
| 51 | MEADOW LAKE ST | 12/28/2006 | UNAUTHORIZED RESIDENTS | | TERMINATED | Y | |
| 52 | ROUNDUP WY | 1/4/2007 | CRIMINAL ACTIVITY | | TERMINATED | Y | |
| 53 | 5123 CANADA HILLS DR | 1/18/2007 | VIOLENT CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENTS, H&S, NO GARBAGE SERVICE | 4/26/2007 | TERMINATED | | |
| 54 | SUNSET DR #7 | 1/18/2007 | CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENTS, SUB-LEASING PROPERTY | | ADMONISHED By HUD | | |
| 55 | STEVEN STROUD DR | 1/18/2007 | VIOLENT CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENTS | 6/11/2007 | TERMINATED | Y | |
| 56 | E. MADILL ST | 1/18/2007 | VIOLENT CRIMINAL ACTIVITY,  UNAUTHORIZED RESIDENTS | 7/2/2007 | TERMINATED | | |
| 57 | E. 16TH ST | 1/18/2007 | CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENTS, H&S, DAMAGE TO PROPERTY | 3/12/2007 | TERMINATED | Y | |
| 58 | L ST #2 | 1/25/2007 | VIOLENT CRIMINAL ACTIVITY, TENNANT INCARCERATED | | TERMINATED | Y | |
| 59 | 2719 SAN GREGORIO CT | 1/25/2007 | UNAUTHORIZED RESIDENT, DISTURBANCE TO NEIGHBORS | 4/24/2007 | ADMONISHED By HUD | | |
| 60 | W. 5TH ST unit E | 1/31/2007 | VIOLENT CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENT, ONE TENNANT INCARCERATED | 4/26/2007 | TERMINATED | Y | |
| 61 | FLINTROCK DR | 1/31/2007 | CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENT, NO GARBAGE SERVICE | | ADMONISHED By HUD | | |
| 62 | PREWETT RANCH CT | 2/13/2007 | VIOLENT CRIMINAL ACTIVITY,UNAUTHORIZED RESIDENTS, NO GARBAGE SERVICE | 7/2/2007 | TERMINATED | Y | |
| 63 | PEARLITE WY | 2/13/2007 | CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENTS | | ADMONISHED By HUD | | |
| 64 | ORANGE WY | 2/22/2007 | AUTHORIZED RESIDENT IS NOT LIVING IN THE HOME | | ADMONISHED By HUD | | |
| 65 | LONE TREE WY #12 | 2/22/2007 | UNAUTHORIZED RESIDENT, PC290, AUTHORIZED RESIDENT NOT LIVING IN HOME | 3/29/2007 | ADMONISHED By HUD | | |
| 66 | MT POWELL CT | 3/15/2007 | CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS, H&S | | ADMONISHED By HUD | Y | |
| 67 | WILBUR AV #2067 | 3/15/2007 | CRIMINAL ACTIVITY, H&S, UNAUTHORIZED RESIDENT | 5/21/2007 | TERMINATED | Y | |
| 68 | PARADISE PEAK CT | 3/15/2007 | VIOLENT CRIMINAL ACTIVITY | 6/11/2007 | ADMONISHED By HUD | Y | |

