| | | |
|---|---|---|
| 1 | Impact Fund<br>BRAD SELIGMAN (SBN 083838) | American Civil Liberties Union<br>Foundation of Northern California |
| 2 | bseligman@impactfund.org<br>JOCELYN D. LARKIN (SBN 110817) | ALAN L. SCHLOSSER (SBN 49957)<br>aschlosser@aclunc.org |
| 3 | JASON H. TARRICONE (SBN 247506)<br>125 University Avenue, Suite 102 | ANDRE I. SEGURA (SBN 247681)<br>asegura@aclunc.org |
| 4 | Berkeley, CA 94710<br>Telephone: 510.845.3473 | 39 Drumm Street<br>San Francisco, CA 94111 |
| 5 | Facsimile: 510.845.3654 | Telephone: 415.621.2493<br>Facsimile: 415.255.8437 |
| 6 | Bingham McCutchen LLP<br>HAYWOOD S. GILLIAM, JR. (SBN 172732) | Public Advocates, Inc. |
| 7 | haywood.gilliam@bingham.com<br>ABIGAIL CONZATTI NICHOLS (SBN 252452) | RICHARD A. MARCANTONIO (SBN 39619) |
| 8 | abigail.nichols@bingham.com<br>Three Embarcadero Center | Rmarcantonio@publicadvocates.org<br>MICHELLE NATIVIDAD |
| 9 | San Francisco, CA 94111-4067<br>Telephone: 415.393.2000 | RODRIGUEZ  (SBN 226683)<br>131 Steuart Street, Suite 300 |
| 10 | Facsimile: 415.393.2286 | San Francisco, CA 94105<br>Telephone: 415.431.7430 |
| 11 | Lawyers' Committee For Civil Rights of the San Francisco Bay Area | Facsimile: 415.431.1048 |
| 12 | OREN M. SELLSTROM (SBN 161074)<br>osellstrom@lccr.com | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & |
| 13 | KENDRA FOX-DAVIS (SBN 248757)<br>131 Steuart Street, Suite 400 | BROTHERS LLP<br>THOMAS G. BEATTY (SBN 75794) |
| 14 | San Francisco, CA 94105<br>Telephone: 415.543.9444 | JAMES V. FITZGERALD, III (SBN 55632) |
| 15 | Facsimile: 415.543.0296 | H. PATRICK SWEENEY (SBN 043737) |
| 16 | Attorneys for Plaintiffs SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN | 1211 Newell Avenue, P.O. Box 5288<br>Walnut Creek, CA 94596 |
| 17 | LATREECE COLEMAN, PRISCILLA BUNTON,<br>and ALYCE DENISE PAYNE. | Telephone: 925.939.5530<br>Facsimile: 925.939.0203 |
| 18 | | |
| 19 | | Attorneys for Defendant<br>CITY OF ANTIOCH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN LATREECE COLEMAN, PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>CITY OF ANTIOCH,<br><br>           Defendant. | No. C-08-2301 SBA (EDL)<br><br>**STIPULATION AND ORDER MODIFYING CLASS CERTIFICATION BRIEFING DATES** |

NO. C-08-2301 SBA (EDL)

1    The parties hereby stipulate to and request a modest modification of the class certification
2    opposition and reply brief dates. This proposal leaves unchanged the date for the opening brief
3    and the hearing date.  This request seeks a modest 10 day adjustment to accommodate trial and
4    expert schedules of the parties and experts.

5    The parties have agreed to the following modification of briefing dates:

|  | **Current** | **Proposed** |
|---|---|---|
| Class Cert. Motion | October 27, 2009 | unchanged |
| Class Cert. Opposition | November 24, 2009 | December 4,, 2009 |
| Class Cert. Reply | December 8, 2009 | December 18, 2009 |
| Class Cert Hearing | January 12, 2010 | Unchanged |

DATED: October 23, 2009         By:        /s/ Brad Seligman
                                       Brad Seligman
                         Attorneys for Plaintiffs and the Proposed Class

DATED: October 23, 2009         By:        /s/ Thomas Beatty
                                       Thomas Beatty
                                   Attorneys for Defendant

IT IS SO ORDERED.

DATED:     11/13/09           _____
                              Hon. Saundra Brown Armstrong
                              UNITED STATES DISTRICT JUDGE