JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTEYA DANYELL WILLIAMS; MARY RUTH SCOTT; KAREN LATREECE COLEMAN; PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated , <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ANTIOCH, <br><br> Defendant. | Case No. C08-02301 SBA <br><br> **ORDER GRANTING ANTIOCH'S ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **[N.D. CAL. L.R. 7-11]** <br><br> Opposition Due:  December 4, 2009 <br> Class Certification <br> Hearing Date:  January 12, 2010 |

Defendant City of Antioch's motion for leave to file an opposition brief of 40 pages in length to Plaintiffs' motion for class certification per N.D. Cal. Civil Local Rule 7-11, came before this Court. Good cause having been shown, and after full consideration of the moving papers and supporting documents, and any opposition and opposing arguments, the Court finds that Defendants' motion is hereby GRANTED.

The Court finds that an increase of the page limitation for Defendant City of Antioch's opposing brief by 15 pages, to a total of 40 pages, is reasonable to allow Defendant City of Antioch a fair and adequate opportunity to respond to Plaintiffs' motion for class certification.

ORDER ON ANTIOCH'S MOTION TO
EXCEED PAGE LIMIT FOR OPPOSITION

ACCORDINGLY, IT IS HEREBY ORDERED that

Defendant City of Antioch may exceed the opposition brief to Plaintiffs' motion for class certification by 15 pages, thus changing the maximum length of the brief from 25 pages to 40 pages (exclusive of exhibits, attachments, declarations, table of contents, table of authorities, and proof of service).

THEREFORE, Defendant City of Antioch's motion for leave to file an opposition brief of 40 pages in length to Plaintiffs' motion for class certification per N.D. Cal. Civil Local Rule 7-11, is hereby GRANTED in total.

IT IS SO ORDERED.

Dated:_11/30/09

Hon. Judge Saundra B. Armstrong
United States District Court Judge