JAMES V. FITZGERALD, III (State Bar No. 55632)
THOMAS G. BEATTY (State Bar No. 75794)
H. PATRICK SWEENEY (State Bar No. 43737)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTEYA DANYELL WILLIAMS; MARY RUTH SCOTT; KAREN LATREECE COLEMAN; PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ANTIOCH, <br><br> Defendant. | Case No. C08-02301 SBA <br><br> **DEFENDANT ANTIOCH'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS PER FRCP 12(C) AND (H)(2)(B) TO DISMISS PLAINTIFF BUNTON'S AND THE CLASS' CLAIM FOR DAMAGES PER CIVIL CODE § 52.1 (EIGHTH CLAIM FOR RELIEF)** <br><br> Date: January 12, 2010 <br> Time: 1:00 p.m. <br> Judge: Saundra B. Armstrong <br><br> Trial: None Set |

TO ALL PARTIES AND TO THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE THAT on Tuesday, January 12, 2010 at 1:00 p.m. in the above entitled Court, Courtroom 1, 4th Floor, 1301 Clay Street, Oakland, CA 94612, Defendant CITY OF ANTIOCH will and hereby do move this Court for a judgment on the pleadings per FRCP 12(c), (h)(2)(B) to dismiss Plaintiffs' Eighth Claim for Relief for damages under Cal. Civil Code § 52 with regard to Plaintiff Priscilla Bunton and the class.

This motion is brought on the ground that it is apparent on the face of the pleading that Plaintiff Priscilla Bunton is barred from seeking damages under Cal. Civil Code § 52 in this lawsuit per Cal. Gov't Code § 945.4 for failure to file a government tort claim. Likewise, it is

C08-02301 SBA - NOTICE OF DEFENDANT'S
RULE 12 MOTION

also apparent on the face of the pleading and the judicially noticed claims filed by Plaintiffs Williams, Scott, Coleman and Payne, that the class is barred from seeking damages under Cal. Civil Code § 52 in this lawsuit per Cal. Gov't Code § 945.4 for failure to file a government tort claim. As such, Defendant respectfully asks this Court to dismiss the Eighth Claim for Relief for damages under Cal. Civil Code § 52 with regard to Plaintiff Bunton and the class, per FRCP 12(c) and (h)(2)(B).

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the supporting declarations of James V. Fitzgerald, III, and the Request for Judicial Notice, filed and served herewith, the pleadings and papers already on file in this action and such further evidence and oral argument as may be presented by counsel at the hearing on this motion.

Dated: December 3, 2009

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Thomas Beatty
Attorneys for Defendant
CITY OF ANTIOCH