JAMES V. FITZGERALD, III (State Bar No. 55632)
THOMAS G. BEATTY (State Bar No. 75794)
H. PATRICK SWEENEY (State Bar No. 43737)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTEYA DANYELL WILLIAMS; MARY RUTH SCOTT; KAREN LATREECE COLEMAN; PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated , <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ANTIOCH, <br><br> Defendant. | Case No. C08-02301 SBA <br><br> **DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF FRCP 12(C), (H)(2)(B) MOTION** <br><br> Date:   January 12, 2010 <br> Time:   1:00 p.m. <br> Judge:  Saundra B. Armstrong <br><br> Trial:   None Set |

Defendant City of Antioch hereby requests the Court to take judicial notice, pursuant to Federal Rule of Evidence 201, of the following Exhibits B1–B4 in support of Defendant's Motion for Judgment on the Pleadings per FRCP 12(c), (h)(2)(B) filed concurrently herewith. The exhibits are government tort claims filed by the Plaintiffs which are official public records, are not subject to reasonable dispute and thus proper for judicial notice per Federal Rule of Evidence 201. Exhibits B1-B4 are attached to the Declaration of James V. Fitzgerald, Esq., filed herewith.

| EXHIBIT | DESCRIPTION |
|---|---|
| B1 | Government Tort Claim submitted by Plaintiff Scott, received by the Defendant on July 3, 2007. |

| | | |
|---|---|---|
| 1 | B2 | Government Tort Claim submitted by Plaintiff Payne, received by the |
| 2 | | Defendant on September 14, 2007. |
| 3 | B3 | Government Tort Claim submitted by Plaintiff Williams, received by the |
| 4 | | Defendant on September 26, 2007. |
| 5 | B4 | Government Tort Claim submitted by Plaintiff Coleman, received by the |
| 6 | | Defendant on December 12, 2007. |

Dated: December 3, 2009

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Thomas Beatty
Attorneys for Defendant
CITY OF ANTIOCH

C08-02301 SBA - REQUEST FOR JUDICIAL NOTICE        2