| | |
|---|---|
| Impact Fund<br>BRAD SELIGMAN (SBN 083838)<br>bseligman@impactfund.org<br>JOCELYN D. LARKIN (SBN 110817)<br>125 University Avenue, Suite 102<br>Berkeley, CA  94710<br>Telephone:  510.845.3473<br>Facsimile:  510.845.3654 | American Civil Liberties Union<br>Foundation of Northern California<br>ALAN  L. SCHLOSSER (SBN 49957)<br>aschlosser@aclunc.org<br>39 Drumm Street<br>San Francisco, CA  94111<br>Telephone:  415.621.2493<br>Facsimile:  415.255.8437 |
| Bingham McCutchen LLP<br>FRANK KENNAMER (SBN 157844)<br>frank.kennamer@bingham.com<br>ABIGAIL SLONECKER (SBN 252452)<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  415.393.2000<br>Facsimile:  415.393.2286 | Public Advocates, Inc.<br>RICHARD A. MARCANTONIO (SBN 39619)<br>Rmarcantonio@publicadvocates.org<br>131 Steuart Street, Suite 300<br>San Francisco, CA  94105<br>Telephone:  415.431.7430<br>Facsimile:  415.431.1048 |
| Lawyers' Committee For Civil Rights of the San Francisco Bay Area<br>OREN M. SELLSTROM (SBN 161074)<br>osellstrom@lccr.com<br>KENDRA FOX-DAVIS (SBN 248757)<br>131 Steuart Street, Suite 400<br>San Francisco, CA  94105<br>Telephone:  415.543.9444<br>Facsimile:  415.543.0296 | Covington & Burling LLP<br>HAYWOOD S. GILLIAM, JR. (SBN 172732)<br>hgilliam@cov.com<br>One Front Street<br>San Francisco, CA 94111<br>Telephone:  415.591.7030<br>Facsimile:  415.955.6530 |
| Attorneys for Plaintiffs SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN LATREECE COLEMAN, PRISCILLA BUNTON, and ALYCE DENISE PAYNE. | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP<br>THOMAS G. BEATTY (SBN 75794)<br>JAMES V. FITZGERALD, III (SBN 55632)<br>H. PATRICK SWEENEY (SBN 043737)<br>1211 Newell Avenue, P.O. Box 5288<br>Walnut Creek, CA  94596<br>Telephone:  925.939.5530<br>Facsimile:  925.939.0203<br><br>Attorneys for Defendant<br>CITY OF ANTIOCH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN LATREECE COLEMAN, PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated, | No. C-08-2301 SBA (EDL)<br><br>**STIPULATION AND ORDER RE CLASS CERTIFICATION REPLY BRIEF LENGTH** |

|  |  |
|---|---|
| Plaintiffs, <br> v. <br> CITY OF ANTIOCH, <br> Defendant. |  |

Pursuant to Local Rules, Plaintiffs filed a 25 page opening brief on class certification. The Court recently granted defendant's request for leave to file a 40 page opposition brief. The parties hereby stipulate that plaintiffs' reply brief may be 25 pages long (instead of 15 as is specified in the Local Rules).

DATED: December 2, 2009              IMPACT FUND

                                     By:      /s/ Brad Seligman
                                                Brad Seligman

                                     Attorneys for Plaintiffs and the Proposed Class

DATED: December 4, 2009              By:     /s/ Thomas G. Beatty
                                              Thomas G. Beatty
                                              Attorneys for Defendant

IT IS SO ORDERED.

DATED: 12/17/09                      _____
                                     Hon. Saundra Brown Armstrong
                                     UNITED STATES DISTRICT JUDGE