UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN LATREECE COLEMAN, PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>   vs.<br><br>CITY OF ANTIOCH,<br><br>         Defendant. | Case No: C 08-2301 SBA<br><br>**ORDER DENYING REQUEST TO MODIFY CASE DEADLINES, AND ORDER OF REFERENCE FOR SETTLEMENT CONFERENCE**<br><br>Dkt. 214 |

The Court has read and considered the parties' Joint Request to Modify Case Deadlines and finds that the parties have failed to demonstrate good cause for their request. See Fed. R. Civ. P. 16(b)(4); Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). Nonetheless, given the parties' desire to engage in "serious settlement discussions," the Court will refer this matter for a settlement conference to take place forthwith. Accordingly,

IT IS HEREBY ORDERED THAT the parties' Joint Request to Modify Case Deadlines is DENIED. This matter is REFERRED to Magistrate Judge Jacqueline Scott Corley for the scheduling of a MANDATORY SETTLEMENT CONFERENCE to take place forthwith.

IT IS SO ORDERED.

Dated: September 1, 2011

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge