1  Impact Fund
   BRAD SELIGMAN (SBN 083838)
2  bseligman@impactfund.org
   JOCELYN D. LARKIN (SBN 110817)
3  125 University Avenue, Suite 102
   Berkeley, CA  94710
4  Telephone:  510.845.3473
   Facsimile:  510.845.3654
5
   Bingham McCutchen LLP
6  FRANK KENNAMER (SBN 157844)
   Three Embarcadero Center
7  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
8
   Lawyers' Committee For Civil Rights of the San
9  Francisco Bay Area
   OREN M. SELLSTROM (SBN 161074)
10 osellstrom@lccr.com
   131 Steuart Street, Suite 400
11 San Francisco, CA  94105
   Telephone:  415.543.9444
12
   Covington & Burling,
13 HAYWOOD GILLIAM, Jr. (SBN 172732)
   hgilliam@covington.com
14 One Front St.
   San Francisco, CA 94111
15 Telephone: 415.955-6530

16 Attorneys for Plaintiffs

American Civil Liberties Union
Foundation of Northern California
ALAN  L. SCHLOSSER (SBN 49957)
aschlosser@aclunc.org
39 Drumm Street
San Francisco, CA  94111
Telephone:  415.621.2493

Public Advocates, Inc.
RICHARD A. MARCANTONIO (SBN 39619)
Rmarcantonio@publicadvocates.org
131 Steuart Street, Suite 300
San Francisco, CA  94105
Telephone:  415.431.7430

Attorneys for Plaintiffs

McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP
JAMES V. FITZGERALD, III (SBN 55632)
THOMAS G. BEATTY (SBN 75794)
NOAH G. BLECHMAN (SBN 197167)
1211 Newell Avenue, P.O. Box 5288
Walnut Creek, CA  94596
Telephone:  925.939.5530
Facsimile:  925.939.0203

Attorneys for Defendant
CITY OF ANTIOCH

17              UNITED STATES DISTRICT COURT
18            NORTHERN DISTRICT OF CALIFORNIA
19
20 SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN LATREECE COLEMAN, PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated,

No. C-08-2301 SBA (EDL)

**SUPPLEMENTAL JOINT REQUEST AND ORDER TO MODIFY CASE DEADLINES**

23              Plaintiffs,
        v.
24
   CITY OF ANTIOCH,
25
               Defendant.
26
27
28

1    The Court recently denied the parties' joint request to modify deadlines and referred the

2    matter to Magistrate Judge Corley. Following a conference call with Judge Corley, and at her

3    suggestion, the parties submit this renewed, but more detailed, request for a modification of

4    existing pre-trial and trial deadlines.

5    The parties have been engaged in serious settlement negotiations since May 2011.

6    Substantial progress was made by late July, but two factors arose which delayed completion of

7    negotiations.  First, completion of those negotiations requires the involvement of a governmental

8    entity that will not reconvene until mid-September.  Second, the principal negotiators for each

9    side had long-standing vacation schedules that made them unavailable for most of August and

10   the first half of September. Facing an October 1 discovery deadline, plaintiffs' counsel asked, as

11   a condition for further settlement negotiations, for a stipulated continuance so that if settlement

12   negotiations were not successful the plaintiffs were not left in the lurch. Plaintiffs indicated that

13   they have a number of additional depositions, and substantial document discovery to complete,

14   plus expert witness reports, all currently due October 1. In addition, plaintiffs have additional

15   witnesses that will be disclosed whom defendant wishes to depose. The cost of this discovery

16   would be very substantial, and would divert the parties from constructive settlement discussions.

17   Defendant's principal counsel, James Fitzgerald, does not return from his overseas

18   vacation until September 17, 2011. The parties' counsel have scheduled a face to face meeting

19   on September 21 to discuss remaining settlement issues. In addition, former Magistrate Judge

20   Larson, who held two settlement conferences in this case, has agreed to convene a settlement

21   conference, if necessary, on September 29, 2011.

22   To avoid wasting time and money on what may be unnecessary litigation, the parties

23   request a 60-day extension of the existing case deadlines.  The current deadlines (and proposed

24   modifications) are set forth below.

25

26

|                   | **Current**     | **Proposed**     |
|-------------------|-----------------|------------------|
| Discovery Cut Off | October 3, 2011 | December 5, 2011 |

28

A/72860666.1                                    2                          NO. C-08-2301 SBA (MDL)

SUPPLEMENTAL JOINT REQUEST TO MODIFY CASE DEADLINES

1

| Parties to Name Experts | October 3, 2011 | December 5, 2011 |
|---|---|---|
| Expert Discovery Cut Off | December 5, 2011 | February 6, 2012 |
| All Dispositive Motions to Be Heard | December 13, 2011 | February 13, 2012 |
| Pre-Trial Papers Due | January 17, 2012 | March 19, 2012 |
| Motions in Limine Due | January 24, 2012 | March 26, 2012 |
| Responses to Motions in Limine | January 31, 2012 | April 2, 2012 |
| Pre-Trial Conference | February 14, 2012 | April 17, 2012 |
| Trial Date | February 27, 2012 | To Be Set by Court |

2

3

4

5

6

7

8

9

10

11

DATED:  September 9, 2011, 2011

12

13

14
By:_____/s/_____
Brad Seligman
Attorneys for Plaintiffs and the Proposed Class

15

16

17
DATED: September 9, 2011

18

19

20
By:_____/s/_____
Thomas Beatty
Attorneys for Defendant

21

22

23

24

25

26

27

28

SUPPLEMENTAL JOINT REQUEST TO MODIFY CASE DEADLINES

1    GOOD CAUSE APPEARING, IT IS ORDERED THAT THE CASE DEADLINES ARE

2    MODIFIED AS FOLLOWS.

3

|  | **Current** | **New** |
|---|---|---|
| Discovery Cut Off | October 3, 2011 | December 5, 2011 |
| Parties to Name Experts | October 3, 2011 | December 5, 2011 |
| Expert Discovery Cut Off | December 5, 2011 | February 6, 2012 |
| All Dispositive Motions to Be Heard | December 13, 2011 | February 14, 2012 |
| Pre-Trial Papers Due | January 17, 2012 | March 20, 2012 |
| Motions in Limine Due | January 24, 2012 | March 27, 2012 |
| Responses to Motions in Limine | January 31, 2012 | April 3, 2012 |
| Replies in Support of Motions in Limine | February 7, 2012 | April 10, 2012 |
| Pre-Trial Conference | February 14, 2012 | April 24, 2012 at 1:00 p.m. |
| Trial Date | February 27, 2012 | May 7, 2012 at 8:30 a.m. |

16

17        Good cause appearing, IT IS SO ORDERED.

18    DATED:  9/15/11

19                                                    Hon. Saundra Brown Armstrong
                                                      UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL JOINT REQUEST TO MODIFY CASE DEADLINES