1 *(Counsel listed on next page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN LATREECE COLEMAN, PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CITY OF ANTIOCH,<br><br>Defendant. | No. C-08-2301 SBA<br><br>**[PROPOSED] JUDGMENT** |

| | | |
|---|---|---|
| 1 | | |
| 2 | Impact Fund<br>BRAD SELIGMAN (SBN 083838)<br>bseligman@impactfund.org | McNamara, Ney, Beatty, Slattery,<br>Borges & Ambacher<br>THOMAS G. BEATTY (SBN 75794) |
| 3 | JOCELYN D. LARKIN (SBN 110817)<br>125 University Avenue, Suite 102 | JAMES V. FITZGERALD, III (SBN 55632) |
| 4 | Berkeley, CA  94710<br>Telephone:  510.845.3473 | 1211 Newell Avenue, P.O. Box 5288<br>Walnut Creek, CA  94596 |
| 5 | Facsimile:  510.845.3654 | Telephone: 925.939.5530<br>Facsimile:   925.939.0203 |
| 6 | Bingham McCutchen LLP<br>FRANK B. KENNAMER (SBN 157844) | Attorneys for Defendant |
| 7 | Three Embarcadero Center<br>San Francisco, CA  94111 | CITY OF ANTIOCH |
| 8 | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 | |
| 9 | | |
| 10 | Lawyers' Committee For Civil Rights<br>of the San Francisco Bay Area | |
| 11 | OREN M. SELLSTROM (SBN 161074)<br>131 Steuart Street, Suite 400 | |
| 12 | San Francisco, CA  94105<br>Telephone:  415.543.9444 | |
| 13 | | |
| 14 | American Civil Liberties Union<br>Foundation of Northern California | |
| 15 | ALAN  L. SCHLOSSER (SBN 49957)<br>39 Drumm Street | |
| 16 | San Francisco, CA  94111<br>Telephone: 415.621.2493 | |
| 17 | Public Advocates, Inc. | |
| 18 | RICHARD A. MARCANTONIO (SBN 139619)<br>131 Steuart Street, Suite 300 | |
| 19 | San Francisco, CA  94105<br>Telephone: 415.431.7430 | |
| 20 | Covington & Burling LLP | |
| 21 | HAYWOOD S. GILLIAM, JR. (SBN 172732)<br>hgilliam@cov.com | |
| 22 | One Front Street<br>San Francisco, CA  94111 | |
| 23 | Telephone:  415.591.6000<br>Facsimile:  415.591.6091 | |
| 24 | Attorneys for Plaintiffs and Certified Class | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**1**

**2**    WHEREAS, on January 6, 2012, this Court granted preliminary approval of the

**3**  settlement of this action, embodied in the Settlement Agreement, attached as Exhibit 1 to this

**4**  Court's Order Granting Preliminary Approval of Settlement;

**5**

**6**    WHEREAS, on _____, 2012, the Court granted final approval of the settlement,

**7**  finding that the settlement is fair, reasonable and adequate within the meaning of Fed. R. Civ. P.

**8**  23(e) and applicable law;

**9**    WHEREAS, the Court has found that the notice sent to the Class Members fairly and

**10**  adequately informed the Class of the terms of the settlement, was consistent with Fed. R. Civ. P.

**11**  23(e) and due process, and was given in the manner prescribed by the Settlement Agreement and

**12**  the Court's order preliminarily approving the settlement:

**13**

**14**    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

**15**    1.    In accordance with the Settlement Agreement, attached as Exhibit 1 to the

**16**  _____, 2012, Order Granting Final Approval of Settlement, this Court hereby enters final

**17**  judgment in this action, and dismisses this action with prejudice.

**18**    **2.**    The Court retains jurisdiction to enforce the settlement for three years following

**19**  the entry of the Final Approval Order. The Court appoints Magistrate Judge Corley under Fed.

**20**  R. Civ. P. 53 to act as a Magistrate Judge to consider claims of violations of the Agreement.

**21**

**22**  **IT IS SO ORDERED**

**23**  Dated this ____ day of _____, 2012.

**24**

**25**

**26**    _____
       Hon. Jacqueline Scott Corley
       United States District Court, Northern District of California

**27**

**28**

2         NO.: C-08-2301 SBA

**[PROPOSED] JUDGMENT**