Brad Seligman (SBN 083838)
bseligman@impactfund.org
Jocelyn D. Larkin (SBN 110817)
IMPACT FUND
125 University Ave., Suite 102
Berkeley, CA 94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3654

Attorneys for Plaintiffs and the Certified Class

[Additional counsel listed on following page]

James V. Fitzgerald, III (SBN 55632)
Thomas G. Beatty (SBN 75794)
McNAMARA, , NEY, BEATTY,
SLATTERY, , BORGES & AMBACHER LLP
1211 Newell Avenue, P.O. Box 5288
Walnut Creek, CA  94596
Telephone:  925.939.5530
Facsimile:  925.939.0203

Attorneys for Defendant
CITY OF ANTIOCH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SANTEYA DANYELL WILLIAMS, MARY
RUTH SCOTT, KAREN LATREECE
COLEMAN, PRISCILLA BUNTON, and
ALYCE DENISE PAYNE, on behalf of
themselves and all others similarly situated,

            Plaintiffs,

      vs.

CITY OF ANTIOCH,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: C-08-2301 SBA

**JOINT MOTION IN SUPPORT OF
FINAL APPROVAL OF CLASS
ACTION SETTLEMENT
DATE: MARCH 8, 2012
TIME: 9 A.M
COURTROOM: MAGISTRATE JUDGE
CORLEY**

1

2 American Civil Liberties Union Foundation
of Northern California
3 ALAN  L. SCHLOSSER (SBN 49957)
aschlosser@aclunc.org
4 39 Drumm St.
San Francisco, CA 94111
5 Telephone: (415) 621-2493
Facsimile: (415) 255-8437

6

7 Lawyers' Committee For Civil Rights of the
San Francisco Bay Area
OREN M. SELLSTROM (SBN 161074)
8 osellstrom@lccr.com
131 Steuart St., Suite 400
9 San Francisco, CA  94105
Telephone: (415) 543-9444
10 Facsimile: (415) 543-0296

11 Public Advocates, Inc.
RICHARD A. MARCANTONIO (SBN
12 139619)
rmarcantonio@publicadvocates.org
13 131 Steuart St., Suite 300
San Francisco, CA 94105
14 Telephone: (415) 431-7430
Facsimile: (415) 431-1048

15

16 Attorneys for Plaintiffs

Bingham McCutchen LLP
FRANK KENNAMER (SBN 157844)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000

Covington & Burling,
HAYWOOD GILLIAM, Jr. (SBN 172732)
hgilliam@covington.com
One Front St.
San Francisco, CA 94111
Telephone: 415.955-6530

Attorneys for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

JOINT MOTION FOR  FINAL APPROVAL OF CLASS ACTION SETTLEMENT

The parties jointly move for an order finally approving this class action settlement.. This Motion is based on this Motion,  the previously filed declaration of Brad Seligman and the proposed Order Finally Approving Class Action  Settlement.

The previously filed  Motion for Preliminary Approval of the Settlement and supporting papers lays out the terms of the settlement and why it is fair reasonable and adequate. The subsequent declaration of Brad Seligman attaches all objections and comments received regarding the settlement.  The objections and comments do not challenge the terms of the settlement except for indicating class member dissatisfaction that the settlement did not provide class member monetary relief, a remedy precluded by the Court when it granted defendant's Motion for Judgment on the Pleadings.

The parties accordingly request that the settlement be finally approved.


Dated: March 8, 2012          By:      /s/_____

Brad Seligman
IMPACT FUND

Attorneys for Plaintiffs and the Certified Class


Dated: March 8, 2012          By:      /s/_____

James V. Fitzgerald, III

Attorneys for Defendant

JOINT MOTION FOR  FINAL APPROVAL OF CLASS ACTION SETTLEMENT