| | |
|---|---|
| Brad Seligman (SBN 083838)<br>bseligman@impactfund.org<br>Jocelyn D. Larkin (SBN 110817)<br>IMPACT FUND<br>125 University Ave., Suite 102<br>Berkeley, CA 94710<br>Telephone: (510) 845-3473<br>Facsimile: (510) 845-3654<br><br>Attorneys for Plaintiffs and the Certified Class<br><br>[Additional counsel listed on following page] | James V. Fitzgerald, III (SBN 55632)<br>Thomas G. Beatty (SBN 75794)<br>McNAMARA, , NEY, BEATTY,<br>SLATTERY, , BORGES & AMBACHER LLP<br>1211 Newell Avenue, P.O. Box 5288<br>Walnut Creek, CA  94596<br>Telephone: 925.939.5530<br>Facsimile:  925.939.0203<br><br>Attorneys for Defendant<br>CITY OF ANTIOCH |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN LATREECE COLEMAN, PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH,<br><br>Defendant. | Case No.: C-08-2301 SBA<br><br>**JOINT MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br>**DATE: MARCH 8, 2012**<br>**TIME: 9 A.M**<br>**COURTROOM: MAGISTRATE JUDGE CORLEY** |

| | | |
|---|---|---|
| 1 | | |
| 2 | American Civil Liberties Union Foundation of Northern California | Bingham McCutchen LLP FRANK KENNAMER (SBN 157844) |
| 3 | ALAN L. SCHLOSSER (SBN 49957) aschlosser@aclunc.org | Three Embarcadero Center San Francisco, CA 94111-4067 |
| 4 | 39 Drumm St. San Francisco, CA 94111 | Telephone: 415.393.2000 |
| 5 | Telephone: (415) 621-2493 Facsimile: (415) 255-8437 | Covington & Burling, HAYWOOD GILLIAM, Jr. (SBN 172732) |
| 6 | | hgilliam@covington.com |
| 7 | Lawyers' Committee For Civil Rights of the San Francisco Bay Area | One Front St. San Francisco, CA 94111 |
| 8 | OREN M. SELLSTROM (SBN 161074) osellstrom@lccr.com | Telephone: 415.955-6530 |
|   | 131 Steuart St., Suite 400 | Attorneys for Plaintiffs |

American Civil Liberties Union Foundation of Northern California
ALAN L. SCHLOSSER (SBN 49957)
aschlosser@aclunc.org
39 Drumm St.
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Lawyers' Committee For Civil Rights of the San Francisco Bay Area
OREN M. SELLSTROM (SBN 161074)
osellstrom@lccr.com
131 Steuart St., Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296

Public Advocates, Inc.
RICHARD A. MARCANTONIO (SBN 139619)
rmarcantonio@publicadvocates.org
131 Steuart St., Suite 300
San Francisco, CA 94105
Telephone: (415) 431-7430
Facsimile: (415) 431-1048

Attorneys for Plaintiffs

Bingham McCutchen LLP
FRANK KENNAMER (SBN 157844)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000

Covington & Burling,
HAYWOOD GILLIAM, Jr. (SBN 172732)
hgilliam@covington.com
One Front St.
San Francisco, CA 94111
Telephone: 415.955-6530

Attorneys for Plaintiffs

- 2 -
JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1  The parties jointly move for an order finally approving this class action settlement.. This
2  Motion is based on this Motion, the previously filed declaration of Brad Seligman and the
3  proposed Order Finally Approving Class Action Settlement.
4  The previously filed Motion for Preliminary Approval of the Settlement and supporting
5  papers lays out the terms of the settlement and why it is fair reasonable and adequate. The
6  subsequent declaration of Brad Seligman attaches all objections and comments received
7  regarding the settlement.  The objections and comments do not challenge the terms of the
8  settlement except for indicating class member dissatisfaction that the settlement did not provide
9  class member monetary relief, a remedy precluded by the Court when it granted defendant's
10 Motion for Judgment on the Pleadings.
11 The parties accordingly request that the settlement be finally approved.

Dated: March 8, 2012        By:    /s/_____
                                   Brad Seligman
                                   IMPACT FUND

                                   Attorneys for Plaintiffs and the Certified
                                   Class

Dated: March 8, 2012        By:    /s/_____
                                   James V. Fitzgerald, III

                                   Attorneys for Defendant