1  *(Counsel listed on next page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTEYA DANYELL WILLIAMS, MARY RUTH SCOTT, KAREN LATREECE COLEMAN, PRISCILLA BUNTON, and ALYCE DENISE PAYNE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CITY OF ANTIOCH,<br><br>Defendant. | No. C-08-2301 SBA<br><br>**DISMISSAL ORDER** |

1

Impact Fund
BRAD SELIGMAN (SBN 083838)
bseligman@impactfund.org
JOCELYN D. LARKIN (SBN 110817)
125 University Avenue, Suite 102
Berkeley, CA  94710
Telephone:  510.845.3473
Facsimile:  510.845.3654

Bingham McCutchen LLP
FRANK B. KENNAMER (SBN 157844)
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  415.393.2000
Facsimile:  415.393.2286

Lawyers' Committee For Civil Rights
of the San Francisco Bay Area
OREN M. SELLSTROM (SBN 161074)
131 Steuart Street, Suite 400
San Francisco, CA  94105
Telephone: 415.543.9444

American Civil Liberties Union
Foundation of Northern California
ALAN  L. SCHLOSSER (SBN 49957)
39 Drumm Street
San Francisco, CA  94111
Telephone: 415.621.2493

Public Advocates, Inc.
RICHARD A. MARCANTONIO (SBN 139619)
131 Steuart Street, Suite 300
San Francisco, CA  94105
Telephone:  415.431.7430

Covington & Burling LLP
HAYWOOD S. GILLIAM, JR. (SBN 172732)
hgilliam@cov.com
One Front Street
San Francisco, CA  94111
Telephone: 415.591.6000
Facsimile:  415.591.6091

Attorneys for Plaintiffs and Certified Class

McNamara, Ney, Beatty, Slattery, Borges & Ambacher
THOMAS G. BEATTY (SBN 75794)
JAMES V. FITZGERALD, III (SBN 55632)
1211 Newell Avenue, P.O. Box 5288
Walnut Creek, CA  94596
Telephone:  925.939.5530
Facsimile:   925.939.0203

Attorneys for Defendant
CITY OF ANTIOCH

WHEREAS, on January 6, 2012, Magistrate Judge Corley granted preliminary approval of the settlement of this action, embodied in the Settlement Agreement, attached as Appendix 1 to the Joint Motion for Preliminary Approval of Class Action Settlement;

WHEREAS, on March 8, 2012, Magistrate Judge Corley issued a Report and Recommendation finding that the settlement is fair, reasonable and adequate in all respects within the meaning of Fed. R. Civ. P. 23(e) and applicable law, and thus recommended that the Motion for Final Approval of Class Action Settlement be granted;

WHEREAS, Magistrate Judge Corley has found that the notice sent to the Class Members fairly and adequately informed the Class of the terms of the settlement, was consistent with Fed. R. Civ. P. 23(e) and due process, and was given in the manner prescribed by the Settlement Agreement and the Court's order preliminarily approving the settlement;

WHEREAS, on April 2, 2012, this Court issued an order Accepting Magistrate Judge Corley's Report and Recommendation recommending that the Motion for Final Approval of Class Action Settlement be granted:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1. In accordance with the Settlement Agreement, this Court hereby enters final judgment in this action, and dismisses this action with prejudice.

**2.** The Court retains jurisdiction to enforce the settlement for three years following the entry of the Final Approval Order. The Court appoints Magistrate Judge

1  Corley to consider any claims alleging a violation of the Agreement.

2  **IT IS SO ORDERED**

3
   Dated: 4/3/12                    _____
4                                   SAUNDRA BROWN ARMSTRONG
                                    United States District Court
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28