D0025082

| CASE | LOCATION | SUBMITTED | VIOLATIONS | HEARING | DISPO | MOVED | LETTER |
|---|---|---|---|---|---|---|---|
| 69 | W. 11TH ST | 3/22/2007 | CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS, ANIMAL COMPLAINTS | | ADMONISHED By HUD | | |
| 70 | 1975 MOKELUMNE DR | 3/22/2007 | CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS, UNAUTHORIZED RESIDENTS | | ADMONISHED By HUD | Y | |
| 71 | SYCAMORE DR #221 | 3/22/2007 | CRIMINAL ACTIVITY, H&S | | TERMINATED | Y | |
| 72 | BIG HORN CT | 3/22/2007 | CRIMINAL ACTIVITY, H&S, UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS | | ADMONISHED By HUD | | |
| 73 | BELMONT LN | 3/29/2007 | VIOLENT CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENT | 6/11/2007 | TERMINATED | Y | |
| 74 | SANGER PEAK WY | 3/29/2007 | CRIMINAL ACTIVITY | | ADMONISHED By HUD | | |
| 75 | MANZANITA WY #B | 3/29/2007 | CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENTS | | ADMONISHED By HUD | | |
| 76 | W. 8TH ST | 3/29/2007 | VIOLENT CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENTS | | TERMINATED | Y | |
| 77 | WAGON TRAIL WY | 4/5/2007 | UNAUTHORIZED RESIDENTS, H&S, CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS | | ADMONISHED By HUD | | |
| 78 | W.10TH ST | 4/5/2007 | UNAUTHORIZED RESIDENT, H&S, CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS | | TERMINATED | Y | |
| 79 | MORAINE WY | 4/5/2007 | UNAUTHORIZED RESIDENT, NUISANCE TO NEIGHBORS | | ADMONISHED By HUD | Y | |
| 80 | WOLVERINE WY | 4/19/2007 | UNAUTHORIZED RESIDENT, NUISANCE TO NEIGHBORS, DAMAGE TO PROPERTY | 7/25/2007 | TERMINATED | | |
| 81 | FALLOW CT | 4/19/2007 | CRIMINAL ACTIVITY | | ADMONISHED By HUD | Y | |
| 82 | FALLOW CT | 4/17/2008 | CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS | | ADMONISHED By HUD | Y | 2nd letter submitted on this tenant |
| 83 | WILLOWHAVEN WY | 4/25/2007 | UNAUTHORIZED RESIDENT, PC290 | 7/2/2007 | ADMONISHED By HUD | | |
| 84 | BELLFLOWER DR | 4/25/2007 | VIOLENT CRIMINAL ACTIVITY | | ADMONISHED By HUD | | |
| 85 | MONROE CT | 5/3/2007 | UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS, VIOLENT CRIMINAL ACTIVITY | | ADM. BY HUD (SPEC. CIRC.) | | |
| 86 | W.13TH ST | 5/3/2007 | UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS, H&S | | ADMONISHED By HUD | Y | |
| 87 | ROSS AVE | 5/31/2007 | UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS, CRIMINAL ACTIVITY | | ADMONISHED By HUD | Y | |
| 88 | ROOSEVELT WY | 5/31/2007 | CRIMINAL ACTIVITY, H&S, ABANDONED RESIDENCE | | TERMINATED | Y | |
| 89 | JACOBSON ST | 6/13/2007 | UNAUTHORIZED RESIDENT | | TERMINATED | Y | |
| 90 | L ST | 6/27/2007 | VIOLENT CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS, UNAUTHORIZED RESIDENTS | | TERMINATED | Y | |

| CASE | LOCATION | SUBMITTED | VIOLATIONS | HEARING | DISPO | MOVED | LETTER |
|---|---|---|---|---|---|---|---|
| 91 | JOHN GLENN CT | 6/27/2007 | UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS | | ADMONISHED By HUD | Y | |
| 92 | 4301 AVILA CT | 6/27/2007 | UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS | | ADMONISHED By HUD | Y | |
| 93 | NANDINA CT | 6/27/2007 | UNAUTHORIZED RESIDENTS, NUISANCE TO NEIGHBORS, H&S | | TERMINATED | Y | |
| 94 | EMERALD WY | 7/2/2007 | CRIMINAL ACTIVITY | 8/16/2007 | TERMINATED | Y | |
| 95 | L ST #3 | 7/26/2007 | VIOLENT CRIMINAL ACTIVITY | | ADM. BY HUD (SPEC. CIRC.) | | |
| 96 | PEPPERTREE CT #2 | 7/26/2007 | VIOLENT CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENT, H&S | | ADM. BY HUD (SPEC. CIRC.) | | |
| 97 | BLUEROCK DR | 8/23/2007 | CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS | | ADMONISHED By HUD | Y | |
| 98 | GRASS VALLEY | 8/23/2007 | VIOLENT CRIMINAL ACTIVITY | | ADMONISHED By HUD | | |
| 99 | ROUNDUP WY | 8/23/2007 | CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENT | | ADMONISHED By HUD | | |
| 100 | LEFEBVRE WY | 8/23/2007 | CRIMINAL ACTIVITY | | PORTING TO HAYWARD | | |
| 101 | STIRRUP WY | 8/30/2007 | VIOLENT CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENT | | ADMONISHED By HUD | | |
| 102 | S LAKE #2 | 9/13/2007 | UNAUTHORIZED RESIDENTS, H&S, CRIMINAL ACTIVITY, HOH INCARCERATED | | TERMINATED | Y | |
| 103 | MERCED CR | 9/25/2007 | UNAUTHORIZED RESIDENT, CRIMINAL ACTIVITY, H&S | | ADMONISHED By HUD | Y | |
| 104 | M ST #1 | 9/25/207 | UNAUTHORIZED RESIDENT, CRIMINAL ACTIVITY | | ADMONISHED By HUD | Y | |
| 105 | GARDENIA CT | 9/27/2007 | UNAUTHORIZED RESIDENT, PC290 | | NOT A HUD PROPERTY | Y | |
| 106 | W. 9TH ST | 10/29/2007 | VIOLENT CRIMINAL ACTIVITY. | | TERMINATED | | |
| 107 | VIERA AV | 11/29/2007 | CRIMINAL ACTIVITY, H&S | | TERMINATED | Y | |
| 108 | SPANOS ST #4 | 11/29/2007 | H&S, NUISANCE TO NEIGHBORS | | P/O ADMONISHED | | |
| 109 | S. LAKE DR | 11/29/2007 | VIOLENT CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENTS, H&S | | ADMONISHED By HUD | | |
| 110 | HIDDEN HILLS | 1/3/2008 | VIOLENT CRIMINAL ACTIVITY, UNAUTHORIZED RESIDENTS | | ADMONISHED By HUD | | |
| 111 | SUNNY LN #5 | 1/3/2008 | OWNER AND RECEIPIENT DEFRAUDING HUD | | TERMINATED | Y | |
| 112 | GREEN HILLS CR | 4/17/2008 | VIOLENT CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS, UNAUTHORIZED RESIDENT | | ADMONISHED By HUD | Y | |
| 113 | HELMUTH LN | 4/24/2008 | NUISANCE TO NEIGHBORS, UNAUTHORIZED RESIDENTS | | ADMONISHED By HUD | | |

D0025082

| CASE | LOCATION | SUBMITTED | VIOLATIONS | HEARING | DISPO | MOVED | LETTER |
|---|---|---|---|---|---|---|---|
| 114 | W. 13TH ST | 2/26/2008 | NUISANCE TO NEIGHBORS | | PENDING | Y | 2nd letter submitted on this tenant |
| 115 | Buckskin | 2/26/2008 | NUISANCE TO NEIGHBORS, CRIMINAL ACTIVITY | 11/24/2008 | ADMONISHED By HUD | | |
| 116 | W. Madill St | 4/24/2008 | CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS | | Proposed Termination | | |
| 117 | W. 12TH ST | 3/5/2008 | NUISANCE TO NEIGHBORS, UNAUTHORIZED RESIDENTS | | ADMONISHED By HUD | | |
| 118 | Gallagher | 5/22/2008 | NUISANCE TO NEIGHBORS | | ADMONISHED By HUD | | 9/4/08 2nd letter submitted on this tenant |
| 119 | Old Glory Ct | 4/17/2008 | VIOLENT CRIMINAL ACTIVITY | | PENDING | Y | |
| 120 | Broomtail Ct | 5/22/2008 | NUISANCE TO NEIGHBORS | | ADMONISHED By HUD | | |
| 121 | M ST #1 | 6/10/2008 | UNAUTHORIZED, H&S | | ADMONISHED By HUD | | 2nd letter submitted on this tenant |
| 122 | Deerfield | 4/24/2008 | CRIMINAL ACTIVITY, NUISANCE TO NEIGHBORS | | ADMONISHED By HUD | Y | |
| 123 | Buckskin | 6/19/2008 | UNAUTHORIZED, CRIMINAL ACTIVITY | | ADMONISHED By HUD | | 2nd letter submitted on this tenant |
| 124 | Tepee Ct | 6/19/2008 | NUISANCE TO NEIGHBORS | | PENDING | Y | |
| 125 | Winterglen | 7/2/2008 | H&S | | Proposed Termination | | |
| 126 | Greencastle | 7/24/2008 | 290 REG | | PENDING | | |
| 127 | Wagon Wheel Wy | 9/4/2008 | H&S, UNAUTHORIZED, FRAUD | 11/26/2008 | Proposed Termination | | |
| 128 | Wagon Trail | 9/4/2008 | H&S, UNAUTHORIZED | 11/17/2008 | Proposed Termination | | 2nd letter submitted on this tenant |
| 129 | W. 6th #D | 9/30/2008 | H&S, UNAUTHORIZED | 11/24/2008 | Proposed Termination | Y | |
| 130 | Marshall | 6/19/2008 | NUISANCE TO NEIGHBORS, UNAUTHORIZED RESIDENTS | 11/17/2008 | Proposed Termination | | |
| 131 | Buckskin | 10/13/2008 | UNAUTHORIZED, CRIMINAL ACTIVITY | 11/24/2008 | TERMINATED | | 3rd letter submitted on this tenant |
| 132 | Gentrytown | 10/23/2008 | NUISANCE TO NEIGHBORS, UNAUTHORIZED | | PENDING | Y | |
| 133 | D ST | 10/23/2008 | CRIMINAL ACTIVITY | 11/10/2008 | Proposed Termination | Y | |

D0025082

| CASE | LOCATION | SUBMITTED | VIOLATIONS | HEARING | DISPO | MOVED | LETTER |
|---|---|---|---|---|---|---|---|
| 134 | Gallagher Cr | 11/6/2008 | NUISANCE TO NEIGHBORS, UNAUTHORIZED CRIMINAL ACTIVITY | | PENDING | | 3rd letter submitted on this tenant |
| 135 | Spanos #4 | 11/6/2008 | NUISANCE TO NEIGHBORS, UNAUTHORIZED CRIMINAL ACTIVITY | | PENDING | | |
| 136 | W. 18Th St | 1/22/2009 | H&S, UNAUTHORIZED | | PENDING | | |
| 137 | Carpinteria | 1/7/2009 | NUISANCE TO NEIGHBORS, UNAUTHORIZED CRIMINAL ACTIVITY | | PENDING | | |
| 138 | Green Hill Cr | 1/22/2009 | NUISANCE TO NEIGHBORS, UNAUTHORIZED CRIMINAL ACTIVITY. | | PENDING | Y | 2nd letter submitted on this tenant |
| 139 | Gallagher Cr | 1/22/2009 | NUISANCE TO NEIGHBORS, UNAUTHORIZED CRIMINAL ACTIVITY. | | PENDING | Y | 4th letter submitted on this tenant |
| 140 | Heming Way | 4/15/2009 | NUISANCE TO NEIGHBORS, UNAUTHORIZED CRIMINAL ACTIVITY. | | PENDING | | |
| 141 | Heming Way | 5/5/2009 | NUISANCE TO NEIGHBORS, UNAUTHORIZED CRIMINAL ACTIVITY. | | PENDING | | 2nd letter submitted on this tenant |
| 142 | Heming Way | 5/21/2009 | NUISANCE TO NEIGHBORS, UNAUTHORIZED CRIMINAL ACTIVITY. | | PENDING | | 3rd letter submitted on this tenant |
| 143 | Lipton St | 11/6/2008 | NUISANCE TO NEIGHBORS, UNAUTHORIZED CRIMINAL ACTIVITY. | | PENDING | | |
| 144 | Lawton St B | 10/23/2008 | UNAUTHORIZED RESIDENTS | | PENDING | | |
| 145 | Lipton St | 3/5/2008 | UNAUTHORIZED RESIDENT | | PENDING | | |
| 146 | W 6TH St | 7/17/2008 | H&S, CRIMINAL ACTIVITY, UNAUTHORIZED | | PENDING | Y | |
| 147 | Barn Hollow | 6/30/2009 | UNAUTHORIZED | | PENDING | | |
| 148 | Marie | 6/30/2009 | CRIMINAL ACTIVITY, UNAUTHORIZED | | PENDING | | |
| 149 | Woodhaven | 1/24/2008 | CRIMINAL ACTIVITY | | ADMONISHED By HUD | | |
| 150 | | | | | | | |
| 151 | | | | | | | |
| 152 | | | | | | | |
| 153 | | | | | | | |
| 154 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

D0025082

D0025082

| Row Labels | Count of CASE |
|---|---|
| ADM. BY HUD (SPEC. CIRC.) | 5 |
| ADMONISHED By HUD | 59 |
| NOT A HUD PROPERTY | 2 |
| P/O ADMONISHED | 1 |
| PENDING | 21 |
| PORTING TO HAYWARD | 1 |
| Proposed Termination | 7 |
| TERMINATED | 52 |
| Grand Total | 148 |

**TERMINATIONS (section 8 assistance terminated )**
**ADMONISHED BY HUD (documented warning or removal of the authorized resident causing problem)**
**PENDING DISPOSITION/Proposed Terminations (recently submitted cases)**
**SPECIAL CIRCUMSTANCES (witness protection or mental disability)**
**CANCEL DUE TO HUD ERROR (record mistake by HUD)**
**OTHERS**

**11- Supplements on existing residents**

# EXHIBIT 58

| | |
|---|---|
| **From:** | Hyde, Jim |
| **Sent:** | Tuesday, October 31, 2006 6:53 PM |
| **To:** | Cantando, Allan <acantando@city of antioch.com> |
| **Subject:** | RE: |

Yes, at the next Quality of Life Forum.

-----Original Message-----
**From:** Cantando, Allan
**Sent:** Monday, October 30, 2006 15:59 PM
**To:** Hyde, Jim
**Subject:** FW:

Chief.....is this info we would want to give to UCBN or would this be considered confidential?

Captain Allan Cantando
Antioch Police Department
(925) 779-6963
-----Original Message-----
**From:** Dillard, William N.
**Sent:** Monday, October 30, 2006 12:17
**To:** Police Department
**Subject:**

Officer Bittner and I just wanted to take a minute and give everyone an update on some of the progress made on "problem houses" throughout the city.

- 4201 McSwain Ct.'s section 8 voucher was permanently terminated by HUD after a recent investigation / hearing.
- 4105 Palomar Drive's section 8 voucher was permanently terminated by HUD after a recent investigation / hearing.
- 2823 Woodhall Way's residents were counseled by HUD after an investigation by APD.  However, this resident chose to move out of the community during the investigation.
- 3133 Milner Road's termination will be finalized as of 11/25/06.

In November 2006, HUD has scheduled 5 more termination hearings on section 8 properties that we have investigated. I will circulate an email on the dispositions of these hearings once we have them.  Officer Bittner and I want to thank all of the patrol officers, detectives, and CSO's that have assisted us in our investigations of these properties.

**D0010201.0575**

# EXHIBIT 59

**HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA**

TO:      **BOARD OF COMMISSIONERS**

FROM:    Joseph Villarreal, Executive Director

DATE:    December 18, 2007

SUBJECT:  RESPONSE TO LETTER RECEIVED FROM EAST BAY NAACP REQUESTING A
REVIEW AND INVESTIGATION OF ALLEGED SECTION 8 TENANT VIOLATIONS

---

SPECIFIC REQUEST(S) OR RECOMMENDATION(S) & BACKGROUND AND JUSTIFICATION

I.     RECOMMENDED ACTION:

RECEIVE a report from the Authority's Executive Director on the process of terminating housing choice
voucher assistance and DIRECT the Executive Director to provide the East County NAACP with a copy of
this Board Order in response to their letter dated October 19, 2007.

II.    FINANCIAL IMPACT:

None.

III.   REASONS FOR RECOMMENDATION/BACKGROUND

The attached letter dated October 19, 2007 was received from Roger Henry Jr., the President of the East
County Chapter of the National Association of the Advancement of Colored People (NAACP).  The letter
was addressed to Chair Piepho and Members of the Authority's Board of Commissioners.  Authority staff
was provided a copy.

The letter requests that the Board: review potential civil rights violations committed by the Antioch Police
Department against Section 8 tenants; conduct a review of all Section 8 vouchers revoked due to the
involvement of the Antioch Police Department; direct the Executive Director to interview all landlords who
have received any communication from the Antioch Police Department concerning Section 8 tenants; and
provide information to Section 8 tenants facing termination of their housing assistance about the
Authority's hearing procedures and their right to representation.  This Board Order is intended to respond
to public concern about the operation of the Section 8 program.

As the Board is aware, there have been concerns expressed over the past year or more by citizens in
Antioch as well as by City staff and elected officials regarding the operation of the Section 8 program.
The local press has printed a number of articles regarding these concerns, other issues affecting quality
of life in Antioch and the East County and also efforts undertaken by the City to address issues of crime,
blight and quality of life.  Where Section 8 regulations have been violated by either clients or landlords,

---

CONTINUED ON ATTACHMENT:    \_\_\_\_YES      SIGNATURE _____
                                                   Joseph Villarreal, Executive Director

_____ RECOMMENDATION OF EXECUTIVE DIRECTOR    \_\_\_\_ RECOMMENDATION OF BOARD COMMITTEE

_____ APPROVE               \_\_\_\_\_ OTHER

SIGNATURE(S):

---

ACTION OF BOARD ON _____    APPROVED AS RECOMMENDED _____ OTHER \_\_\_\_

VOTE OF COMMISSIONERS

\_\_\_ UNANIMOUS (ABSENT _____ )
    AYES: _____  NOES: _____
    ABSENT: _____  ABSTAIN: _____

I HEREBY CERTIFY THAT THIS IS A
TRUE AND CORRECT COPY OF AN
ACTION TAKEN AND ENTERED ON THE
MINUTES OF THE BOARD OF
COMMISSIONERS ON THE DATE SHOWN.

ATTESTED _____
                JOSEPH VILLARREAL,
                SECRETARY OF
                THE BOARD OF COMMISSIONERS
                AND EXECUTIVE DIRECTOR

BY _____ , DEPUTY

the Authority has been working with the City to resolve these problems.  Some are worried, as seen in this letter, that Section 8 clients are being unfairly targeted by the City.  There also appears to be a fear that the Authority may have become overly zealous in terminating Section 8 assistance to program participants in the City of Antioch.  This is not the case, but we think it is important to address these fears by explaining how the Section 8 program works.

The Authority's primary duties under the program are to: maintain an applicant wait list; determine if applicants are eligible for the program; ensure that participants remain eligible for the program and calculate the amount of subsidy they should receive; approve the rent for a given unit and ensure that the unit complies with HUD's housing quality standards; make housing assistance payments to the owner in a timely manner; and see to it that owners and families comply with program rules.

Owners are primarily responsible for: screening families who apply for tenancy to determine if they will be good renters; complying with the terms of the Housing Assistance Payments contract executed with HACCC; maintaining the housing unit by making necessary repairs in a timely manner; and enforcing the dwelling lease.  The primary responsibilities of clients under the program are to: provide the Authority with accurate information about the composition and income of the family; take responsibility for care of the housing unit, including any violations of housing quality standards caused by the family; comply with the terms of the lease with the owner; comply with the family obligations of the voucher; and not engage in drug-related or violent criminal activity.

Given the duties and requirements of each of the parties under the Section 8 program, it is expected that the Authority will work with various City and County law and code enforcement agencies in managing the program.  Information obtained from these agencies can be used to counsel clients and owners about their responsibilities under the program and, when violations are either severe or are not remedied by the owner or client, it can also be used to cancel contracts with owners or terminate assistance to clients. HUD regulations and Authority policies mandate that clients whose assistance may be terminated must be provided sufficient opportunity to defend themselves and present the case that they should not lose their assistance.

Each proposed termination of voucher assistance must undergo a thorough review process before it is allowed to proceed.  Depending on the severity of the charges, or the amount of evidence available, clients may be provided with counseling to discuss the charges and their obligations under the program. If the Authority decides to propose termination, a manager must approve this decision.  Therefore, each proposed termination of assistance is reviewed by at least two staff.

If the Authority decides to seek termination of assistance, the client is entitled to a hearing at which they can be represented by an advocate, counsel, Legal Aid, etc.  All hearings are conducted by outside Hearing Officers.  Hearing determinations are based on a preponderance of the evidence presented at the hearing.  Hearing Officers are able to overturn the Authority's proposed termination decisions, and they do so on occasion.  Clients who lose a hearing are still able to take the Authority to court in an attempt to reverse the Authority's decision.  This also happens on occasion.  Additionally, clients can make a Fair Housing complaint to HUD if they feel the Authority, or any other party, violated their rights in the process.  This occasionally occurs.

For illustration, from approximately June 2006 through August 2007, the Authority received 111 complaints.  The results of those complaints are as follows:

| | |
|---|---|
| Complaints: | 111 |
| Complaint not sustained: | 30 |
| Client Counseled: | 35 |
| Proposed Termination: | 48 |
| Staff Reversed Termination: | 1 |
| Proposed Termination Overturned: | 10 |
| Assistance Terminated: | 37 |

As you can see, the Authority has a significant review process in place that does not result in a rush to judgment.  Also, even in cases where the Authority does believe termination is warranted, clients are able to prevail at the hearing or in court and retain their assistance.

As you are aware, the Authority does not control or oversee the actions of another public agency such as the City of Antioch.  Nor does the Authority represent tenants or owners in any legal actions.  The Authority has acted properly and in accord with HUD regulations and Authority policy in the cases it has pursued.  It is the understanding of staff that an inquiry into the same complaint voiced by the NAACP is currently being conducted by Legal Aid and Public Advocates.  The NAACP may want to coordinate its efforts with those agencies.  Staff believes this Board Order will provide the NAACP and others with helpful background information on the Section 8 program and recommend that the Executive Director provide the NAACP with a copy of the Board Order in response to the letter of October 19, 2007.

s8admin

P04880

# EXHIBIT 60



COPY

JAMES HYDE
Chief of Police

Police Department
300 L Street, Antioch, CA  94509-1100

(925) 779-6900

July 5, 2007



Re:

Dear Property Owner:

Public records indicate you are the recorded owner(s) of real property located at
*Antioch Ca.*

The Antioch Police Department has received complaints regarding the above property and the Community Action Team (CAT) was assigned to investigate the complaints / violations. Reports regarding these incident(s) may be available for purchase at the Antioch Police Department, 300 'L' Street, Antioch, CA, 94509, as soon as all criminal proceedings are completed.

The following is a brief summary of the issues we are or have investigated:

*We have received complaints from neighbors, who have suspected that your tenants were involved in criminal activity. Upon investigating the complaint we found that APD has responded to your residence approximately seven times in the past year for various types of disturbances and criminal activity. We also discovered that two residents of the home have been recently arrested for residential burglaries and numerous assaults.*

*It was also found that two adults have been living in the detached unit that is in the backyard of the residence. The two adults are not authorized to reside in the unit per the Contra Costa County Housing Authority.*

This correspondence is intended to serve as official notice to you that the listed activity is occurring at your property. It will be entered as evidence in any legal proceedings that may follow.

As the owner you, as well as the tenants, may be held responsible for criminal nuisance related activity occurring on your property. It is our hope to work with

Deposition
Exhibit 7

you, in an attempt to gain immediate compliance regarding the listed issues and avoid criminal abatement and or civil litigation.

You are advised that should you fail to take reasonable steps to prevent any future unlawful use of this property you will not be considered an "innocent owner" in any future action with respect to this property.

Please feel free to contact the Community Action Team (CAT) at (925) 779-6946 if you have any questions or need assistance regarding these issues and immediate compliance.

Sincerely,

James Hyde
Chief of Police

By: _____

Mitch Schwitters, Sergeant,
Community Action Team

JRH/MES:sah